IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
05 JUN 27 PM 4:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number:

Tony Effentis Edwards
AID 11497

(Enter above the full name(s) of the plaintiff(s) in this action)

CV-05-PWG-1390-E

NOTICE TO FILING PARTY

It is your responsibility to [notify the clerk]. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Tallapoosa County Jail
Jennifer Strong, Robin Frazier

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (✓)

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement   Tallapoosa Count Jail

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✓ )        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✓ )        No ( )

C. If your answer is YES:

   1. What steps did you take? I wrote one to the Lt. Moss and the Jail Administer.

   2. What was the result? They talked to me and didn't get back with me with a write response in the alotted time.

D. If your answer is NO, explain why not? _____

_____

_____

_____

2

I.  Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) Cory Effentis Edwards

Current
Address  316 Industrial Pr Dr  Dadeville, Al  36853
Home address>  422 'O' Street  Alexander City, Al  35010

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant  Jennifer Strong

is employed as  Co 1 officer

at  Tallapoosa County Jail

C.  Additional Defendants  Robbin Frazier  Co 2 officer

V.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 6-6-05 I was escorted out of C-2 to C-9 where I was accused of breaking Article 17 of section 4 in the rule book which states "Unnecessary noise such as arguing, shouting, whistling, rattling, or pounding on doors, cell tables or windows. This includes

3

loud talking or noise after lights out". After being taked to C-9 inmate Dimitri love called CoI officer Jennifer Strong and I quote "that fat ass bitch has come down here and got me out of my bed with these damn hamhock on her elbow". After he said that officer Strong began spraying Dimitri Love and the rest of us inmates in C-9, which is the holding cell.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Just want the Jail to go by the rules and regulation that is required by the state ⓢ Please see about the mold and fungus on walls and floors

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06-17-05

*[signature]*

Signature(s)

4

without warning or explantion, and closed the door, and left us in this cell for at least 30 to 45 minutes. When I asked why we where sprayed after Dmitri admitted to saying it. The commanding officer Co.2 Robin Frazier sayed "We were in the wrong place at the wrong time."

Case II  The local Health Code standard for a wholesome dietary food is not the case. We are not getting fruit on the tray, no milk or orange juice on no tray. Ants are in the tray hole. An for breakfast every morning we have grits toast, Jelly and one sasuage or a half of a red hot. We only get fish on Friday cut in halfs and a chicken leg or wing on Sunday.

Case III  There gnats in the showers which come out of the drain and spider coming of the the vents I'm not a expert but I think they are brown recuse. This is one of the gnats →  .

Case 4   They haven't conducted a firedrill or have a plan of evacuation posted in case of a fire.

Case 5   Felony State Inmate, misdemeanors, child support, and county inmates are housed together.

Case 6   An the courts set bond not by the guided line mandated by the state for certain charges.