**FOR USE BY INCARCERATED PERSONS**

FILED
05 JUN 27 PM 4: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-05-PWG-1390-E

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Cory Effentis Edwards
   Present mailing address: 316 Industrial Park Dr Dadeville, Al 36853
   Home Address: 422 "O" Street Alexander-City, Al 35010

2. Are you presently employed?   Yes ____   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: N/A

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   _____

   Date last worked: N/A
   Monthly earnings: N/A

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ____   No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓

1

(c) Pensions, annuities, or life insurance payments?    Yes ____    No ✓

(d) Gifts or inheritances?    Yes ____    No ✓

(e) Any other sources?    Yes ____    No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 30

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____    No ✓

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

N/A
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 06-17-05    _____
SIGNATURE OF PLAINTIFF

2

## ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

Att: To the clerk of the United State District Court the forma Pauperis form. Was not filled out by the Tallapoosa County clerk an they refused to send the form back to me. So I just sent the form back to u.

Sincerly
Cory Edward

6-23-05