IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-1390-PWG |
| ) | |
| TALLAPOOSA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF DEFICIENT PLEADING

Plaintiff's complaint is deficient for the reason(s) indicated below. Plaintiff must correct the deficient pleading within thirty (30) days from the entry date of this order, in the manner explained below.

> Although plaintiff filed an application to proceed *in forma pauperis*, the application was neither verified by an authorized officer of the institution nor accompanied by a certified copy of jail and/or prison account statements for the last six months. Plaintiff states in his application to proceed *in forma pauperis* that Tallapoosa County Jail officials will not verify his form. Plaintiff's statement is inadequate to support his application to proceed *in forma pauperis*. Plaintiff must file a new verified application to proceed *in forma pauperis* accompanied by a certified copy of jail and/or prison account statements for the last six months. Write "1:05-CV-1390-PWG" at the top of the first page of the application to proceed *in forma pauperis*. In the event jail personnel refuse to certify plaintiff's application to proceed *in forma pauperis*, plaintiff should submit an affidavit stating to the court the name of the person to whom plaintiff made the request, the date on which plaintiff made the request, and the exact response he received.

IF PLAINTIFF FAILS TO CORRECT THE DEFICIENT PLEADING IN COMPLIANCE WITH THIS NOTICE WITHIN THIRTY (30) DAYS FROM THE ENTRY DATE OF THIS NOTICE, THE COURT MAY DISMISS THIS CASE FOR WANT OF PROSECUTION. FED. R. CIV. P. 41(b).

The clerk is DIRECTED to serve a copy of this Notice upon plaintiff along with an application to proceed *in forma pauperis*.

DONE this the 29th day of June, 2005.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

**FOR USE BY INCARCERATED PERSONS**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

CORY EFFENTIS EDWARDS                                              1:05-CV-1390-PWG

### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: _____

   Present mailing address: _____
   _____

2. Are you presently employed?     Yes _____     No _____

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.
   _____
   _____

   Monthly earnings:     $_____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.
   _____
   _____

   Date last worked:     _____

   Monthly earnings:     $_____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?     Yes _____ No _____
   (b) Interest, dividends, rents, or investment income of any kind?     Yes _____ No _____
   (c) Pensions, annuities, or life insurance payments?     Yes _____ No _____
   (d) Gifts or inheritances?     Yes _____ No _____
   (e) Any other sources:     Yes _____ No _____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

4. How much money do you own or have in any checking or savings accounts, including your prison or jail account?        $_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes _____   No _____

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____            _____
                                                          SIGNATURE OF PLAINTIFF

### ★★★ IMPORTANT NOTICE ★★★

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

**INFORMATION REGARDING PRISONER ACCOUNTS**

The Prison Litigation Reform Act, Pub. L. No. 104-134, § 804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, _____, and that he/she has the sum of $_____ in his/her prison or jail trust account on this the _____ day of _____, _____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution