FILED
05 AUG 10 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

To: Perry D. Mathis

The date that u sent my case number is dated on 6-27-05. I was still in Tallapoosa county Jail but they with held this letter until I was transferred to Kilby correctional facility. Then I was there on July 1, 2005 for two or three weeks until I was to Draper Correctional facility on July the 19th and was here for another three weeks before I received the letter on August 05. So to stop all the so call getting lost an me not receiving any other letters my Home address is

422 'O' Street Alexander City, Al 35010

Please send any other information to this address.

Thank you
Cory L Edwards

P.S An any amount of money need to handle filling this case include it in the letter. My mother will try to pay because I haven't been incarcerated 6 months

FILED
2005 Jun-29 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:05-CV-1390-PWG |
| | ) |
| TALLAPOOSA COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEFICIENT PLEADING

Plaintiff's complaint is deficient for the reason(s) indicated below. Plaintiff must correct the deficient pleading within thirty (30) days from the entry date of this order, in the manner explained below.

> Although plaintiff filed an application to proceed *in forma pauperis*, the application was neither verified by an authorized officer of the institution nor accompanied by a certified copy of jail and/or prison account statements for the last six months. Plaintiff states in his application to proceed *in forma pauperis* that Tallapoosa County Jail officials will not verify his form. Plaintiff's statement is inadequate to support his application to proceed *in forma pauperis*. Plaintiff must file a new verified application to proceed *in forma pauperis* accompanied by a certified copy of jail and/or prison account statements for the last six months. Write "1:05-CV-1390-PWG" at the top of the first page of the application to proceed *in forma pauperis*. In the event jail personnel refuse to certify plaintiff's application to proceed *in forma pauperis*, plaintiff should submit an affidavit stating to the court the name of the person to whom plaintiff made the request, the date on which plaintiff made the request, and the exact response he received.

IF PLAINTIFF FAILS TO CORRECT THE DEFICIENT PLEADING IN COMPLIANCE WITH THIS NOTICE WITHIN THIRTY (30) DAYS FROM THE ENTRY DATE OF THIS NOTICE, THE COURT MAY DISMISS THIS CASE FOR WANT OF PROSECUTION. FED. R. CIV. P. 41(b).

The clerk is DIRECTED to serve a copy of this Notice upon plaintiff along with an application to proceed *in forma pauperis*.

DONE this the 29th day of June, 2005.

                                             *Paul W. Greene*
                                             _____
                                             PAUL W. GREENE
                                             CHIEF MAGISTRATE JUDGE

**FOR USE BY INCARCERATED PERSONS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

CORY EFFENTIS EDWARDS                                       1:05-CV-1390-PWG

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: *Cory Edwards*
   Present mailing address: *422 'O' Street*
   *Alexander City, Al 35010*

2. Are you presently employed?        Yes _____   No __✓__

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings:   $ *None*

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   _____

   _____

   Date last worked: _____

   Monthly earnings:   $_____

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?      Yes _____   No __✓__
   (b) Interest, dividends, rents, or investment income of any kind?   Yes _____   No __✓__
   (c) Pensions, annuities, or life insurance payments?           Yes _____   No __✓__
   (d) Gifts or inheritances?                                     Yes _____   No __✓__
   (e) Any other sources:                                         Yes _____   No __✓__

3