IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CORY EFFENTIS EDWARDS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:05-CV-1390-PWG |
| | ) ) | |
| TALLAPOOSA COUNTY JAIL, et al., | ) ) | |
| Defendants. | ) | |

ORDER

On June 29, 2005, plaintiff was notified that his complaint was deficient in that, although he had filed an application to proceed *in forma pauperis*, the application was neither verified by jail or prison personnel nor accompanied by a certified copy of prison and/or jail account statements for the last six months. Plaintiff has filed another application to proceed *in forma pauperis*, but this second application is also incomplete in that is not verified by jail or prison officials and it is not accompanied by a certified copy of prison and/or jail account statements for the last six months.

Plaintiff must file a new verified application to proceed *in forma pauperis* accompanied by a certified copy of jail and/or prison account statements for the last six months.

IF PLAINTIFF FAILS TO CORRECT THE DEFICIENT PLEADING IN COMPLIANCE WITH THIS ORDER WITHIN FIFTEEN (15) DAYS FROM THE ENTRY DATE OF THIS ORDER, THE COURT MAY DISMISS THIS CASE FOR WANT OF PROSECUTION. FED. R. CIV. P. 41(b).

The Clerk is DIRECTED to send to plaintiff a copy of this Order, along with the attached application to proceed *in forma pauperis*.

DONE this the 20th day of September, 2005.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

FOR USE BY INCARCERATED PERSONS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Cory Effentis Edwards                                    1:05-CV-1390-PWG

APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: _____

   Present mailing address: _____

   _____

2. Are you presently employed?  Yes ____   No ____

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   _____

Date last worked: _____

Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

(a) Business, profession, or any form of self-employment?   Yes ____   No ____
(b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ____
(c) Pensions, annuities, or life insurance payments?   Yes ____   No ____
(d) Gifts or inheritances?   Yes ____   No ____
(e) Any other sources?   Yes ____   No ____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____    No ____

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

_____

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: _____       _____
                                                        SIGNATURE OF PLAINTIFF


★★★ **IMPORTANT NOTICE** ★★★

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

2

INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____ [month/day/year], and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 20____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____

_____
Signature of Authorized Officer of Institution

_____
Name of Institution

3