FILED

FOR USE BY INCARCERATED PERSONS

2005 SEP 28 PM 2:45

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Cory Effentis Edwards                                     1:05-CV-1390-PWG

### APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: *Cory Effentis Edwards*
   Present mailing address: *422 'O' Street Alexander City*

2. Are you presently employed?    Yes ____    No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Date last worked: _____
   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?          Yes ____    No ✓
   (b) Interest, dividends, rents, or investment income of any kind?  Yes ____    No ✓
   (c) Pensions, annuities, or life insurance payments?               Yes ____    No ✓
   (d) Gifts or inheritances?                                         Yes ____    No ✓
   (e) Any other sources?                                             Yes ____    No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4.  How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____

5.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No __✓__

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.  List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

_____

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 09-25-05       _____
                                   SIGNATURE OF PLAINTIFF

### ★★★ IMPORTANT NOTICE ★★★

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CORY EFFENTIS EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-1390-PWG |
| | ) | |
| | ) | |
| TALLAPOOSA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 29, 2005, plaintiff was notified that his complaint was deficient in that, although he had filed an application to proceed *in forma pauperis*, the application was neither verified by jail or prison personnel nor accompanied by a certified copy of prison and/or jail account statements for the last six months. Plaintiff has filed another application to proceed *in forma pauperis*, but this second application is also incomplete in that is not verified by jail or prison officials and it is not accompanied by a certified copy of prison and/or jail account statements for the last six months.

Plaintiff must file a new verified application to proceed *in forma pauperis* accompanied by a certified copy of jail and/or prison account statements for the last six months.

IF PLAINTIFF FAILS TO CORRECT THE DEFICIENT PLEADING IN COMPLIANCE WITH THIS ORDER WITHIN FIFTEEN (15) DAYS FROM THE ENTRY DATE OF THIS ORDER, THE COURT MAY DISMISS THIS CASE FOR WANT OF PROSECUTION. FED. R. CIV. P. 41(b).

The Clerk is DIRECTED to send to plaintiff a copy of this Order, along with the attached application to proceed *in forma pauperis*.

DONE this the 20th day of September, 2005.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

# In the United States District Court
# For the Northern District of Alabama

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

_Lory Edwards._
(Petitioner)

v.

_Warden James DeLoach_
(Respondent(s))
_Jimmy Abbott / Sheriff Tallapoosa Co._
_Indio Capt._

I, _Lory Edwards #241279_
declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _N/A_

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _1996._

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritances?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _N/A_
   _N/A_
   _N/A  N/A_
   _N/A_

(3.) Do you own cash, or do you have money in a checking or savings account?

Yes ( )    No ( )    (Include any funds in prison accounts.)

If the answer is "Yes," state the total value of the items owned.

_____
_____
_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( )    No (✓)

If the answer is "yes," describe the property and state its approximate value.

N/A
N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A
N/A    N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                              (date)

*Cory Edwards*
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined.    I further certify that the petitioner likewise has the following securities to his credit according to the records of said _____
_____ institution:
_____
_____
_____

_____
Authorized Officer of Institution

-2-

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, § 804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner Corey Edwards #241279 has been incarcerated in this institution since July 19, 2005, and that (he)/she has the sum of $45.04 in his/her prison or jail trust account on this the 18th day of August, 05. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | July-05 | $151.62 | $24.72 |
| Month 2 | August-05 | $65 | $50.75 |
| Month 3 |  | $ | $ |
| Month 4 |  | $ | $ |
| Month 5 |  | $ | $ |
| Month 6 |  | $ | $ |
| Current month (if less than full month) |  | $ | $ |

F.S. Brown - Acct Clerk
Signature of Authorized Officer of Institution

Draper Corr. Frc
Name of Institution

5

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                   DRAPER CORRECTIONAL FACILITY


 AIS #: 241279      NAME: EDWARDS, CORY EFFENTIS          AS OF: 08/17/2005

                      # OF        AVG DAILY         MONTHLY
             MONTH    DAYS         BALANCE          DEPOSITS
    ─────────────────────────────────────────────────────────────────

             AUG       14           $0.00            $0.00
             SEP       30           $0.00            $0.00
             OCT       31           $0.00            $0.00
             NOV       30           $0.00            $0.00
             DEC       31           $0.00            $0.00
             JAN       31           $0.00            $0.00
             FEB       28           $0.00            $0.00
             MAR       31           $0.00            $0.00
             APR       30           $0.00            $0.00
             MAY       31           $0.00            $0.00
             JUN       30           $0.00            $0.00
             JUL       31          $24.72          $151.62
             AUG       17          $50.75           $65.00
```