IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-1390-PWG |
| ) | |
| TALLAPOOSA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Cory Effentis Edwards, plaintiff in the above-styled cause, has submitted an application to proceed *in forma pauperis* accompanied by certified copies of his jail and/or prison account statements. His jail and/or prison account statements indicate that he received average monthly deposits of $108.31 for the two months he has been incarcerated in Draper Correctional Facility. The Court concludes, therefore, that plaintiff is capable of paying a partial filing fee to commence this action and that he must make regular payments thereafter until the entire filing fee of $250.00 is paid in full in accordance with 28 U.S.C. § 1915(b)(1) and (2).

Plaintiff is hereby ORDERED to pay an initial partial filing fee of $21.66 in order to commence this action, and to make monthly installment payments toward payment of the full filing fee. Plaintiff must sign the attached Prisoner Consent Form and return it to the Clerk of the Court, together with a check in the amount of the initial partial filing fee, made payable to the "Clerk, United States District Court," within thirty (30) days from the entry date of this order or the complaint will be dismissed WITHOUT FURTHER NOTICE.

Plaintiff is ADVISED that IT IS HIS RESPONSIBILITY TO SEE THAT THE PARTIAL

FILING FEE IS PAID.  After payment of the $21.66 initial partial filing fee, the plaintiff shall be required to make monthly payments of 20 percent of the preceding month's income credited to the plaintiff's account in excess of $10.00 each month.  After payment of the partial filing fee, the warden or chief jailer of the institution in which the plaintiff is incarcerated will be directed by separate order to withhold and forward payments from the plaintiff's account to the Clerk of Court each time monthly deposits to plaintiff's account exceeds $10.00 until the full $250.00 filing fee is paid.  If plaintiff is transferred to another facility, the consent authorization will continue to apply, and the new prison or jail shall assume the duties of withholding from the plaintiff's prison or jail trust account.

THIS ORDER AND PLAINTIFF'S OBLIGATION TO PAY THE FILING FEE IN FULL SHALL REMAIN IN FULL FORCE AND EFFECT, NOTWITHSTANDING ANY DISMISSAL OR TERMINATION OF THE LAWSUIT, UNTIL THE FULL FILING FEE OF $250.00 HAS BEEN PAID.

The Clerk is DIRECTED to serve a copy of this Order and the attached Prisoner Consent Form upon plaintiff.  The Clerk is further DIRECTED to **TERM** plaintiff's application to proceed *in forma pauperis* (Document #6).

DONE this the 4th day of October, 2005.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-1390-PWG |
| ) | |
| TALLAPOOSA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

PRISONER CONSENT FORM

     I hereby authorize the agency having custody of me ("the agency") to collect from my prison and/or jail account and forward to the Clerk of the United States District Court for the Northern District of Alabama payments in accordance with 28 U.S.C. § 1915(b) until the full filing fee of $250.00 required to maintain this action is paid.

     I authorize the agency to withdraw from my account and send to the District Court Clerk an initial partial payment of $21.66. I UNDERSTAND THAT IT IS MY RESPONSIBILITY TO SEE THAT THE PARTIAL FILING FEE IS PAID. Following payment of this initial partial filing fee, I further authorize the agency to withdraw every month twenty (20) percent of the total deposits above the first $10.00 credited to my prison and/or jail account for the previous month and to remit that amount to the District Court Clerk until the filing fee indicated above has been paid.

     I understand that even if I am allowed to proceed *in forma pauperis* (in other words, without having to prepay the full filing fee) and even if my action is later dismissed for any reason, I am obligated to pay to the District Court Clerk the full amount of the filing fee. Additionally, I understand that the Court may enter judgment against me for payment of costs at the conclusion of the action, including any unpaid portion of the required filing fees. If the Court does so, I also authorize the agency to make monthly payments from my account to the District Court Clerk in the manner described above until the full amount of the costs ordered is paid. I UNDERSTAND THAT MY OBLIGATION TO PAY THE FILING FEE IN FULL, SHALL REMAIN IN FULL FORCE AND EFFECT, NOTWITHSTANDING ANY DISMISSAL OR TERMINATION OF THE LAWSUIT, UNTIL THE FULL FILING FEE OF $250.00 HAS BEEN PAID.

   If I am transferred to another prison, jail, or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison, jail, or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the District Court Clerk.

_____        _____
Date                      Plaintiff's signature

                          _____
                          Prisoner identification number