FILED
2005 Nov-22 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-CV-1390-PWG |
| ) | |
| ) | |
| TALLAPOOSA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has concluded that plaintiff is capable of paying an initial partial filing fee to commence this action and that he must make regular payments thereafter until the entire filing fee of $250.00 is paid in full in accordance with 28 U.S.C. § 1915(b)(1) and (2). On October 4, 2005, plaintiff was ordered to pay an initial partial filing fee of $21.66 in order to commence this action. By this same order, plaintiff was notified that he must sign the Prisoner Consent Form, which was attached to the Order, and that he must return the Prisoner Consent Form to the Clerk of the Court, together with a check in the amount of the initial partial filing fee, made payable to the "Clerk, United States District Court" within thirty (30) days from the entry date of the order or the complaint would be dismissed without further notice.

On November 15, 2005, plaintiff returned the signed Prisoner Consent Form, but he has failed to pay the initial partial filing fee. Plaintiff is hereby ADVISED that it is his responsibility to direct the prison or jail account clerk to withdraw the money from his prison or jail account to pay

his initial partial filing fee and to send it to the Clerk of Court. All payments shall clearly identify the full name of the plaintiff and the case number assigned to the action. Checks should be made payable to "Clerk, United States District Court," and should be sent to the Office of the Clerk, 1729 Fifth Avenue North, Birmingham, Alabama 35203.

Plaintiff is hereby ORDERED to pay the initial partial filing fee in the amount of $21.66 within fifteen (15) days from the date of this Order. Plaintiff is advised that failure to comply with this Order WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff.

As to the foregoing it is SO ORDERED this the 22nd day of November, 2005.

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE