IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-CV-1390-PWG |
| ) | |
| TALLAPOOSA COUNTY JAIL OFFICERS ) | |
| JENNIFER STRONG and ROBIN FRAZIER, ) | |
| ) | |
| Defendants. ) | |

ORDER

Cory Effentis Edwards, plaintiff, has filed a *pro se* complaint in this court pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner incarcerated in the Draper Correctional Facility, which is located in the Middle District of Alabama. Plaintiff complains of the conditions in the Tallapoosa County Jail in Alexander City, Alabama, and names as defendants, Tallapoosa County Jail Officers Jennifer Strong and Robin Frazier.

It appears from the complaint filed by plaintiff that venue is not proper in the Northern District of Alabama. A civil rights action may be brought only in the judicial district (1) where at least one of the defendants resides or (2) where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). *See Jones v. Bales*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd*, 480 F.2d 805 (5th Cir. 1973); *Daugherty v. Procunier*, 456 F.2d 97 (9th Cir. 1972). There does not appear to be a defendant who resides in the Northern District of Alabama. In addition, the incident about which plaintiff complains did not occur in the Northern District of Alabama, and appears to have occurred in the Middle District of Alabama. Accordingly, in the interest of justice, this action is due to be transferred to the United States District Court for Middle District of Alabama. 28 U.S.C. § 1404(a).

The records in this case show that on December 6, 2005, plaintiff paid an initial partial filing fee of $50.00 to the Clerk of this Court to initiate this action. The Clerk is therefore DIRECTED to draw a check from the funds on deposit in the registry in the amount of $50.00 and to send this check along with the court file to the Clerk of the United States District Court for the Middle District of Alabama.

As to the foregoing it is SO ORDERED this the 14th day of December, 2005.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE