**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Robin Frazier
    COT Office
    Tallapoosa Co. Jail
    316 Ind. Park Dr.
    Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Toni McCary_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Toni McCary
C. Date of Delivery: 1-26-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:05CV1225
   proc order + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 7054

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Jennifer Strong
    COT Office
    Tallapoosa Co. Jail
    316 Ind. Pk. Dr.
    Dadeville, AL 36853

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Toni McCary_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Toni McCary
C. Date of Delivery: 1-26-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:05CV1225A
   proc order + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 7092

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540