IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TALLAPOOSA COUNTY JAIL, et al., )<br>)<br>    Defendants. ) | CASE NO. 2:05-CV-1225-WHA |

**O R D E R**

In his complaint, the plaintiff names Robin Frazier as a defendant in this cause of action. Service was attempted but unperfected on this individual because he/she was not at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Robin Frazier, the plaintiff must furnish the clerk's office with correct addresses for this individual. Accordingly, it is

ORDERED that on or before February 16, 2006 the plaintiff shall furnish the clerk's office with the correct address of Robin Frazier. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Robin Frazier he/she will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against

Robin Frazier, and this case will proceed against only the defendant on whom service has been perfected.  See Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 3rd day of February, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE