IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:05cv1225-WHA |
| | ) |
| TALLAPOOSA COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge entered on January 25, 2006 (Doc. #15), the court adopts the Recommendation, and it is hereby ORDERED as follows:

1. The Plaintiff's claims against the Tallapoosa County Jail and his challenge to the lack of a timely response to his inmate grievance are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Tallapoosa County Jail is DISMISSED as a Defendant in this case.

3. With respect to the Plaintiff's excessive force claim against Defendants Strong and Frazier, this case is referred back to the Magistrate Judge for further proceedings.

DONE this 9th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE