** SPECIAL NOTICE FOR <u>ATTORNEYS ONLY</u> **

*The Fax-In-Time program will cease with the April 5, 2004 implementation of CM/ECF. The new method of noticing will be by e-mail.* . **In compliance with General Order 2:04-mc-3164, ALL ATTORNEYS who wish to practice in this court must complete the Electronic Noticing registration.**. The registration form is on our web page.

Available on the CM/ECF link on our web page at www.almd.uscourts.gov:

1. **Mandatory Attorney Data Update and Registration Form**

2. **General Order number 2:04-mc-3164**

3. **CM/ECF General Information, E-Noticing, and E-Filing**

4. *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents in the District Court under the CM/ECF System*

## TOP TEN CHANGES IN FILING PROCEDURES FOR ALL ATTORNEYS WHETHER REGISTERED IN CM/ECF OR NOT

To accomplish the Court's goal of having electronic files even if a document is not electronically filed by the attorney or party, the publication titled *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents in the District Court under the New CM/ECF System,* available through a link on our web page at www.almd.uscourts.gov, describes some procedural changes that will apply to all documents filed in this District.

**This list represents most of those changes that will affect filing procedures for all attorneys, regardless of the filing method:**

1. CM/ECF **Electronic Noticing (<u>E-Noticing</u>) is required by General Order 2:04-mc-3164.**

2. CM/ECF Electronic Filing (E-Filing) will become mandatory in the future.

3. Pleadings, documents, etc. submitted to the Clerk's Office in paper form shall not be bound or stapled or paper clipped, but rather, shall be held together by removable spring binding clips.

4. For all filings electronic or conventional, the style of the case number on the face of the document shall change as follows:

    [division#]:[2-digit year]-cv-[case #]-[judge initial]

    With Division numbers: 1-Southern, 2-Northern, 3-Eastern

    For example, 2:04-cv-5000-A is the court's 5,000[th] civil case filed in 2004. The case was filed in the Northern Division and is assigned to Chief Judge Albritton.
    (you may also omit the intermediate dashes: 02:04cv5000-A)

5. An attorney must file a Notice of Change of Address in each active case in which they are attorney of record.

6. Copies of orders and judgments, whether received electronically or otherwise, will no longer contain a written signature. Rather, the signature will be replaced by "s/ (judge's name)" or by an electronic signature.

7. Pay particular attention to privacy issues and the Court's Redaction Policies. See General Order 2:04-mc–3164 and Section II - I of the Administrative Procedures.

8. Evidentiary submissions must be accompanied by an Index.

9. Attorneys are encouraged to e-mail proposed orders (not pretrial orders) to the appropriate judge as a word processing file attached to the e-mail. This is in addition to attaching the proposed order to the pleading. E-mail addresses will be available on our website.

10. CM/ECF will allow PACER users, whether they are attorney of record or not, to view electronic documents in all cases except social security and criminal cases and where the case or document is sealed.