IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 17 A 9:32

Cory Effentis Edwards,
    Plaintiff

vs.                                      Case No. 3:05-cv-1225-WHA

Tallapoosa County Jail, et al.,
    Defendanys

## Motion To Amend

Comes now Cory E. Edwards, the plaintiff in the above style cause and number bereby moves this Honorable Court for a Motion To Amend to the original petition pursuant to Rule 4(d) Federal Rules Of Civil Procedure and states as follows:

The plaintiff request this motion to add the County sheriff to the originsl Sheriff Jimmy Abbet, as Lieutenant Robin Frazier the shift supervisor over CO1 Jennifer Strong who sprayed the plaintiff and three other prisoner with chemical spray. Sheriff Jimmy Abbet, is the sheriff of Tallopossa County Jail and he is the one in charge of the employees and prisoners.

Wherefore, premises considers, plaintiff prays that this Court grant this Motion to amend and any other relief this Court deems just.

Respectfully
*Cory Edwards*

CERTIFICATE OF SERVICE

I certify that I have served on this date a copy of the foregoing on Counsel of record and address as follows:

Done this the 6 day of February, 2006.

*Cory Edwards*