IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:05-CV-1225-WHA |
| TALLAPOOSA COUNTY JAIL, ET AL., ) | |
| Defendants. ) | |

MOTION FOR LEAVE OF COURT

COMES NOW the Plaintiff, Cory Effentis Edwards, by and through himself in the above-styled cause moves this Honorable Court for a leave of court upon several requests made by the Plaintiff and seek an order upon each request, and in support state the following:

1. The Plaintiff moves this Honorable Court to grant a modification of the document by altering "Tallapoosa County Jail" and replacing the same with the named defendants as stated in this Court's last recommendation; and since this Court has ruled that "Tallapoosa County Jail" be dismissed as a defendant. Therefore, the Plaintiff respectfully request that this Court issue an order unto the Clerk to alter or modify the record to reflect the same.

2. The Plaintiff moves this Honorable Court to grant an extension of sixty (60) days to locate the correct address of defendant Robin Frazier. The Plaintiff understands that it is his responsibility to provide the correct address of the said, and Plaintiff desires to meet this burden and is diligently striving to do the same.

3. The Plaintiff moves this Honorable Court to grant a pretrial hearing as made available to expediate the proceedings, and to permit and prescribe the boundary of discovery for preparation and purpose of trial.

WHEREFORE, premises considered, Plaintiff prays that this Honorable Court grant this leave of court to file the above requests as required by the Federal Rules of Civil Procedure.

Done this the 13 day of February, 2006.

_____
Cory E. Edwards, pro se
A.I.S. No. 241279
Draper Correctional Center
P.O. Box 1107
Elmore, AL. 36025-1107

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing at the following address:

Tallapoosa County Jail
316 Industrial Park Dr.
Dadeville, Al. 36853

by placing the same in the U.S. Mail, First Class, postage prepaid and correctly addressed on this 13 day of February, 2006.

_____
Corey E. Edwards, pro se

2.