IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS,           )
    Plaintiff,                   )
vs.                              )   Case No. 2:05-CV-1225-WHA
TALLAPOOSA COUNTY JAIL, ET AL.,  )
    Defendants.                  )

## MOTION FOR PRETRIAL CONFERENCE HEARING

COMES NOW the Plaintiff, Cory Effentis Edwards, by and through himself in the above-styled cause pursuant to Rule 16 Federal Rules of Civil Procedure, moves this Honorable Court to schedule a pretrial conference hearing, and in support the following reasons thereof::

1. The Plaintiff asserts that a pretrial conference hearing shall serve several purposes such as expediate the disposition of this instant case; discourage wasteful pretrial activities; establish early and continuing control so that the instant case shall not be protracted because lack of management; ameliorating the quality of the trial through more thorough preparation; and facilitate the settlement of the case.

2. The Plaintiff asserts that a pretrial conference hearing shall further serve the opportunity between the parties to make any further disclosures that this Court has already deemed ordered.

WHEREFORE, premises considered, Plaintiff prays that this Honorable Court grant this instan request and order the same.

Done this the 13 day of February, 2006.

                                     Respectfully Submitted,

                                     Cory E. Edwards, pro se
                                     A.I.S. No. 241279
                                     Draper Correctional Center
                                     P.O. Box 1107
                                     Elmore, Al. 36025-1107

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing at the following address:

                Tallapoosa County Jail
                316 Industrial Park Dr.
                Dadeville, Al. 36853

by placing the same in the U.S. Mail, First Class, postage prepaid and correctly addressed on this 13 day of February, 2006.

                                     Cory E. Edwards, pro se