IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS,      )
    Plaintiff,              )
vs.                         )     Case No. 2:05-CV-1225-WHA
TALLAPOOSA COUNTY JAIL, ET AL.,  )
    Defendants.             )

MOTION FOR ENLARGEMENT OF TIME

COMES NOW the Plaintiff, Cory Effentis Edwards, by and through himself in the above-styled cause pursuant to Rule 6 Federal Rules of Civil Procedure, moves this Honorable Court to grant an extension of time, and in support state the following:

1. The Plaintiff respectfully request that this Honorable Court grant an extension of sixty (60) days pursuant to the order issued on February 3, 2006. The Plaintiff make this request pursuant to Rule 6(b) Federal Rules of Civil Procedure whereby this Court may extend the period originally prescribed.

2. The Plaintiff accepts his responsibility to provide the correct address of Robin Frazier that's listed as a defendant in the above entitled case. However, the Plaintiff is diligently attempting to locate the same in order the said may be provided due notice; and Plaintiff was informed through another prisoner that the foresaid person is no longer employed at the Tallapoosa County Jail, but at the Alexander City Jail. The Plaintiff cannot be certain until he investigate further to confirm whether or not Robin Frazier is in fact employed at the Alexander City Jail.

3.   The Plaintiff further request that this Court stay all proceedings until the requested period of sixty (60) days whereby the Plaintiff can obtain the correct address of Robin Frazier in order the foresaid person be entitled to due process of law as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and under Rules 4 and 5 of the Federal Rules of Civil Procedure.

WHEREFORE, premises considered, Plaintiff prays that this Honorable Court grant this instant request for an extension of time and hold this case in abeyance upon said period.

Done this the /3 day of February, 2006.

> Respectfully Submitted,
>
> _____
> Cory E. Edwards, pro se
> Draper Correctional Center
> P.O. Box 1107
> Elmore, Al. 36025-1107

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing at the following address:

> Tallapoosa County Jail
> 316 Industrial Park Dr.
> Dadeville, Al. 36853

by placing the same in the U.S. Mail, First Class, postage prepaid and correctly addressed on this /3 day of February, 2006.

> _____
> Cory E. Edwards, pro se

2.