IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS, )
    Plaintiff, )
vs. )  Case No. 2:05-CV-1225-WHA
TALLAPOOSA COUNTY JAIL, ET AL., )
    Defendants. )

## MOTION TO MODIFY DOCUMENTS

COMES NOW the Plaintiff, Cory Effentis Edwards, by and through himself in the above-styled cause moves this Honorable Court to issue an order unto the Clerk of the Court to modify the documents in the above entitled case wherein this Court ordered that "Tallapoosa County Jail" was dismissed as a defendant from the above action. Therefore, Plaintiff respectfully request that the listed name "Tallapoosa County Jail" be removed as part of the caption and replace the same with the served defendant that the initial complaint made against.

Done this the 13 day of February, 2006.

                                Cory E. Edwards, pro se
                                A.I.S. No. 241279
                                Draper Correctional Center
                                P.O. Box 1107
                                Elmore, AL. 36025-1107

CERTIFICATE OF SERVICE
---

I hereby certify that I have served a true and correct copy of the foregoing at the following address:

>Tallapoosa County Jail
>316 Industrial Park Dr.
>Dadeville, Al. 36853

by placing the same in the U.S. Mail, First Class, postage prepaid and correctly addressed on this 13 day of February, 2006.

*Cory E. Edwards*, pro se

2.