IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1225-WHA |
| | ) |
| JENIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by the plaintiff on March 17, 2006 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff is GRANTED an extension from February 16, 2006 to and including April 17, 2006 to submit a correct address for Robin Frazier.

Done this 20th day of March, 2006.

           /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE