IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1225-WHA |
| | ) |
| JENIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file filed by the plaintiff on March 17, 2006 (Court Doc. No. 21), in which the plaintiff seeks leave to file various motions, and for good cause, it is

ORDERED that the motion for leave to file be and is hereby GRANTED.

Done this 20th day of March, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE