IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1225-WHA |
| | ) |
| JENIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to modify documents filed by the plaintiff on March 17, 2006 (Court Doc. No. 24), in which the plaintiff requests correction of the style in this case to reflect dismissal of the Tallapoosa County Jail, and as such action is undertaken by the court upon entry of the order adopting Recommendation, it is

ORDERED that the motion to modify be and is hereby DENIED as moot.

Done this 20th day of March, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE