IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CORY EFFENTIS EDWARDS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:05-CV-1225-WHA-CSC ) |
| **JENNIFER STRONG, et al.** | ) ) |
| Defendants. | ) |

**MOTION TO FILE SPECIAL REPORT OUT OF TIME/ALTERNATIVE MOTION
FOR EXTENSION OF TIME TO FILE SPECIAL REPORT**

COMES NOW Jennifer Strong, a Defendant in the above-styled cause, and moves this Court to allow her to file her Special Report and Answer out of time, or in the alternative, to grant her an extension of time to file her Special Report and Answer. As grounds for this Motion, this Defendant states as follows:

1. The undersigned attorney just received this suit on March 22, 2006.

2. The undersigned is in need of additional time in which to fully investigate this matter in order to provide this Court with a meaningful and complete Special Report.

3. The undersigned will also be preparing a Special Report on behalf of Defendant Jimmy Abbett. Defendant Abbett's Special Report is due on April 17, 2006.

4. The factual and legal information relating to both Defendants can be appropriately presented in one consolidated Special Report and one consolidated Answer filed on behalf of both Defendants.

5. Therefore, the Defendants request that the Court allow the undersigned to file a Special Report and Answer on behalf of both Jennifer Strong and Jimmy Abbett on or before April 17, 2006.

WHEREFORE Defendant Jennifer Strong requests this Court to allow her to file her Special Report and Answer out of time, or in the alternative, to grant her an extension of time to file her Special Report and Answer on or before April 17, 2006.

Respectfully submitted this 23rd day of March, 2006.

>s/Amanda Kay Morgan
>GARY L. WILLFORD, JR. Bar Number: WIL198
>AMANDA KAY MORGAN Bar No. ALL079
>Attorneys for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive (36117)
>Post Office Box 240909
>Montgomery, Alabama 36124
>Telephone: (334) 262-1850
>Fax: (334) 262-1889
>E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **23rd** day of **March, 2006**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Cory Effentis Edwards
AIS#241279
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

>**s/Amanda Kay Morgan**
> OF COUNSEL