| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Tom McCary* ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery<br>Tom McCary    3-21-06 |
| 1. Article Addressed to:<br><br>Sheriff Jimmy Abbett<br>Tallapoosa Co. Jail<br>316 Ind. Pk Dr.<br>Dadeville, AL 36853 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>5cv1225<br>proc order of 3/20/06<br>Amd to Cmp<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540