IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS, #241279,     )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   CIVIL ACTION NO. 2:05-CV-1225-WHA
                                    )
TALLAPOOSA COUNTY JAIL, et al.,     )
                                    )
            Defendants.             )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendant Strong on

March 23, 2006 (Court Doc. No. 30), and as the order entered on March 20, 2006 (Court

Doc. No. 29) provides defendant Strong until April 17, 2006 to file her answer and written

report, it is

ORDERED that the motion for extension of time be and is hereby DENIED as moot.

Done this 27th day of March, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE