**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **CORY EFFENTIS EDWARDS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-CV-1225-WHA-CSC |
| | ) |
| **JENNIFER STRONG, et al.** | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER**

COME NOW Sheriff Jimmy Abbett and Jennifer Strong, Defendants in the above-styled cause, and move this Court to grant them an extension of time to file their Special Report and Answer. As grounds for this Motion, this Defendants state as follows:

1. The Court ordered Defendants to file their Special Report on April 17, 2006.

2. Defendants are in need of additional time to fully investigate Plaintiff's claims to provide the Court with a meaningful and complete Special Report.

3. This Court has not previously granted a request for extension of time to file the Special Report.

WHEREFORE Defendants Sheriff Jimmy Abbett and Jennifer Strong request this Court to grant them an extension of time to file their Special Report and Answer on or before May 1, 2006.

Respectfully submitted this 12th day of April, 2006.

        **s/Amanda Kay Morgan**
        GARY L. WILLFORD, JR. Bar Number:  WIL198
        AMANDA KAY MORGAN Bar No.  ALL079
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the **12th** day of **April, 2006**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Cory Effentis Edwards
AIS#241279
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

        **s/Amanda Kay Morgan**
         OF COUNSEL