IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS, #241279,   )
   )
         Plaintiff,   )
   )
    v.   )  CIVIL ACTION NO. 2:05-CV-1225-WHA
   )
JENNIFER STRONG, et al.,   )
   )
         Defendants.   )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants Strong and

Abbett on April 12, 2006 (Court Doc. No. 33), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from April 17, 2006 to

and including May 1, 2006 to file their special report and answer.

Done this 14th day of April, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE