IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CORY EFFENTIS EDWARDS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:05-CV-1225-WHA-CSC ) |
| **JENNIFER STRONG, et al.** | ) ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Tallapoosa County, Alabama, Sheriff Jimmy Abbett and Corrections Officer Jennifer Strong, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Cory Effentis Edwards, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. All Plaintiff's claims are moot.

3. Plaintiff lacks standing to bring his claims.

4. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

1

5.  The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

6.  Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

7.  The Plaintiff's claims are barred by the Prison Litigation Reform Act because he has failed to exhaust available administrative remedies and because he has not suffered an injury that is greater than de minimus.

8.  Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

9.  Defendants are not liable based upon *respondeat superior* theories of liability.

10. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

11. Defendants were not deliberately indifferent in any respect.

12. Defendants reserve the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

Respectfully submitted this 1st day of May, 2006.

        **s/Amanda Kay Morgan**
        GARY L. WILLFORD, JR. Bar Number: WIL198
        AMANDA KAY MORGAN Bar No. ALL079
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of May, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Cory Effentis Edwards
> AIS#241279
> Draper Correctional Facility
> P.O. Box 1107
> Elmore, AL 36025
>
> **s/Amanda Kay Morgan**
> OF COUNSEL