# Exhibit A
# Inmate File of Corey Effentis Edwards
# Conviction Report dated June 3, 2005

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                              ALEX CITY COUNTY
                            TRANSCRIPT OF RECORD
                            CONVICTION REPORT
                                              CC 2004 000126.00 01
                                              TOM. F. YOUNG JR.
```

| CIRCUIT COURT OF ALEX CITY COUNTY | COURT ORI  062025 J |
|---|---|

```
| STATE OF ALABAMA        VS.              DC NO: DC 2003 001037.00 |
| EDWARDS CORY EFFENTIS         ALIAS:     G J:   161162,63          |
| ██████████████               ALIAS:     SSN:   ███████████        |
| ALEXANDER CITY  AL  35010                SID:   00 00000           |
|                                          AIS:   00 00              |
```

```
| DOB: ██████████  SEX: M  HT: 6 00  WT: 175  HAIR: B    EYE: BRO |
| RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ___  FEATURES: __ |
```

```
| DATE OFFENSE: 11/20/2003  ARREST DATE: 11/24/2003  ARREST ORI: 0620000 |
```

| CHARGES @ CONV | CITES | CT CL | COURT ACTION | CA DATE |
|---|---|---|---|---|
| TRAFFICKING-COCAIN | 13A-012-231(2) | 01 A | GUILTY PLEA | 04/14/2005 |
| POSS MARIJUANA 2ND | 13A-012-214 | 01 A | DISMISSED | 04/14/2005 |
| USE/POSS DRUG PARA | 13A-012-260(C) | 01 A | DISMISSED | 04/14/2005 |

```
| JUDGE: TOM. F. YOUNG JR.        PROSECUTOR: JONES E PAUL |
```

| PROBATION APPLIED | GRANTED  DATE | REARRESTED DATE | REVOKED  DATE |
|---|---|---|---|
| ( )Y( )N | ( )Y( )N | ( )Y( )N | ( )( )N |

```
| 15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL   JAIL CREDIT |
| ( )Y (X)N   CONFINEMENT: 10 00 000   00 00 000   10 00 0   00 00 022    |
|             PROBATION  : 00 00 000               00 00 0                |
| DATE SENTENCED: 04/14/2005   SENTENCE BEGINS: 06/01/200                 |
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $0.00 | $0.00 |
| CONSECUT SENT | ATTORNEY FEE | $0.00 | $0.00 |
| DRUG | CRIME VICTIMS | $50.00 | $50.00 |
| | COST | $367.00 | $367.00 |
| | FINE | $50100.00 | $50100.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $1700.00 | $1700.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $52217.00 | $52217.00 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
|---|---|---|---|
| ( )Y( )N | ( )Y( )N | ( )Y( )N | ( )Y( )N |

```
REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
Amount of cocaine exceeds 28 grams.  FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.


                                  Frank Lucas cp
                                  FRANK LUCAS

                                  06/03/2005
```

```
OPERATOR: CAP
PREPARED: 06/03/2005
```

# Exhibit B
# Inmate File
# Alabama Uniform Arrest Report
# Dated June 1, 2005

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☒ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | Alexander City Police Department | 0 5 0 2 0 0 2 2 4 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Edwards, Corey Effentis | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☐1 W  ☒2 B  ☐3 A  ☐4 I | 6'3 | 218 | Bro | Blk | | |

14: ☐ 1 SCARS  ☐ 2 MARKS  ☐ 3 TATTOOS  ☐ 4 AMPUTATIONS

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Alabama | ~~[redacted]~~ | ~~[redacted]~~ | 30 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| AL01294017 | HENRY CLASS / NCIC CLASS | | | | | | | | |

| 24 FBI # | 25 IDENTIFICATION COMMENTS |
|---|---|
| | |

| 26 ☒ RESIDENT  ☐ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) ~~[redacted]~~ Alexander City, Al. | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) N/A |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | | |

### ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION |
|---|---|---|
| Alexander City Courthouse | 3 | ☒ IN STATE  ☐ YES  ☐ NO  ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 Injuries? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK  ☒ SOBER  ☐ DRINKING  ☐ DRUGS | ☐ YES  ☒ NO | ☒ 1 NONE  ☐ 2 OFFICER  ☐ 3 ARRESTEE | ☐ Y  ☒ N | ☐ 1 HANDGUN  ☐ 2 RIFLE  ☐ 3 SHOTGUN  ☐ 4 OTHER FIREARM  ☐ 5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 6 0 1 0 5 | 1000 ☒1. AM ☐2. PM ☐3. MIL | S M T ☒W T F S | ☒ ON VIEW  ☐ ON CALL  ☐ WARRANT | ☒ YES  ☐ NO  ☐ UNKNOWN |

| 46 CHARGE—1  ☒ FEL  ☐ MISD | 47 UCR CODE | 48 CHARGE—2  ☐ FEL  ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Distribution of Controlled Substance | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-12-211/806 | 2005000248.00 | 0 5 0 2 0 5 (M D Y) | | | (M D Y) |

| 56 CHARGE—3  ☐ FEL  ☐ MISD | 57 UCR CODE | 58 CHARGE—4  ☐ FEL  ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | (M D Y) | | | (M D Y) |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD  ☐ BAIL  ☐ RELEASED  ☐ TOT-LE  ☐ OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 71 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

### JUVENILE

| 82 JUVENILE ☐ DISPOSITION: | ☐ HANDLED AND RELEASED  ☐ REF. TO JUVENILE COURT  ☐ REF TO WELFARE AGENCY  ☐ REF TO OTHER POLICE AGENCY  ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| | | |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|
| | | | |

### RELEASE

| 91 DATE AND TIME OF RELEASE (M D Y) | ☐ 1. AM ☐ 3. MIL ☐ 1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|
| | | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES  ☐ NO  ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|
| | | |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE / STATE USE |
|---|---|---|
| | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| White, Frederick | 036 | | | | |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC - 34 REV. 10-90

OFFICER'S ...ORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | 118 CASE # | 119 SFX |
|---|---|---|---|
| | 0 6 0 1 0 5  1000  ☒ AM ☐ PM ☐ MIL | 0 5 0 2 0 0 2 2 4 | 1 |

120 ADDITIONAL ARREST INFORMATION

On the above date and time Corey Edwards was arrested on a warrant for unlawful distribution of controlled substance. He was transported to the county jail without incident.

NARRATIVE

# Exhibit C
# Inmate File
# Summary dated June 1, 2005

# Summary

**ID#: 11449**

## EDWARDS, COREY EFFENTIS

███████████

ALEXANDER CITY AL  35010

(256)████████

**Previous Address:**

████████████

ALEXANDER CITY, AL  35010



6/1/2005 1:20:22 PM          6/1/2005 1:20:36 PM

## Identification Information:

| | |
|---|---|
| Gender: Male | Race: Black |
| Ethnic: African American | DOB: ████████  Age: |
| Height: 6'03 | Weight: 218 |
| Hair: Black | Eyes: Brown |
| Complexion: Light Brown | Glasses:  No |
| Hairstyle: Braided | Teeth: Straight |
| Speech: Southern Drawl | Build: Slender |
| State ID:████████7 | Fed ID: 753564TA9 |
| DL: ████████ | |
| Local ID: 11449 | LID Type: LID |
| SMT Code:  TAT R | Desc: (THEE) |
| MO:  : | |
|     : | |

Notes:  PISTOL PERMIT APPLICATION ON 08-01-02 AH DENIED

# Exhibit D
# Inmate File
# In-Processing Check List
# Dated June 1, 2005

 



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Inmates Name: _Edwards, Corey_     Name ID: __11449__     Date In: __6-1-05__

Booking Number: __05-000878__     Time In: __12:20__     Shift: __A-1__

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

n/a 3. Finger printing. Livescan.

✓ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:_____
    _____ _Sent 10 yr_ _____

✓ 7. All copies of reports made and copies and originals in appropriate location.

