# Exhibit M
# Declaration of
# Jennifer Strong

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **CORY EFFENTIS EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:05-CV-1225-WHA-CSC** |
| | ) | |
| **JENNIFER STRONG, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**DECLARATION OF JENNIFER STRONG**
**PURSUANT TO 28 U.S.C. § 1746**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF TALLAPOOSA** | ) |

1.      My name is Jennifer Strong.  I am over the age of nineteen and competent to make this declaration.

2.      I am a Corrections Officer at the Tallapoosa County Jail and was so employed on or about June 7, 2005.  I am a graduate of the Corrections Academy.  I am certified in the use of Oleoresin Capsicum (O.C.) Spray.

3.      I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      I am familiar with the policies and procedures of the Tallapoosa County Jail.  I have complied with all policies and procedures of the Tallapoosa County Jail.  I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

6.    On or about June 7, 2005, I was on duty on the night shift at the Tallapoosa County Jail.

7.    After the lights were out, the Plaintiff and other inmates in his cell were creating a disturbance by being rowdy and noisy in their cell.

8.    These inmates were given repeated orders from other officers to cease their rowdy and noisy behavior.  However, the inmates refused these orders and continued to create a disturbance.

9.    Because the inmates had repeatedly refused direct orders from the officers and continued to create a disturbance, the overall discipline and order of the jail was threatened. Therefore, upon the orders of the on-duty Sergeant, I sprayed a burst of O.C. spray into Cell C-9.  No other force was necessary and no other force was used to quell the disturbance.

10.    Only the minimum degree of force necessary was used in this situation. The O.C. spray was used to restore discipline.  Once order was restored, no further force was used.

11.    I am not aware of any further problems with these inmates that evening.

12.    Internal grievance procedures at the Tallapoosa County Jail are available to all inmates.  It is the policy of the Tallapoosa County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon.  Inmates are given an Inmate Grievance Form to complete and return to a Tallapoosa County Jail staff member for any grievances they may have.  The Plaintiff did not file a grievance with me and to my knowledge has not filed a grievance in regards to the allegations made the basis of his Complaint.

2

13.     I declare under penalty of perjury that the foregoing is true and correct.  I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the _____ day of April, 2006.


_____
JENNIFER STRONG

# Exhibit N
# Declaration of
# Blake Jennings

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS,          )
                               )
    Plaintiff,              )
                               )
v.                             )
                               )    Civil Action No.  3:05-CV-1225-WHA-CSC
JENNIFER STRONG, et al.         )
                               )
    Defendants.             )
                               )

## DECLARATION OF BLAKE JENNINGS
## PURSUANT TO 28 U.S.C. § 1746

STATE OF ALABAMA              )
                             )
COUNTY OF TALLAPOOSA         )

1.    My name is Blake Jennings.  I am over the age of nineteen and competent to make this declaration.

2.    I have been employed by the Tallapoosa County Sheriff's Department since 1998. I served as an Investigator from 1998 until I became the Jail Administrator on March 19, 2005.  I am a graduate of the Corrections Academy.

3.    I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Jail.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    I have complied with all policies and procedures of the Tallapoosa County Jail.  I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

6.     It is the policy of the Tallapoosa County Jail that the use of force against an inmate is permitted only under certain circumstances and when no reasonable alternative is immediately available.

7.     According to the Policy and Procedure Directive jail personnel may use physical force as it relates to five (5) situations:   (1) self-defense; (2) defense of third persons; (3) prevention of a crime; (4) prevention of escape; and (5) enforcement of the Tallapoosa County Jail Rules.

8.     Prior to any use of physical force, all reasonable attempts should be made to identify and utilize alternative means to deal with the situation.

9.     Physical force should be used only to that degree necessary under the facts and circumstances of the individual situation.

10.     As soon as the inmate is subdued, restrained, or stopped his actions, the force should be discontinued.

11.     Force is not to be used against an inmate as a means of punishment.

12.     Following any use of force in the Tallapoosa County Jail, a detailed incident report must be completed and submitted to the Jail Administrator.

13.     It is recognized by the Tallapoosa County Jail that the use of chemical agents is one of the least amounts of force one can use.

