Clay Edwards #211279
Bed 39, C-1
P.O. Box 8
Elmore, Al 36025

05-1225-WHA

3610140711

Office of the Clerk
United States District Court
P.O. Box 711
Mont, Al 36101-0711

