IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[EASTERN DIVISION]

Cory Effentis Edwards #241279, )
Pro/Se Plaintiff )

-Vs- ) Case No. 2:05-CV-1225-WHA

Jennifer Strong, Et.Al., )
    Defendant(s) )

RECEIVED
2006 MAY 15 A 9:20
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND
(Pursuant to Rule 6(b), F.R.C.P.)

Comes Now, Cory E. Edwards, Pro/Se, And from herein known as the Plaintiff, And Motions this Court for an Enlargement of time in which to prepare and file his response to the defendants Answer to the Complaint, And for good and just cause, The Plaintiff shows the Following:

1.) This Plaintiff will now be recieving assistance thru the Prison Law Library, And the Clerks assigned thereto.

2.) The Law Library Clerks have reviewed the filings in this case, And have determined that an enlargement of time is necessary to sort thru the claims raised by the plaintiff, The plaintiff has been made aware that certain defenses raised by the defendants will eliminate some of the defendants. [Eleventh Amendment]

3.) It would save scarce judicial time and resources to allow the plaintiff and his newly acquired assistance to further review, And if necessary, Abandon some of the claims, Rather than address

[- 1 -]

them in his response and waste the courts valuable time.

4.) The current due date,As understood by the Law Library Clerk, Is May 23rd,2006,Approximately (2) two weeks from the writing of this motion,The plaintiff requests that the court extend his due date to June 7th 2006,Which would only extend the due date by (1) One week beyond the current due date.

5.) The Plaintiff contends that an extension of time to June 7th 2006,Will in no way infringe upon the rights of the defendants, And in fact,Will benefit not only this plaintiff,But this court also.

## CONCLUSION

Wherefore,Premises considered,This Plaintiff prays that the court will grant the Instant Motion,And enlarge his time in which to file his response to the defendants Answer.
This and any/all further relief that the court deems just and proper is also prayed for,On this the 10th day of May,2006.

Respectfully Submitted, *[signature]*
Cory E.Edwards,Pro/Se

## CERTIFICATE OF SERVICE

This is to certify,That I have served a true and correct copy of the foregoing Motion for Enlargement of time,On:

Gary L.Willford & Amanda Kay Morgan
Attorneys for the Defendants
WEBB & ELEY,P.C.
7475 Halycon Pointe Drive
P.O. Box 240909
Montgomery,Al.36124

By placing said copy in the U.S. Mail,Postage prepaid,And Properly Addressed,On this the 10th day of May,2006.

*[signature]*
Cory E.Edwards#241279
E.C.F./P.O.Box 8
Elmore,Al.36025

[- 2 -]