IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[EASTERN DIVISION]

| | |
|---|---|
| Cory Effentis Edwards #241279,<br>Pro/Se Plaintiff | )<br>)<br>)<br>)<br>) |
| —Vs— | ) Case No. 2:05-CV-1225-WHA<br>)<br>) |
| Jennifer Strong, Et.Al.,<br>    Defendant(s) | )<br>) |

RECEIVED
2006 MAY 15  A 9:20

U.S. DISTRICT COURT
MIDDLE DIST. ALA

## MOTION FOR LEAVE OF COURT TO CONDUCT DISCOVERY
(pursuant to Rule 26,Et.Seq.,F.R.C.P.)

Comes Now,Cory E.Edwards,Pro/Se,And from herein known as the Plaintiff,And Motions this Honorable Court,Pursuant to the Federal Rules of Civil Procedure,For Leave to conduct discovery,And for good and just cause,The Plaintiff shows the following:

1.) The Defendants did not fully disclose the information needed to prepare a response,The Answer contains unsigned declarations, The Plaintiffs conviction report,etc.However,It does not contain the materials required to be included in an Initial Disclosure.

2.) The Defendants have raised defenses,Which should be supported by documentation,[i.e.],Incident reports,Inspection reports,S.O.P.'s, etc.,However the initial disclosure does not provide any of that material,And this Plaintiff requests leave of court to obtain these pertinent documents,Or Disprove they exist thru discovery.

3.) This plaintiff avers that he will provide this court with a documented list of the discovery items he wants to obtain,In order to prove their importance.

### CONCLUSION

Wherefore,Premises considered,This Plaintiff prays that the court

[- 1 -]

will grant this plaintiff leave to conduct discovery in the instant case.This and any/all further relief that this court deems just and proper is also prayed for on this the 10th day of May, 2006.

Respectfully Submitted, *[signature]*
Cory E.Edwards,Pro/Se

### CERTIFICATE OF SERVICE

This is to certify,That I have served a true and correct copy of the foregoing pleading,On:

Gary L.Willford & Amanda Kay Morgan
Attorneys for the Defendants
WEBB & ELEY,P.C.
7475 Halycon Pointe Drive
P.O. Box 240909
Montgomery,Al.36124

By placing said copy in the U.S. Mail,Postage pre-paid and properly Addressed on this the 10th day of May,2006.

*[signature]*
Cory E.Edwards#241279
E.C.F./P.O. Box 8
Elmore,Al.36025