# Exhibit A
# Signed Declaration of Jimmy Abbett

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:05-CV-1225-WHA-CSC |
| JENNIFER STRONG, et al. ) | |
| Defendants. ) | |

**DECLARATION OF JIMMY ABBETT
PURSUANT TO 28 U.S.C. § 1746**

STATE OF ALABAMA    )
                    )
COUNTY OF TALLAPOOSA )

1. My name is Jimmy Abbett. I am over the age of nineteen and competent to make this declaration.

2. I am the duly elected Sheriff of Tallapoosa County, Alabama. I have served as Sheriff since 1995. Prior to serving as Sheriff, I retired from the Alabama Bureau of Investigation where I served as an Investigator.

3. I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. I have delegated the responsibility for the day-to-day functions of the Tallapoosa County Jail to the Jail Administrator Blake Jennings. As Sheriff of Tallapoosa County, I am responsible for promulgating the policies governing the Jail.

6. I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

7. It is the policy of the Tallapoosa County Jail that the use of force against an inmate is permitted only under certain circumstances and when no reasonable alternative is immediately available.

8. According to the Policy and Procedure Directive jail personnel may use physical force as it relates to five (5) situations: (1) self-defense; (2) defense of third persons; (3) prevention of a crime; (4) prevention of escape; and (5) enforcement of the Tallapoosa County Jail Rules.

9. Prior to any use of physical force, all reasonable attempts should be made to identify and utilize alternative means to deal with the situation.

10. Physical force should be used only to that degree necessary under the facts and circumstances of the individual situation.

11. As soon as the inmate is subdued, restrained, or stopped his actions, the force should be discontinued.

12. Force is not to be used against an inmate as a means of punishment.

13. Following any use of force in the Tallapoosa County Jail, a detailed incident report must be completed and submitted to the Jail Administrator.

14. It is recognized by the Tallapoosa County Jail that the use of chemical agents is one of the least amounts of force one can use.

2

15. It is the policy of the Tallapoosa County Jail that any staff member using chemical dispensers must have completed training on chemical aerosol spray. Unless in an emergency type situation, the only type of chemical spray to be used in he jail is O.C. spray which will be furnished by the jail. The jail furnishes 10% O.C. spray in four ounce cans or dispensers.

16. In the event that the administration of O.C. spray is necessary, the inmate will immediately thereafter be provided with cold water with which to flush his eyes. If O.C. spray is used in the confines of the jail, the affected area of the jail should be cleaned as soon as practicable.

17. The Tallapoosa County Jail was subject to an inspection by the State of Alabama Department of Corrections on March 7, 2006. (See Exhibit 1 to the Declaration of Blake Jennings, State of Alabama Department of Corrections Jail Inspection Report.) The Jail received a Public Health Inspection score of 100 for the Detention area and 97 for the Kitchen area.

18. The inspector noted that all areas of the Jail were clean and that the staff was to be commended.

19. It was further noted that all safety features were in good order including emergency exits and fire apparatus. Further, the inspector noted that an Emergency fire Evacuation plan is posted and that fire and safety precautions are observed.

3

20. The Jail received the highest score in all areas of food services. Specifically, the inspector noted that three meals were served per day and that the quality and quantity of food preparation was good.

21. It is the policy of the Tallapoosa County Jail that sanitation and hygienic living conditions in the jail are maintained in an appropriate manner so as to provide a healthful environment. The Jail Administrator makes certain that the jail is checked on a daily basis for sanitation. The Tallapoosa County Jail is inspected by the State of Alabama Department of Corrections as well as the Tallapoosa County Health Department. Interim inspections are carried out by the jail staff at the direction of the Jail Administrator. The Jail Administrator has the jail cleaned on a daily basis using approved sanitary supplies. Inmates are allowed to request cleaning materials to clean their living quarters at any time of day.

22. It is the policy of the Tallapoosa County Jail to provide regular insect and vermin control with the jail. The Jail Administrator arranges for monthly professional insect and vermin control services for the Tallapoosa County.

23. It is the policy of the Tallapoosa County Jail that all necessary steps are taken to ensure the safety of inmates and jail staff through fire prevention practices in the event of a fire in the Jail.

24. The Shift Supervisor inspects the jail for safety violations once per shift and corrects any deficiencies.

25. Fire extinguishers are located strategically throughout the Jail.

26. Fire-retardant mattresses are utilized in the Jail, and no combustible trash receptacles are used.

27. It is the policy of the Tallapoosa County Jail to provide for prompt evacuation of the Jail in the event of a fire or an emergency. An evacuation plan is posted in the Jail.

28. It is the policy of the Tallapoosa County Jail that a known enemies list be maintained on inmates incarcerated at the jail.

29. Inmates are given the opportunity at the time of booking to make the booking officer aware of any known enemies in the jail.

30. Further, the known enemies list is updated if any Tallapoosa County Jail officer becomes aware of additional enemies.

31. Inmates are housed separately from any known enemies.

32. An inmate may make an oral or written request at any time to any officer to be moved to a different cell if he has been threatened or is otherwise in danger. Each cell is equipped with an intercom, so an inmate may make such a request at any time.

33. All Tallapoosa County Jail officers understand that such a request is to be taken seriously. In the event an inmate requests to be moved because he has been threatened or is otherwise in danger, that inmate will be moved immediately.

34. An inmate's bond is set by the presiding judge in his/her case, and neither I nor any of my staff have the authority to alter it.

35. Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the Jail via the Inmate Rules and Regulations Handbook. It is the policy of the Tallapoosa County Jail that inmates

are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have. Completed grievance forms are entered into the Inmate Log, and an attempt should be made by the officer receiving the grievance to resolve the grievance. Any officer receiving a grievance form is to pass the grievance on to the Lieutenant for review. After the Lieutenant takes appropriate action, the Grievance Form is to be forwarded to the Jail Administrator. The Jail Administrator makes the final decision on inmate grievances. This decision may be appealed by the inmate in writing to the Chief Deputy within seventy-two hours of receipt of the grievance decision. The inmate may appeal the Chief Deputy's decision in writing to the Sheriff within seventy-two hours of the receipt of the Chief Deputy's decision. The decision of the Sheriff may be appealed by the inmate in writing to the County Attorney within seventy-two hours of the receipt of the Sheriff's decision. A copy of any grievance form which is filed by an inmate is to be placed in the inmate's Inmate File.

36. I never received a grievance appeal from the Plaintiff regarding the incidents and conditions made the basis of this Complaint. Accordingly, the Plaintiff has failed to exhaust his administrative remedies at the Tallapoosa County Jail.

37. In fact, I have never received any correspondence from the Plaintiff.

38. I have no personal knowledge regarding the allegations of the incident wherein the Plaintiff was sprayed with O.C. spray

39. I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the 16th day of April, 2006.

_____
JIMMY ABBETT