# Exhibit B
# Signed Declaration of Jennifer Strong

Case 3:05-cv-01225-WHA-CSC   Document 41-3   Filed 05/17/2006   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:05-CV-1225-WHA-CSC |
| JENNIFER STRONG, et al., | ) |
| Defendants. | ) |

**DECLARATION OF JENNIFER STRONG
PURSUANT TO 28 U.S.C. § 1746**

STATE OF ALABAMA       )
COUNTY OF TALLAPOOSA   )

1. My name is Jennifer Strong. I am over the age of nineteen and competent to make this declaration.

2. I am a Corrections Officer at the Tallapoosa County Jail and was so employed on or about June 7, 2005. I am a graduate of the Corrections Academy. I am certified in the use of Oleoresin Capsicum (O.C.) Spray.

3. I am familiar with the Plaintiff due to his being incarcerated in the Tallapoosa County Jail.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. I am familiar with the policies and procedures of the Tallapoosa County Jail. I have complied with all policies and procedures of the Tallapoosa County Jail. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

6. On or about June 7, 2005, I was on duty on the night shift at the Tallapoosa County Jail.

7. After the lights were out, the Plaintiff and other inmates in his cell were creating a disturbance by being rowdy and noisy in their cell.

8. These inmates were given repeated orders from other officers to cease their rowdy and noisy behavior. However, the inmates refused these orders and continued to create a disturbance.

9. Because the inmates had repeatedly refused direct orders from the officers and continued to create a disturbance, the overall discipline and order of the jail was threatened. Therefore, upon the orders of the on-duty Sergeant, I sprayed a burst of O.C. spray into Cell C-9. No other force was necessary and no other force was used to quell the disturbance.

10. Only the minimum degree of force necessary was used in this situation. The O.C. spray was used to restore discipline. Once order was restored, no further force was used.

11. I am not aware of any further problems with these inmates that evening.

12. Internal grievance procedures at the Tallapoosa County Jail are available to all inmates. It is the policy of the Tallapoosa County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon. Inmates are given an Inmate Grievance Form to complete and return to a Tallapoosa County Jail staff member for any grievances they may have. The Plaintiff did not file a grievance with me and to my knowledge has not filed a grievance in regards to the allegations made the basis of his Complaint.

13. I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the 16 day of May, 2006.

*Jennifer Strong*
JENNIFER STRONG