✓ 8. All property and valuables have been secured in appropriate location.

✓ 9. Any cash inmate request to be transferred to commissary account has been accounted for and
    placed in appropriate location.

✓ 10. NCIC Check completed:

     ✓ No wants or warrants

     _____ Wanted for:_____

       by: _____ _D. Ray_ _____

_C. Nail_ _____        _13:20     6-1-05_ _____

Booking Officer's Signature           Date/Time Booking Completed

_Sgt. Mason_ _____

Supervisor Reviewed

**CORRECTIONS**

*Supervisor must review all bookings prior to filing record.

# Exhibit E
# Inmate File
# Court Action/Arrest Authentication
# Dated June 16, 2005



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

**DATE:** June 16 2005

**NAME OF PRISONER:** EDWARDS CORLEY EFFENTES **NID#:** 22432

**JUDGE:** TAYLOR **CASE #: (IF KNOWN)** DC 2005 000 342 00

**CHARGE(S):** UNLAW DISTRIB/FUR

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_____✓ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____✓ 9. APPOINTED ATTORNEY: Robin McIntyre

_____ 10. COURT ORDERED HOLDS FOR: _____

**ADDITIONAL REMARKS:**

_____

_____

_____

_____    Sgt. Mason

**BOOKING OFFICER**              **OFFICER COMPLETING FORM**

**Exhibit F
Inmate File
Out-processing Check List
Dated July 1, 2005**





# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: **Edwards, Corey**   Name ID: **11449**   Date Out: **7-1-05**

Booking Number: **05-000 878**   Time Out: _____   Shift: **B-1**

_____ 1. Manner in which inmate is being released has been confirmed.

_____ 2. NCIC Check completed:

      _____ No wants or warrants

      _____ Wanted for: **Released to D.O.C**

      by: _____

_____ 3. Inmate returned all issued property, spillman updated.

_____ 4. Inmate received and signed for all his/her property, spillman updated.

_____ 5. Bond completed and copies/originals in appropriate location.

_____ 6. Copy of bond/receipt/order has been placed in inmates record.

**N/A** 7. Cash Account: Inmate received commissary funds upon release: Yes/No

      If no explain: _____

_____ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____   **7-1-05**_____

Booking Officer's Signature   Date/Time Release Completed

_____

Supervisor Reviewed

*Supervisor must review all releases prior to filing record.



# Exhibit G
# Inmate File
# In-processing Check List
# Dated October 5, 2005



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

*Loc # 30*

Inmates Name: _Edwards Corey_    Name ID: _11449_    Date In: _10-5-05_

Booking Number: _05-001591_    Time In: _1700_    Shift: _B2_

____✓___ 1. Medical screening completed. Notify nurse of any major problems.

____✓___ 2. Property Issued. (Explain to inmate about the responsibility of property.)

____✓___ 3. Finger printing. Livescan.

____✓___ 4. Photos.

____✓___ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

____✓___ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:_____

_Hold for court_ _____

____✓___ 7. All copies of reports made and copies and originals in appropriate location.

____✓___ 8. All property and valuables have been secured in appropriate location.

____✓___ 9. Any cash inmate request to be transferred to commissary account has been accounted for and

placed in appropriate location.

___✓___ 10. NCIC Check completed:

_____ No wants or warrants

_____ Wanted for: _DOC_ _____

by: _____

___Wyckow_____    ___10-5-05   1820___

Booking Officer's Signature         Date/Time Booking Completed

___Sgt C. R._____

Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

**Exhibit H
Inmate File
Order dated October 6, 2005**

# IN THE DISTRICT COURT OF TALLAPOOSA COUNTY
## AT ALEXANDER CITY, ALABAMA

STATE OF ALABAMA,                    )
    Plaintiff,                       )
                                     )
vs.                                  )
                                     )    Case No. DC-2005-342
                                     )
COREY EFFENTIS EDWARDS,               )
    Defendant.                       )

JAIL FILE

## O R D E R

This matter is hereby scheduled for a Plea on Information Hearing before this Court on **October 6, 2005, at 2:00 PM.**

It has been brought to the attention of the Court that the defendant named above may be presently incarcerated with the Department of Corrections, and said defendant must be before this Court on October 6, 2005.