14.     It is the policy of the Tallapoosa County Jail that any staff member using chemical dispensers must have completed training on chemical aerosol spray.  Unless in an emergency type situation, the only type of chemical spray to be used in the jail is O.C. spray which will be furnished by the jail.  The jail furnishes 10% O.C. spray in four ounce cans or dispensers.

15. In the event that the administration of O.C. spray is necessary, the inmate will immediately thereafter be provided with cold water with which to flush his eyes. If O.C. spray is used in the confines of the jail, the affected area of the jail should be cleaned as soon as practicable.

16. The Tallapoosa County Jail was subject to an inspection by the State of Alabama Department of Corrections on March 7, 2006. (See Exhibit 1 to this Declaration, State of Alabama Department of Corrections Jail Inspection Report.) The Jail received a Public Health Inspection score of 100 for the Detention area and 97 for the Kitchen area.

17. The inspector noted that all areas of the Jail were clean and that the staff was to be commended.

18. It was further noted that all safety features were in good order including emergency exits and fire apparatus. Further, the inspector noted that an Emergency fire Evacuation plan is posted and that fire and safety precautions are observed.

19. The Jail received the highest score in all areas of food services. Specifically, the inspector noted that three meals were served per day and that the quality and quantity of food preparation was good.

20. It is the policy of the Tallapoosa County Jail that sanitation and hygienic living conditions in the jail are maintained in an appropriate manner so as to provide a healthful environment. The Jail Administrator makes certain that the jail is checked on a daily basis for sanitation. The Tallapoosa County Jail is inspected by the State of Alabama Department of Corrections as well as the Tallapoosa County Health Department. Interim inspections are carried out by the jail staff at the direction of the Jail Administrator. The Jail Administrator has the jail

3

cleaned on a daily basis using approved sanitary supplies. Inmates are allowed to request cleaning materials to clean their living quarters at any time of day.

21.    It is the policy of the Tallapoosa County Jail to provide regular insect and vermin control with the jail. The Jail Administrator arranges for monthly professional insect and vermin control services for the Tallapoosa County.

22.    It is the policy of the Tallapoosa County Jail that all necessary steps are taken to ensure the safety of inmates and jail staff through fire prevention practices in the event of a fire in the Jail.

23.    The Shift Supervisor inspects the jail for safety violations once per shift and corrects any deficiencies.

24.    Fire extinguishers are located strategically throughout the Jail.

25.    Fire-retardant mattresses are utilized in the Jail, and no combustible trash receptacles are used.

26.    It is the policy of the Tallapoosa County Jail to provide for prompt evacuation of the Jail in the event of a fire or an emergency. An evacuation plan is posted in the Jail.

27.    It is the policy of the Tallapoosa County Jail that a known enemies list be maintained on inmates incarcerated at the jail.

28.    Inmates are given the opportunity at the time of booking to make the booking officer aware of any known enemies in the jail.

29.    Further, the known enemies list is updated if any Tallapoosa County Jail officer becomes aware of additional enemies.

30.    Inmates are housed separately from any known enemies.

4

31.   An inmate may make an oral or written request at any time to any officer to be moved to a different cell if he has been threatened or is otherwise in danger.  Each cell is equipped with an intercom, so an inmate may make such a request at any time.

32.   All Tallapoosa County Jail officers understand that such a request is to be taken seriously.  In the event an inmate requests to be moved because he has been threatened or is otherwise in danger, that inmate will be moved immediately.

33.   An inmate's bond is set by the presiding judge in his/her case, and neither I nor any of my staff have the authority to alter it.

34.   Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the Jail via the Inmate Rules and Regulations Handbook.  It is the policy of the Tallapoosa County Jail that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly.  Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have.  Completed grievance forms are entered into the Inmate Log, and an attempt should be made by the officer receiving the grievance to resolve the grievance.  Any officer receiving a grievance form is to pass the grievance on to the Lieutenant for review.  After the Lieutenant takes appropriate action, the Grievance Form is to be forwarded to the Jail Administrator.  The Jail Administrator makes the final decision on inmate grievances.  This decision may be appealed by the inmate in writing to the Chief Deputy within seventy-two hours of receipt of the grievance decision.  The inmate may appeal the Chief Deputy's decision in writing to the Sheriff within seventy-two hours of the receipt of the Chief Deputy's decision.  The decision of the Sheriff may be appealed by the inmate in writing to the County Attorney within seventy-two hours

5

of the receipt of the Sheriff's decision. A copy of any grievance form which is filed by an inmate is to be placed in the inmate's Inmate File.