IT IS ORDERED that the Tallapoosa County Sheriff's Office make arrangements with the Department of Corrections to transport the said defendant to this Court for hearing on the date and time indicated above. IT IS FURTHER ORDERED that the Department of Corrections deliver custody of the Defendant to personnel of the Tallapoosa County Sheriff's Office for the purpose of transporting defendant to this County for hearing. After said hearing, the Tallapoosa County Sheriff's Office is directed to return the Defendant to the custody of the Department of Corrections, if applicable.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant, the Tallapoosa County Sheriffs' Office, the Department of Corrections, and Office of Probation and Paroles.

SIGNED this 19 day of September, 2005.

CLAYTON KIM TAYLOR
District Judge

9-19-05
DA
Hon. Robin McIntyre
TCSO
AL Dept. of Corrections
Probation and Parole Office

RECEIVED
SEP 2005
FRANK LUCAS
CIRCUIT CLERK

**Exhibit I**
**Inmate File**
**Out-Processing Check List**
**Dated October 7, 2005**



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: __Edwards Corey__  Name ID: __11449__  Date Out: __10-7-05__

Booking Number: __05-001591__  Time Out: __1225__  Shift: __A-1__

____ 1. Manner in which inmate is being released has been confirmed.

____ 2. NCIC Check completed:

         _____ No wants or warrants

         _____ Wanted for: __DOC__

               by: __WYATT__

____ 3. Inmate returned all issued property, spillman updated.

____ 4. Inmate received and signed for all his/her property, spillman updated.

____ 5. Bond completed and copies/originals in appropriate location.

____ 6. Copy of bond/receipt/order has been placed in inmates record.

____ 7. Cash Account: Inmate received commissary funds upon release: Yes/No

         If no explain: _____

____ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____            __10-7-05 / 1225__

Booking Officer's Signature            Date/Time Release Completed

_____

Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

CORRECTIONS

# Exhibit J
# Inmate File
# Guilty Plea dated October 6, 2005

State of Alabama v. _Cory C. Edwards_
Case No. CC- _05_ - _222_

On _10/06/05_ , the Defendant appeared in open Court with counsel and made known (his/her) desire to plead guilty to the charges pending. The Court received a written Plea Agreement signed by the Defendant, Defendant's attorney, and the Prosecutor. The Court conducted a full colloquy advising the Defendant of (his/her) constitutional rights, the charges against (him/her) and the facts surrounding (his/her) case prior to accepting the guilty plea. The Court ascertained from the Defendant that there are sufficient facts on which to base the plea of guilty. The Defendant entered a plea of guilty to the charge(s) of _Distribution of Controlled Substance_ and further, (he/she) waived (his/her) right to appeal the guilty plea. The Court's Official tape recorder recorded the entire proceeding. Based on the guilty plea, this Court finds the Defendant guilty of the above-mentioned charges and the Defendant having had an opportunity to speak, it is the Court's Order that (he/she) be and hereby is sentenced to:

[X]   The penitentiary of the State of Alabama for a term of _Eight (8) Years_
      to run [X] concurrently, ( ) consecutively, ( ) as an Habitual Offender.
[ ]   The _____ County Jail for a term of _____
      to run ( ) concurrently ( ) consecutively.
[ ]   The custody of the Director of the Department of Corrections of this State as an Youthful Offender for a term of
      _____ to run ( ) concurrently, ( ) consecutively.
******
[ ]   The Defendant's sentence shall be split with the Defendant serving _____
      Following release, the Defendant shall be placed on (supervised)(unsupervised)(conditional release) probation for a period of _____
[ ]   The Defendant's sentence is hereby suspended for a period of _____ .
      (supervised)(unsupervised)
******
[ ]   Defendant shall receive credit for any time served since the date of arrest in connection with this matter to which (he/she) may be legally entitled.
[X]   Defendant shall pay the costs of court, which shall include the cost of (his/her) legally appointed attorney.
[X]   Defendant shall reimburse the State of Alabama and the County for any medical or dental expenses incurred while an inmate in connection with this case.
[X]   Defendant shall pay a Victim's Compensation Fund Award of $ _50.00_
[ ]   Defendant shall pay a fine of $1000.00 pursuant to Section 13A-12-281.
[ ]   Defendant shall pay a fine of $2000.00 pursuant to Section 13A-12-281.
[X]   Defendant shall pay $100.00 to the Forensic Sciences Drug Trust Fund.
[ ]   Defendant shall pay $250.00 to the Alabama Head Injury Foundation Fund.
[X]   Defendant shall pay $100.00 to the Alabama Chemical Testing Training and Equipment Trust Fund
[ ]   $ _____ Assessment pursuant to the Investment in Justice Act of 1999.
[ ]   Defendant shall pay a fine of $ _____
[X]   Defendant shall pay restitution as follows: _9290.00 to Tallapoosa County Narcotics_
      _Task Force_
[ ]   All fines and court costs shall be paid within _____
[ ]   Defendant shall report to the Court Referral Office and successfully complete all programs as directed.
[ ]   Defendant shall perform _____ hours of Community Service with _____
      Said community service shall be completed _____
[ ]   Other conditions of sentence are: _____
      _____
[X]   Any items seized in connection with this case are to be condemned and forfeited to the investigating agency for proper disposal or destruction.
******
[ ]   The Defendant's (application for probation)(restitution hearing) is set for _____
[X]   The Defendant was instructed in open Court to return for the hearing at that time.
[ ]   Defendant waived (his/her) right to make application for probation.
[ ]   Defendant's bond                     ( ) shall continue as previously set
                                           ( ) is set at $ _____ pending (his/her) application on.

_10-6-05_
Date

_____
District Judge as
Acting Circuit Judge

# Exhibit K
# Inmate File
# Conviction Report
# Dated October 13, 2005

```
ACR359                     ALABAMA JUDICIAL DATA CENTER          JAN
                              ALEX CITY COUNTY                    FILE
                           TRANSCRIPT OF RECORD
                           CONVICTION REPORT
                                              CC 2005 000222 00 01
                                                 ASSIGNED   GE
```

| | |
|---|---|
| CIRCUIT COURT OF ALEX CITY COUNTY | COURT ORI  062025 J |
| STATE OF ALABAMA          VS.<br>EDWARDS COREY EFFENTIS      ALIAS:<br>                                ALIAS:<br>ALEXANDER CITY  AL  35010 | DC NO:  WR 2005 000248.00<br>G J:<br>SSN:<br>SID:    000   000<br>AIS: |

```
DOB:          5  SEX: M  HT: 6 03     WT  222  HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:          AGE:        FEATURES:
```

```
DATE OFFENSE: 02/03/2005  ARREST DATE: 06/  /2005  ARREST    I: 0620000
```

```
CHARGES @ CONV      CITES           CT CL COURT ACTION          CA DATE
UNLAW DISTRIB/FURN 13A-012-211       01 B  GUILTY PLEA          10/06/2005
                                     00                         00/00/0000
                                     00                         00/00/0000
```

```
JUDGE: ASSIGNED JUDGE               PROSECUTOR: JONES E PAUL
```

```
PROBATION APPLIED   GRANTED   DATE        REARRESTED DATE    REVOKED  DATE
( )Y( )N            ( )Y( )N             ( )Y(   )            (    )N
```

```
15-18-8, CODE OF ALA 1975    IMPOSED  SUSPENDED    TOTAL      JAIL CREDIT
( )Y (X)N   CONFINEMENT:  08 00 000  00 00 000  08 00 000   00 00 128
            PROBATION :  00 00 000             00 00 000
DATE SENTENCED: 10/06/2005      SENTENCE BEGINS: 10/06/2005
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY<br>CONCURR SENT<br>DRUG | RESTITUTION<br>ATTORNEY FEE<br>CRIME VICTIM<br>COST<br>FINE<br>MUNICIPAL FEE<br>DRUG FEES<br>ADDTL DEFENDANT<br>DA FEES<br>COLLECTION ACCT<br>JAIL FEES | $290.00<br>$0.00<br>$50.00<br>$303.00<br>$100.00<br>$0.00<br>$1360.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | $290.00<br>$0.00<br>$50.00<br>$303.00<br>$100.00<br>$0.00<br>$1360.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 |
| | TOTAL | $2103.00 | $2103.00 |