35.    Upon my review of the Plaintiff's inmate file, there is no grievance filed regarding the incident or conditions made the basis of his Complaint. Further, I never received a grievance from the Plaintiff regarding the incident or conditions made the basis of his Complaint.

36.    I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

37.    Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file and in general Jail records. I am the custodian of such documents, which were kept by me in the ordinary course of my business.

38.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

BLAKE JENNINGS

6

# Exhibit 1
# State of Alabama Department of Corrections
# Jail Inspection Report

N911
DOC form 914
Rev. 2/94

# STATE OF ALABAMA




### DEPARTMENT OF CORRECTIONS
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556

# JAIL INSPECTION REPORT

Sheriff/Chief of Police _Jimmy Abbett_

City _Dadeville_

County _Tallapoosa_

Phone No. _825-4264_

Jail _Tallapoosa County_

Date _3-7-2006_

Time _9:47 AM_

Inspector _Sidney Rodgers_

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—**CHECK MARK** indicates most accurate description—

**WHAT GOVERNING BODY
HAS SUPERVISORY POWER?**

City Council _____ County Commission ✓

**POPULATION:** 16 F 115 M

| | | | | | |
|---|---|---|---|---|---|
| STATE | W/M___B/M___W/F___B/F___TOTAL___ |
| COUNTY | W/M___B/M___W/F___B/F___TOTAL___ |
| CITY | W/M___B/M___W/F___B/F___TOTAL___ |
| FEDERAL | W/M___B/M___W/F___B/F___TOTAL___ |
| JUVENILES | W/M___B/M___W/F___B/F___TOTAL___ |

GRAND TOTAL _131_

**JAIL CAPACITY:**

MALE _128_ FEMALE _17_ JUVENILE _0_ TOTAL _147_

1. Are Female Prisoners housed separately? ...... YES ✓ NO___ NONE___
2. Are separate quarters available for Juveniles?.... YES___ NO___ NONE ✓
3. Number of state inmates ON WAIVER _____

**JAIL EMPLOYEES:**

1. Number of Jailers ........................... 2
2. Number of Matrons ......................... 2
3. Other Employees ........................... 2
4. **Are Jailers POST Certified?**.......... YES ✓ NO___

**BUILDING:**

GENERAL APPEARANCE:

1. Exterior ............ Poor___Fair___Good ✓
2. Interior ............ Poor___Fair___Good ✓
3. Fence ............ Poor___Fair___Good___None ✓
4. Yard ............ Poor___Fair___Good___None ✓
5. Type of Construction: .. Brick ✓ Cement___Wood___Other___
6. Year Constructed: _1992_
7. Types of Locking Devices: ........... Manual___Electric ✓
8. Condition of Locking Devices: .... Poor___Fair___Good ✓ None___
9. Observation
10. Windows: ........ Poor___Fair___Good___None ✓
11. Screens: ........ Poor___Fair___Good___None ✓
12. Grills: ........ Poor___Fair___Good___None ✓
13. Windows: ........ Poor___Fair___Good___None ✓
14. Cells: .......... Poor___Fair___Good___None ✓

**SAFETY FEATURES:**

1. Emergency Exits: ... Poor___Fair___Good___None ✓
2. Fire Apparatus: .... Poor___Fair___Good___None ✓
3. Stairways: ......... Poor___Fair___Good___None ✓
4. Elevators: ......... Poor___Fair___Good___None ✓

5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? ... YES ✓ NO___
6. Are Fire and Safety precautions observed?................. YES ✓ NO___
If NOT, explain in Comments section.