```
APPEAL DATE       SUSPENDED        AFFIRMED          REARREST
( )Y( )N           ( )Y( )N         ( )Y(   )              (  )N
```

```
REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.


                                Frank Lucas  cp
                                FRANK LUCAS

                                10/13 2005
```

```
OPERATOR: CAP
PREPARED: 10/13/2005
```




# Exhibit L
# Declaration of
# Sheriff Jimmy Abbett

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **CORY EFFENTIS EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  3:05-CV-1225-WHA-CSC** |
| | ) |
| **JENNIFER STRONG, et al.** | ) |
| | ) |
| **Defendants.** | ) |

<u>**DECLARATION OF JIMMY ABBETT**</u>
<u>**PURSUANT TO 28 U.S.C. § 1746**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

1.      My name is Jimmy Abbett.  I am over the age of nineteen and competent to make this declaration.

2.      I am the duly elected Sheriff of Tallapoosa County, Alabama.  I have served as Sheriff since 1995.  Prior to serving as Sheriff, I retired from the Alabama Bureau of Investigation where I served as an Investigator.

3.      I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail.  I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      I have delegated the responsibility for the day-to-day functions of the Tallapoosa County Jail to the Jail Administrator Blake Jennings.  As Sheriff of Tallapoosa County, I am responsible for promulgating the policies governing the Jail.

6.     I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

7.     It is the policy of the Tallapoosa County Jail that the use of force against an inmate is permitted only under certain circumstances and when no reasonable alternative is immediately available.

8.     According to the Policy and Procedure Directive jail personnel may use physical force as it relates to five (5) situations:  (1) self-defense; (2) defense of third persons; (3) prevention of a crime; (4) prevention of escape; and (5) enforcement of the Tallapoosa County Jail Rules.

9.     Prior to any use of physical force, all reasonable attempts should be made to identify and utilize alternative means to deal with the situation.

10.     Physical force should be used only to that degree necessary under the facts and circumstances of the individual situation.

11.     As soon as the inmate is subdued, restrained, or stopped his actions, the force should be discontinued.

12.     Force is not to be used against an inmate as a means of punishment.

13.     Following any use of force in the Tallapoosa County Jail, a detailed incident report must be completed and submitted to the Jail Administrator.

14.     It is recognized by the Tallapoosa County Jail that the use of chemical agents is one of the least amounts of force one can use.

2

15.    It is the policy of the Tallapoosa County Jail that any staff member using chemical dispensers must have completed training on chemical aerosol spray. Unless in an emergency type situation, the only type of chemical spray to be used in he jail is O.C. spray which will be furnished by the jail. The jail furnishes 10% O.C. spray in four ounce cans or dispensers.

16.    In the event that the administration of O.C. spray is necessary, the inmate will immediately thereafter be provided with cold water with which to flush his eyes. If O.C. spray is used in the confines of the jail, the affected area of the jail should be cleaned as soon as practicable.

17.    The Tallapoosa County Jail was subject to an inspection by the State of Alabama Department of Corrections on March 7, 2006. (See Exhibit 1 to the Declaration of Blake Jennings, State of Alabama Department of Corrections Jail Inspection Report.) The Jail received a Public Health Inspection score of 100 for the Detention area and 97 for the Kitchen area.

18.    The inspector noted that all areas of the Jail were clean and that the staff was to be commended.

19.    It was further noted that all safety features were in good order including emergency exits and fire apparatus. Further, the inspector noted that an Emergency fire Evacuation plan is posted and that fire and safety precautions are observed.

20.    The Jail received the highest score in all areas of food services. Specifically, the inspector noted that three meals were served per day and that the quality and quantity of food preparation was good.