**TRAINING:**

IN-SERVICE: ........................ YES ✓ NO___
Other: _____

**ARE OPERATING PROCEDURES WRITTEN?** ........ YES ✓ NO___

**IS THERE A PRINTED MANUAL?** .............. YES___ NO ✓

**JAIL RECORDS:**

1. Arrest Record ..................... YES___ NO ✓
2. Are personal property and cash receipted? ................... YES___ NO ✓
3. Visits ............................ YES___ NO ✓
4. Medical .......................... YES___ NO ✓
5. Commitment and Discharges ...... YES___ NO ✓
   **Are Jail Records Adequate?** ........ YES___ NO ✓
   **Are Prisoners Fingerprinted?** YES___ NO ✓
   **Are Prisoners Photographed?** ...... YES___ NO ✓

**SECURITY:**

1. Is the jail reasonably secure? .............. YES ✓ NO___
2. Are periodic inspections made of security facilities? ...... YES ✓ NO___
3. Are firearms stored safely? ........ YES ✓ NO___
   Where are they stored? _LOCK BOXES_
4. Are there regulations prohibiting carrying of firearms into the Jail? ............. YES ✓ NO___
5. KEY CONTROL: Are keys ever in possession of inmates? ... YES___ NO ✓
   Are keys properly stored and accounted for? .............. YES ✓ NO___
6. How often are prisoners quarters visited? _CCTV - Rover_
7. Is jailer on duty 24 hours daily? ................. YES ✓ NO___
8. Are CHECKS conducted at night? ......................... YES ✓ NO___
   Are CHECKS logged? ......... YES ✓ NO___
9. Are complete SHAKEDOWNS accomplished? .... YES ✓ NO___
10. Are periodic COUNTS conducted? ............. YES ✓ NO___

Page 1 of 3

Are CONTRABAND CONTROL
procedures in effect? ............ YES____NO____

. INMATE VISITS:
When are visits allowed?
Daily____Semi-Weekly____Weekly____Other____
Who is allowed to visit inmates?
Relatives ...................... YES____NO____
Friends ........................ YES____NO____
Clergy ......................... YES____NO____
**Are CONTACT VISITS allowed?** .. YES____NO____

13. iNMATE MAIL:
Are INCOMING MAIL
and packages INSPECTED? ....... YES____NO____

14. Do new prisoners receive
instructions about JAIL RULES? .. YES____NO____
Are these instructions: VERBAL____WRITTEN____

15. TRUSTIES:
Are TRUSTIES used? ........... YES____NO____
Who selects the TRUSTIES?
Sheriff/Chief____Jailer____Other____

16. Are inmates in UNIFORM? ...... YES____NO____
Coveralls____Pants & Shirts____
**Are uniforms MARKED?** ........ YES____NO____

**DISCIPLINARY PROCEDURES:**
1. Does the jail hold
DISCIPLINARY HEARINGS? ...... YES____NO____
2. Who exercises disciplinary authority?
Sheriff/Chief____Jailer____Other BOARD

**FOOD SERVICES:**
General Condition
Kitchen ............. POOR____FAIR____GOOD____
Tables .............. POOR____FAIR____GOOD____
Shelves ............. POOR____FAIR____GOOD____
Screens ............. POOR____FAIR____GOOD____
1. Is the cook paid? ................ YES____NO____
2. Who supervises the Kitchen? _STEWARD_
3. Who plans the Menu? _____STEWARD_____
4. Do inmates assist
in food preparation? ............. YES____NO____
5. What type of eating
utensils are used?
Plastic____Paper____Metal____Other____
Are the utensils washed? ......... YES____NO____
How Washed? ......... HAND____SANITIZER____
6. Are the standards of
sanitation adequate? ............. YES____NO____
7. Is copy of menu available
on the date of inspection? ........ YES____NO____
8. Do paid employees supervise
the serving of meals? ............ YES____NO____
9. Is the diet adequate? ........... YES____NO____
10. Number of meals served per day?
1 ____ 2 ____ 3 ____
11. Food Preparation .... POOR____FAIR____GOOD____
Quality ........... POOR____FAIR____GOOD____
Quantity .......... POOR____FAIR____GOOD____
12. Storage of Food ..... POOR____FAIR____GOOD____
Refrigeration ...... POOR____FAIR____GOOD____
13. Are Commissary (or store)
purchases available to inmates? .. YES____NO____