21.    It is the policy of the Tallapoosa County Jail that sanitation and hygienic living conditions in the jail are maintained in an appropriate manner so as to provide a healthful environment. The Jail Administrator makes certain that the jail is checked on a daily basis for sanitation. The Tallapoosa County Jail is inspected by the State of Alabama Department of Corrections as well as the Tallapoosa County Health Department. Interim inspections are carried out by the jail staff at the direction of the Jail Administrator. The Jail Administrator has the jail cleaned on a daily basis using approved sanitary supplies. Inmates are allowed to request cleaning materials to clean their living quarters at any time of day.

22.    It is the policy of the Tallapoosa County Jail to provide regular insect and vermin control with the jail. The Jail Administrator arranges for monthly professional insect and vermin control services for the Tallapoosa County.

23.    It is the policy of the Tallapoosa County Jail that all necessary steps are taken to ensure the safety of inmates and jail staff through fire prevention practices in the event of a fire in the Jail.

24.    The Shift Supervisor inspects the jail for safety violations once per shift and corrects any deficiencies.

25.    Fire extinguishers are located strategically throughout the Jail.

26.    Fire-retardant mattresses are utilized in the Jail, and no combustible trash receptacles are used.

27.    It is the policy of the Tallapoosa County Jail to provide for prompt evacuation of the Jail in the event of a fire or an emergency. An evacuation plan is posted in the Jail.

28.     It is the policy of the Tallapoosa County Jail that a known enemies list be maintained on inmates incarcerated at the jail.

29.     Inmates are given the opportunity at the time of booking to make the booking officer aware of any known enemies in the jail.

30.     Further, the known enemies list is updated if any Tallapoosa County Jail officer becomes aware of additional enemies.

31.     Inmates are housed separately from any known enemies.

32.     An inmate may make an oral or written request at any time to any officer to be moved to a different cell if he has been threatened or is otherwise in danger.  Each cell is equipped with an intercom, so an inmate may make such a request at any time.

33.     All Tallapoosa County Jail officers understand that such a request is to be taken seriously.  In the event an inmate requests to be moved because he has been threatened or is otherwise in danger, that inmate will be moved immediately.

34.     An inmate's bond is set by the presiding judge in his/her case, and neither I nor any of my staff have the authority to alter it.

35.     Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the Jail via the Inmate Rules and Regulations Handbook.  It is the policy of the Tallapoosa County Jail that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly.  Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have.  Completed grievance forms are entered into the Inmate Log, and an attempt should be made by the officer receiving the grievance to resolve the grievance.  Any officer receiving a grievance form is to pass the grievance on to the Lieutenant for review.  After the Lieutenant takes appropriate action, the Grievance Form is to be forwarded to the Jail

5

Administrator.  The Jail Administrator makes the final decision on inmate grievances.  This decision may be appealed by the inmate in writing to the Chief Deputy within seventy-two hours of receipt of the grievance decision.  The inmate may appeal the Chief Deputy's decision in writing to the Sheriff within seventy-two hours of the receipt of the Chief Deputy's decision.  The decision of the Sheriff may be appealed by the inmate in writing to the County Attorney within seventy-two hours of the receipt of the Sheriff's decision.  A copy of any grievance form which is filed by an inmate is to be placed in the inmate's Inmate File.

36.    I never received a grievance appeal from the Plaintiff regarding the incidents and conditions made the basis of this Complaint.  Accordingly, the Plaintiff has failed to exhaust his administrative remedies at the Tallapoosa County Jail.

37.    In fact, I have never received any correspondence from the Plaintiff.

38.    I have no personal knowledge regarding the allegations of the incident wherein the Plaintiff was sprayed with O.C. spray

39.    I declare under penalty of perjury that the foregoing is true and correct.  I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the ____ day of May, 2006.


_____
JIMMY ABBETT