**SANITATION AND PERSONAL HYGIENE:**
1. Is there a systematic
CLEANING PROGRAM in effect? .. YES____NO____

2. Are adequate TOOLS and
CLEANING MATERIALS available? .. YES____NO____
3. What type of BEDDING
is provided? Sheets____Blankets____
Mattress Cover____Pillow____Pillow Case____
HOW OFTEN IS BEDDING
LAUNDERED?
Semi-Weekly____Weekly____Other____
4. Are excessive FOOD or
unnecessary ITEMS in CELLS? .... YES____NO____
5. Is DRINKING WATER available
at all times? .................... YES____NO____
6. Are HOT and COLD WATER
available for bathing? ............ YES____NO____
7. Are HEATING and
VENTILATION adequate? ......... YES____NO____
8. Is LIGHTING adequate? ........ YES____NO____
9. Condition of PAINT?
Interior .............. POOR____FAIR____GOOD____
Exterior ............. POOR____FAIR____GOOD____
10. Are BATHING FACILITIES
available to all inmates? .......... YES____NO____
11. Are SOAP and
TOWELS available? .............. YES____NO____
12. HOW OFTEN are inmates
REQUIRED TO BATHE?
Daily____Semi-Weekly____Weekly____Other____
13. CONDITION OF PLUMBING
Are there LEAKING PIPES
in the Jail? ..................... YES____NO____
COMMODES ..... POOR____FAIR____GOOD____
LAVATORIES ..... POOR____FAIR____GOOD____
SHOWERS ....... POOR____FAIR____GOOD____
14. Does the Jail have a
PEST CONTROL program? ...... YES____NO____
How often treated? MONTHLY
By Whom? WEDGE WORTH

**MEDICAL SERVICE:**
1. Name of PHYSICIAN?
DR SCHUSTER

2. How often do physicians
visit the jail/facility?
Daily____Weekly____On-Call____
Other (specify) RN & LPN ON STAFF
3. What HOSPITAL facilities
are used for inmates? LAKE MARTIN
COMMUNIT

4. Is the Veneral Disease Act enforced
(Title 22, Chapter 16-7)? ........... YES____NO____

**INMATE PROGRAMS:**
1. Are Counseling Services available? .. YES____NO____
2. Recreation Facilities ............. YES____NO____
Types Provided: OUTSIDE YARD
3. Educational Opportunity ........... YES____NO____
Types Offered: RELIGIOUS

**COMPLAINTS:**
1. Are there justifiable complaints? ..... YES____NO____
2. Is Jail involved in Litigation? ........ YES____NO____
if YES, type. VARIOUS
3. Is the Jail or Facility
Racially Integrated? .............. YES____NO____
4. Is there a Current
Grand Jury Report on the Jail? ...... YES____NO____

**INSPECTORS COMMENTS:** _____

ALL AREAS OF JAIL CLEAN AT
TIME OF INSPECTION - STAFF TO
BE COMMENDED.

AMOUNT OF PERSONAL ITEMS ALLOWED
IS LIMITED -

PUBLIC HEALTH INSPECTION
     KITCHEN 97
     DETENTION 100

RN AT JAIL DURING INSPECTION.

LADY AT JAIL DOING BIBLE STUDY.

Inspector's Signature _____

Time of Completion _____

Copy Received By:
_____
SIGNATURE

_____
SIGNATURE

3/7/06          ADMIN
Date            Office

_____
Date            Office

Copy: State Fire Marshal  ☐
      County Health Department  ☐

# Exhibit O
# Declaration of
# Robie Frazer

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS,          )
    Plaintiff,                  )
                                )
v.                              )
                                )    Civil Action No. 3:05-CV-1225-WHA-CSC
JENNIFER STRONG, et al.         )
                                )
    Defendants.                 )

## DECLARATION OF ROBIE FRAZER
## PURSUANT TO 28 U.S.C. § 1746

STATE OF ALABAMA          )
                          )
COUNTY OF TALLAPOOSA      )

1.    My name is Robie Frazer. I am over the age of nineteen and competent to make this declaration.

2.    On or about June 7, 2005, I was a Corrections Officer at the Tallapoosa County Jail and had achieved the rank of Sergeant.

3.    I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    On or about June 7, 2005, I was familiar with the policies and procedures of the Tallapoosa County Jail. I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

6.    On or about June 7, 2005, I was the on duty Sergeant for the night shift at the Tallapoosa County Jail.

7.     After the lights were out, the Plaintiff and other inmates in his cell were creating a disturbance by being rowdy and noisy in their cell.

8.     These inmates were given repeated orders from me and other officers to cease their rowdy and noisy behavior. However, the inmates refused these orders and continued to create a disturbance.

9.     The inmates were moved to C-9, the disciplinary cell. However they continued to exhibit the same behavior.

10.    Because the inmates had repeatedly refused direct orders from the officers and continued to create a disturbance, the overall discipline and order of the jail was threatened. Therefore, Officer Strong sprayed a burst of O.C. spray into the cell. No other force was necessary to quell the disturbance.

11.    Only the minimum degree of force necessary was used in this situation. The O.C. spray was used to restore discipline, not to maliciously or sadistically cause harm to the inmates involved.

12.    After the single burst of O.C. spray was administered, the inmates were allowed to shower and clean the cell. I also took the inmates outside for fresh air.

13.    There were no further problems with these inmates that evening.

14.    Internal grievance procedures at the Tallapoosa County Jail are available to all inmates. It is the policy of the Tallapoosa County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon. Inmates are given an Inmate Grievance Form to complete and return to a Tallapoosa County Jail staff member for any grievances they may have. I do not recall a grievance being filed by Plaintiff in regards to the allegations made the basis of his Complaint.

15.     I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the 26th day of April, 2006.

ROBIE FRAZER

3

# Exhibit P
# Incident Report dated June 7, 2005

```
04/25/2006              Tallapoosa County Sheriff's Department               433
10:56                              Jail Log:                        Page:    1

  Event Number:    490699                                                 Active
      Name ID:      9206   Confined - No loc
+---------------------------------------------------------------------------+
| Last: TALLAPOOSA COUNTY JAIL          First:              Mid:            |
| Addr  316 INDUSTRIAL PARK DRIVE                                           |
| City: DADEVILLE           ST: AL  Zip: 36853   DOB:  / /   SSN:  -  -     |
+---------------------------------------------------------------------------+
  Time/Date of Event: 00:49:31 06/07/2005     Treatment Date:
        Type of event: 003  INCIDENT REPORTS
             Quantity:   1.00
              Officer: FRAZIER
       Booking Number: 000000001
          Description:
(See below)
```

Description:

AFTER LIGHTS WERE OUT, INMATES D LOVE, H BANKS, C EDWARDS AND S WILLIAMS
(HOUSED IN C-2) WERE WARNED TWICE BY OFC SNELL AND ONCE BY ME. AFTER MONITERING
THE NOISE LEVEL, AFTER WE EXITED THE CELL, OFCS WILLIAMS, STRONG AND I WENT
BACK INTO THE CELL AND TOLD THE INMATES, TO GET UP AND LETS GO. AFTER BEING
PLACED IN C-9, THE INMATES CONTINUED TO BE LOUD. OFC SNELL WARNED THEM FOR THE
LAST TIME. INMATE MARKEE WILKERSON (HOUSED IN C-9) WAS MOVED AND PLACED IN B-6.
AFTER SEEING THE PRESENCE OF ME, OFCS STRONG AND WILLIAMS, THE INMATES
CONTINUED TO BE LOUD. WE STOOD OUTSIDE OF C-9 FOR A FEW MOMENTS, THE ADVISED
CONTROL TO OPEN THE DOOR. OFC STRONG SPRAYED A BURST INTO THE CELL. THE INMATES
CLEANED THE CELL, WAS OFFERED SHOWERS AND TAKEN OUT FOR FRESH AIR. EACH INMATE
WAS PLACED BACK IN C-2. NO FURTHER INCIDENTS.

```
04/25/2006                 Tallapoosa County Sheriff's Department                        433
10:57                              Jail Log:                              Page:     1

   Event Number:     490703
      Name ID:        9206    Confined - No loc                          Active
+-----------------------------------------------------------------------------------+
| Last: TALLAPOOSA COUNTY JAIL                First:                  Mid:           |
| Addr  316 INDUSTRIAL PARK DRIVE                                                    |
| City: DADEVILLE              ST: AL  Zip: 36853    DOB:  / /    SSN:   -  -         |
+-----------------------------------------------------------------------------------+
   Time/Date of Event: 01:44:20 06/07/2005    Treatment Date:
        Type of event: 007  Use of Force Report
            Quantity:    0.00
             Officer: STRONG
      Booking Number: 000000001
          Description:
(See below)
```

Description:

Use Of Force

Location of Incident: C-9

Officers Present: SGT.FRAZIER AND OFFICER WILLIAMS

Reason for Use of Force: INMATES HAD BEEN ASKED SERVED TIMES TO KEEP THE NOISE DOWN FAILURE TO COMPLY.

Was the Inmate Injured?:NO

# of Inmates that Resisted:4

Supervisor Notified & Time:YES 0035

Was the officer injured?:NO

Describe the Inmates injuries:NONE

Describe the Officers injuries:NONE

LEVELS OF RESISTANCE:NONE

A. Psychological Intimidation: Explain - THEY WERE ASKED TO KEEP THE NOISE DOWN ON SEVERAL TIMES REFUSE TO COMPLY.

B. Verbal Non-Compliance: Explain - NONE

```
04/25/2006                Tallapoosa County Sheriff's Department                    433
10:57                                Jail Log:                          Page:      1

   Event Number:      490703
      Name ID:        9206    Confined - No loc                          Active
+--------------------------------------------------------------------------------+
| Last: TALLAPOOSA COUNTY JAIL                    First:              Mid:        |
| Addr  316 INDUSTRIAL PARK DRIVE                          Phone: (   )   -       |
| City: DADEVILLE            ST: AL   Zip: 36853   DOB:    /  /    SSN:   -  -    |
+--------------------------------------------------------------------------------+
   Time/Date of Event: 01:44:20 06/07/2005      Treatment Date:
        Type of event: 007   Use of Force Report
            Quantity:      0.00
             Officer: STRONG
      Booking Number: 000000001
          Description:
(See below)
```

Description:

Use Of Force

Location of Incident: C-9

Officers Present: SGT.FRAZIER AND OFFICER WILLIAMS

Reason for Use of Force: INMATES HAD BEEN ASKED SERVED TIMES TO KEEP THE NOISE DOWN FAILURE TO COMPLY.

Was the Inmate Injured?:NO

# of Inmates that Resisted:4

Supervisor Notified & Time:YES 0035

Was the officer injured?:NO

Describe the Inmates injuries:NONE

Describe the Officers injuries:NONE

LEVELS OF RESISTANCE:NONE

A. Psychological Intimidation: Explain - THEY WERE ASKED TO KEEP THE NOISE DOWN ON SEVERAL TIMES REFUSE TO COMPLY.

B. Verbal Non-Compliance: Explain - NONE

C. Passive Resistance: Explain –NONE

D. Escape Resistance: Explain –NONE

E. Active Aggression: Explain –NONE

F. Aggravated Active Aggression - NONE

LEVELS OF CONTROL (OFFICER PRESENCE IS IMPLIED)

A. Verbal Direction: Explain – KEEP NOISE DOWN

B. Empty Hand Control: Explain – NONE

C. Intermediate Weapons: Explain - O.C. SPRAY

D. Impact Weapons: Explain - NONE

E. Lethal Force: Explain –NONE

EFFECTS OF CHEMICAL SPRAY

Was Spray Effective?:YES,YES AND YES

Were further control methods needed?:NO!

Number of times sprayed?:ONE

Approximate Distance from subject when sprayed.:4 FEET

POST - INCIDENT OBSERVATION

A. Immediately following final control technique:

B. 15 Minutes following final control technique: GIVEN MOP BUCKET TO CLEAN CELL.

C. 30 Minutes following final control technique: TAKEN OUT FOR FRESH AIR AND GIVEN SHOWER

NARRATIVE:SEE EVENT #490699


Reporting Officer's Signature:

Supervisor's Signature:

CC: Jail Administrator