# Exhibit C
# Inmate File of Cory Effentis Edwards
# Part 1

ACR359

ALABAMA JUDICIAL DATA CENTER
ALEX CITY COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2004 000126.00 01
TOM. F. YOUNG JR.

```
| CIRCUIT COURT OF ALEX CITY COUNTY               COURT ORI  062025 J
| STATE OF ALABAMA        VS.              DC NO: DC 2003 001037.00
| EDWARDS CORY EFFENTIS       ALIAS:       G J:   161 162,63
| ███████████████             ALIAS:       SSN:   ███████████
| █████████████ AL █████                   SID:   001 00000
|                                          AIS:   000 00
|
| DOB: ███████████   SEX: M  HT: 6 00   WT: 175   HAIR: B██   EYE: BRO
| RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____
|
| DATE OFFENSE: 11/20/2003   ARREST DATE: 11/24/2003   ARREST ORI: 0620000
|
| CHARGES @ CONV    CITES            CT CL COURT ACTION        CA DATE
| TRAFFICKING-COCAIN 13A-012-231(2)  01 A  GUILTY PLEA         04/14/2005
| POSS MARIJUANA 2ND 13A-012-214     01 A  DISMISSED           04/14/2005
| USE/POSS DRUG PARA 13A-012-260(C)  01 A  DISMISSED           04/14/2005
|
| JUDGE: TOM. F. YOUNG JR.          PROSECUTOR: JONES E PAUL
|
| PROBATION APPLIED   GRANTED   DATE      REARRESTED DATE   REVOKED   DATE
| ( )Y( )N           ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____
|
| 15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
| ( )Y (X)N   CONFINEMENT: 10 00 000   00 00 000   10 00 000   00 00 022
|            PROBATION  : 00 00 000                00 00 0
| DATE SENTENCED: 04/14/2005   SENTENCE BEGINS: 06/01/200
|
| PROVISIONS            COSTS/RESTITUTION         DUE        ORDERED
|
|   PENITENTIARY        RESTITUTION              $0.00         $0.00
|   CONSECUT SENT       ATTORNEY FEE             $0.00         $0.00
|   DRUG                CRIME VICTIMS           $50.00        $50.00
|                       COST                   $367.00       $367.00
|                       FINE                 $50100.00     $50100.00
|                       MUNICIPAL FEES           $0.00         $0.00
|                       DRUG FEES             $1700.00      $1700.00
|                       ADDTL DEFENDANT          $0.00         $0.00
|                       DA FEES                  $0.00         $0.00
|                       COLLECTION ACCT          $0.00         $0.00
|                       JAIL FEES                $0.00         $0.00
|
|                       TOTAL                $52217.00     $52217.00
|
| APPEAL DATE      SUSPENDED         AFFIRMED          REARREST
| ( )Y( )N        ( )Y( )N _____  ( )Y( )N _____   )Y( )N _____
|
| REMARKS:                           THIS IS TO CERTIFY THAT THE
|                                    ABOVE INFORMATION WAS EXTRACTED
| Amount of cocaine exceeds 28 grams. FROM OFFICIAL COURT RECORDS
|                                    AND IS TRUE AND CORRECT.
|
|
|                                    Frank Lucas    c/p
|                                    FRANK LUCAS
|
|                                    06/03/2005
```

OPERATOR: CAP
PREPARED: 06/03/2005

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☒ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | Alexander City Police Department | 0 5 0 2 0 0 2 2 4 | |

5 LAST, FIRST, MIDDLE NAME: Edwards, Corey Effentis

6 ALIAS AKA

| 7 SEX ☒M ☐F | 8 RACE ☐1 W ☒2 B ☐3 A ☐4 I | 9 HGT 6'3 | 10 WGT 218 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN | 14 ☐1 SCARS ☐2 MARKS ☐3 TATTOOS ☐4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Alabama | 16 SSN | 17 DATE OF BIRTH | 18 Age 30 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # AL01294017 | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS / NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS | | |

| 26 ☒ RESIDENT ☐ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) N/A |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST ( STREET, CITY, STATE. ZIP) Alexander City Courthouse | 34 SECTOR 3 | 35 ARRESTED FOR YOUR JURISDICTION ☒ YES ☐ NO ☒ IN STATE ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE ☐ DRUNK ☐ DRINKING ☒ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 0 6 0 1 0 5 | 42 TIME OF ARREST 1000 ☒1. AM ☐2. PM ☐3. MIL | 43 DAY OF ARREST S M T ☒W T F S | 44 TYPE ARREST ☒1 ON VIEW ☐2 CALL ☐3 WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☒ FEL ☐ MISD Distribution of Controlled Substance | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-12-211/806 | 51 WARRANT # 2005000248.00 | 52 DATE ISSUED 0 5 0 2 0 5 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**vehicle**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | | 79 IMPOUNDED? ☐YES ☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF TO JUVENILE COURT ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y ☐1. AM ☐1. PM ☐3. MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) White, Frederick | 112 ID# 036 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

AC.IIC. 34 REV. 10.90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 0 6 0 1 0 5 | 1000 | ☒ AM ☐ PM ☐ MIL | 118 CASE # 0 5 0 2 0 0 2 2 4 | 119 SFX |

120 ADDITIONAL ARREST INFORMATION

　　　　On the above date and time Corey Edwards was arrested on a warrant for unlawful distribution of controlled substance. He was transported to the county jail without incident.

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY

# Summary

**ID#: 11449**

## EDWARDS, COREY EFFENTIS



**Previous Address:**





6/1/2005 1:20:22 PM



6/1/2005 1:20:36 PM

## Identification Information:

| | |
|---|---|
| Gender: Male | Race: Black |
| Ethnic: African American | DOB: ██████  Age: |
| Height: 6'03 | Weight: 218 |
| Hair: Black | Eyes: Brown |
| Complexion: Light Brown | Glasses: No |
| Hairstyle: Braided | Teeth: Straight |
| Speech: Southern Drawl | Build: Slender |
| State ID: AL01294017 | Fed ID: 753564TA9 |

DL: ██████████

| | |
|---|---|
| Local ID: 11449 | LID Type: LID |
| SMT Code: TAT R | Desc: (THEE) |

MO:  :

        :

Notes:  PISTOL PERMIT APPLICATION ON 08-01-02 AH DENIED





# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Inmates Name: _Edwards, Corey_     Name ID: __11449__     Date In: _6-1-05_

Booking Number: _05-000878_     Time In: _12:20_     Shift: _A-1_

___✓___ 1. Medical screening completed. Notify nurse of any major problems.

___✓___ 2. Property Issued. (Explain to inmate about the responsibility of property.)

_N/a_ 3. Finger printing. Livescan.

___✓___ 4. Photos.

___✓___ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

___✓___ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:_____
_Sent 10 yr)_

___✓___ 7. All copies of reports made and copies and originals in appropriate location.

___✓___ 8. All property and valuables have been secured in appropriate location.

___✓___ 9. Any cash inmate request to be transferred to commissary account has been accounted for and placed in appropriate location.

___✓___ 10. NCIC Check completed:

    ___✓___ No wants or warrants

    _____ Wanted for:_____

         by: _____ _D. Ray_ _____

_C. Nail_                              _13:20    6-1-05_

Booking Officer's Signature           Date/Time Booking Completed

_Sgt. Mason_

Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: _June 16-2025_

NAME OF PRISONER: _EDWARDS COREY EFFENTIS_ NID#: _22432_

JUDGE: _TAYLOR_      CASE #: (IF KNOWN) _DC 2005.000 342.00_

CHARGE(S): _UNLAW DISTRIB/FUR_

## COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_✓_ 1. **BOUND TO GRAND JURY**

_____ 2. **BOND REMAINS THE SAME**

_____ 3. **BOND SET AT:** _____

_____ 4. **PURGE AMOUNT SET AT:** _____

_____ 5. **RELEASED TIME SERVED BY ORDER OF JUDGE**

_____ 6. **RELEASED ON PROBATION BY ORDER OF JUDGE**

_____ 7. **CASE CONTINUED; DATE:** _____

_____ 8. **INMATE SENTENCED TO:** _____

_✓_ 9. **APPOINTED ATTORNEY:** _Robin McIntyre_

_____ 10. **COURT ORDERED HOLDS FOR:** _____

**ADDITIONAL REMARKS:** _____

_____

_____

_____      _Sgt. Mason_

**BOOKING OFFICER**            **OFFICER COMPLETING FORM**





# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: **Edwards, Corey**    Name ID: **11449**    Date Out: **7-1-05**

Booking Number: **05-000878**    Time Out: _____    Shift: **B-1**

_____ 1. Manner in which inmate is being released has been confirmed.

_____ 2. NCIC Check completed:

    _____ No wants or warrants

    _____ Wanted for: **Released to D.O.C**

      by: _____

_____ 3. Inmate returned all issued property, spillman updated.

_____ 4. Inmate received and signed for all his/her property, spillman updated.

_____ 5. Bond completed and copies/originals in appropriate location.

_____ 6. Copy of bond/receipt/order has been placed in inmates record.

**N/A** 7. Cash Account: Inmate received commissary funds upon release: Yes/No

    If no explain: _____

_____ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____    _____

Booking Officer's Signature    Date/Time Release Completed     **7-1-05**

_____

Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Loc # 30

Inmates Name: __Edwards Corey__    Name ID: __11449__    Date In: __10-5-05__

Booking Number: __05-001591__    Time In: __1700__    Shift: __B2__

___✓___ 1. Medical screening completed. Notify nurse of any major problems.

___✓___ 2. Property Issued. (Explain to inmate about the responsibility of property.)

_____ 3. Finger printing. Livescan.

_____ 4. Photos.

___✓___ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

___✓___ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:_____
__Hold for Court_____

___✓___ 7. All copies of reports made and copies and originals in appropriate location.

___✓___ 8. All property and valuables have been secured in appropriate location.

_____ 9. Any cash inmate request to be transferred to commissary account has been accounted for and
placed in appropriate location.

___✓___ 10. NCIC Check completed:

_____ No wants or warrants

_____ Wanted for: __DOC_____

by: _____

_____    __10-5-05   1820__
Booking Officer's Signature              Date/Time Booking Completed

_____
Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

# IN THE DISTRICT COURT OF TALLAPOOSA COUNTY
## AT ALEXANDER CITY, ALABAMA

STATE OF ALABAMA,                           )
     Plaintiff,                            )
                                   )
vs.                                         )          Case No. DC-2005-342
                                   )
COREY EFFENTIS EDWARDS,                      )
     Defendant.                            )

JAIL
FILE

## O R D E R

This matter is hereby scheduled for a Plea on Information Hearing before this Court on **October 6, 2005, at** 2:00 PM

It has been brought to the attention of the Court that the defendant named above may be presently incarcerated with the Department of Corrections, and said defendant must be before this Court on October 6, 2005.

IT IS ORDERED that the Tallapoosa County Sheriff's Office make arrangements with the Department of Corrections to transport the said defendant to this Court for hearing on the date and time indicated above. IT IS FURTHER ORDERED that the Department of Corrections deliver custody of the Defendant to personnel of the Tallapoosa County Sheriff's Office for the purpose of transporting defendant to this County for hearing. After said hearing, the Tallapoosa County Sheriff's Office is directed to return the Defendant to the custody of the Department of Corrections, if applicable.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant, the Tallapoosa County Sheriffs' Office, the Department of Corrections, and Office of Probation and Paroles.

SIGNED this 19 day of September, 2005.

CLAYTON KIM TAYLOR
District Judge

9-19-05
DA
Hon. Robin McIntyre
TCSO
AL Dept. of Corrections
Probation and Parole Office

RECEIVED
SEP 2005
FRANK LUCAS
CIRCUIT CLERK

241279  Draper





# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: **Edwards Corey**    Name ID: **11449**    Date Out: **10-7-05**

Booking Number: **05-001591**    Time Out: **1225**    Shift: **A-1**

_____ 1. Manner in which inmate is being released has been confirmed.

_____ 2. NCIC Check completed:

_____ No wants or warrants

_____ Wanted for: **DOC**

by: **WYATT**

_____ 3. Inmate returned all issued property, spillman updated.

_____ 4. Inmate received and signed for all his/her property, spillman updated.

_____ 5. Bond completed and copies/originals in appropriate location.

_____ 6. Copy of bond/receipt/order has been placed in inmates record.

_____ 7. Cash Account: Inmate received commissary funds upon release: Yes/No

_____ If no explain: _____

_____ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____    **10-7-05/1225**

Booking Officer's Signature    Date/Time Release Completed

_____

Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

CORRECTIONS

State of Alabama v. _Cory E. Edwards_

Case No. CC- _05_ - _222_

On _10/06/05_, the Defendant appeared in open Court with counsel and made known (this/her) desire to plead guilty to the charges pending. The Court received a written Plea Agreement signed by the Defendant, Defendant's attorney, and the Prosecutor. The Court conducted a full colloquy advising the Defendant of (his/her) constitutional rights, the charges against (him/her) and the facts surrounding (his/her) case prior to accepting the guilty plea. The Court ascertained from the Defendant that there are sufficient facts on which to base the plea of guilty. The Defendant entered a plea of guilty to the charge(s) of _Distribution of Controlled Substance_ and further, (he/she) waived (his/her) right to appeal the guilty plea. The Court's Official tape recorder recorded the entire proceeding. Based on the guilty plea, this Court finds the Defendant guilty of the above-mentioned charges and the Defendant having had an opportunity to speak, it is the Court's Order that (he/she) be and hereby is sentenced to:

[X]  The penitentiary of the State of Alabama for a term of _Eight (8) Years_
to run [X] concurrently, ( ) consecutively, ( ) as an Habitual Offender.

[ ]  The _____ County Jail for a term of _____
to run ( ) concurrently ( ) consecutively.

[ ]  The custody of the Director of the Department of Corrections of this State as an Youthful Offender for a term of

******  _____ to run ( ) concurrently, ( ) consecutively.

[ ]  The Defendant's sentence shall be split with the Defendant serving _____
Following release, the Defendant shall be placed on (supervised)(unsupervised)(conditional release) probation for a period of _____

[ ]  The Defendant's sentence is hereby suspended for a period of _____
(supervised)(unsupervised)

******

[ ]  Defendant shall receive credit for any time served since the date of arrest in connection with this matter to which (he/she) may be legally entitled.

[X]  Defendant shall pay the costs of court, which shall include the cost of (his/her) legally appointed attorney.

[X]  Defendant shall reimburse the State of Alabama and the County for any medical or dental expenses incurred while an inmate in connection with this case.

[X]  Defendant shall pay a Victim's Compensation Fund Award of $ _50.00_

[X]  Defendant shall pay a fine of $1000.00 pursuant to Section 13A-12-281.

[ ]  Defendant shall pay a fine of $2000.00 pursuant to Section 13A-12-282.

[X]  Defendant shall pay $100.00 to the Forensic Sciences Drug Trust Fund.

[ ]  Defendant shall pay $250.00 to the Alabama Head Injury Foundation Fund.

[X]  Defendant shall pay $100.00 to the Alabama Chemical Testing Training and Equipment Trust Fund.

[ ]  $ _____ Assessment pursuant to the Investment in Justice Act of 1999.

[ ]  Defendant shall pay a fine of $ _____

[X]  Defendant shall pay restitution as follows: _3290.00 to Tallapoosa County Narcotics Task Force_

[ ]  All fines and court costs shall be paid within _____

[ ]  Defendant shall report to the Court Referral Office and successfully complete all programs as directed.

[ ]  Defendant shall perform _____ hours of Community Service with _____
Said community service shall be completed _____

[ ]  Other conditions of sentence are: _____

[X]  Any items seized in connection with this case are to be condemned and forfeited to the investigating agency for proper disposal or destruction.

******

[ ]  The Defendant's (application for probation)(restitution hearing) is set for _____
The Defendant was instructed in open Court to return for the hearing at that time.

[X]  Defendant waived (his/her) right to make application for probation.

[ ]  Defendant's bond
( ) shall continue as previously set
( ) is set at $_____ pending (his/her) application for probation.

_10-6-05_

Date

District Judge as

Acting Circuit Judge

 

ACR359

ALABAMA JUDICIAL DATA ENTER
ALEX CITY COUNT
TRANSCRIPT OF REC RD
CONVICTION REPOR

CC 2005 000222 00 01
ASSIGNED GE

| CIRCUIT COURT OF ALEX CITY COUNTY | COURT ORI  062025 J |
|---|---|

STATE OF ALABAMA        VS.
EDWARDS COREY EFFENTIS         ALIAS:
~~████████████~~  AL ~~████~~         ALIAS:

DC NO: WR 2005 000248.00
G J:
SSN:
SID:     00    000
AIS:

DOB: ~~████████~~        SEX: M  HT: 6 03    WT  222  HAIR: BLK    EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____    AGE: ____  FEATURES: _____

DATE OFFENSE: 02/03/2005   ARREST DATE: 06/__/2005   ARREST   I: 0620000

CHARGES @ CONV     CITES                CT CL CO RT ACTION          CA DATE
UNLAW DISTRIB/FURN 13A-012-211          01 B  GU TY PLEA          10/06/2005
                                        00                        00/00/0000
                                        00                        00/00/0000

JUDGE: ASSIGNED JUDGE                 PROSECU R: JONES E PAUL

PROBATION APPLIED   GRANTED  DATE     REAR STED DATE  REV ED  DATE
( )Y( )N            ( )Y( )N          ( )Y( )         (    )N

15-18-8, CODE OF ALA 1975    IMPOSED   SUSP DED    TOTAL     AIL CREDIT
( )Y (X)N   CONFINEMENT:  08 00 000  00 0 000  08 00 0 0  00 00 128
            PROBATION: 00 00 000              00 00 0 0
DATE SENTENCED: 10/06/2005     SENTENCE BEG S: 10/06/2005

| PROVISIONS | COSTS/RESTIT ION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $290.00 | $290.00 |
| CONCURR SENT | ATTORNEY FEE | $0.00 | $0.00 |
| DRUG | CRIME VICTIM | $50.00 | $50.00 |
| | COST | $303.00 | $303.00 |
| | FINE | $100.00 | $100.00 |
| | MUNICIPAL FE | $0.00 | $0.00 |
| | DRUG FEES | $1360.00 | $1360.00 |
| | ADDTL DEFEND T | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION A T | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $2103.00 | $2103.00 |

APPEAL DATE      SUSPENDED         AFFIR ED        REARR ST
( )Y( )N _____  ( )Y( )N _____  ( )Y( _____    ( )N _____

REMARKS:
                    THI  IS TO CERTIFY   AT THE
                    ABO E INFORMATION W  EXTRACTED
                    FRO  OFFICIAL COURT  ECORDS
                    AND  S TRUE AND CO  CT.

                    Frank Lucas  p
                    FRANK LUCAS
                    10/13 2005

OPERATOR: CAP
PREPARED: 10/13/2005



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a cour
appearance or placed in jail without an arrest report.  Correctional Officers shall complete
when information is given via telephone, mail or other means concerning sentencing, bonds
or other court actions.

**DATE:** 6-01-05

**NAME OF PRISONER:** Corey E. Edwards          **NID#:** _____

**JUDGE:** Tom Young          **CASE #: (IF KNOWN)** _____

**CHARGE(S):** _____

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

__✓__ 8. INMATE SENTENCED TO: 10 YEARS —

_____ 9. APPOINTED ATTORNEY: _____

_____ 10.COURT ORDERED HOLDS FOR: _____

**ADDITIONAL REMARKS:**

_____

_____

**BOOKING OFFICER**                    **OFFICER COMPLETING FORM**

IN THE UNITED STATES DISTRICT COURT    RECEIVED

FOR THE MIDDLE DISTRICT OF ALABAMA

Cory Effentis Edwards,                    2006 MAR 17 A 9: 32

     Plaintiff

                                DEBRA P. HACKETT, CLK
                                U.S. DISTRICT COURT
                                MIDDLE DIST. OF ALA.

vs.                                         Case No. 3:05-cv-1225-WHA

Tallapoosa County Jail, et al.,

     Defendanys

Motion To Amend

Comes now Cory E. Edwards, the plaintiff in the above style cause
and number bereby moves this Honorable Court for a Motion To Amend
to the original petition pursuant to Rule 4(d) Federal Rules Of
Civil Procedure and states as follows:

The plaintiff request this motion to add the County sheriff to
the originsl Sheriff Jimmy Abbet, as Lieutenant Robin Frazier the
shift supervisor over CO1 Jennifer Strong who sprayed the plaintiff
and three other prisoner with chemical spray. Sheriff Jimmy Abbet,
is the sheriff of Tallopossa County Jail and he is the one in charge
of the employees and prisoners.

Wherefore, premises considers, plaintiff prays that this Court grant
this Motion to amend and any other relief this Court deems just.

                                  Respectfully

                                  *Cory Edwards*

CERTIFICATE OF SERVICE

I certify that I have served on this date a copy of the foregoing
on Counsel of record and address as follows:

Done this the 6 day of February, 2006.

Cory Edwards

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CORY EFFENTIS EDWARDS, #241279,    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    CIVIL ACTION NO. 2:05-CV-1225-WHA
                                   )
JENIFER STRONG, et al.,            )
                                   )
          Defendants.              )

### ORDER ON MOTION

Upon consideration of the motion to amend field by the plaintiff on March 17, 2006

(Court Doc. No. 20), in which he seeks to name sheriff Jimmy Abbet as a defendant, and for

good cause, it is

ORDERED that:

1.  The motion for leave to amend be and is hereby GRANTED.

2.  Sheriff Jimmy Abbet be added as a defendant in this cause of action.

3.  Defendant Abbet undertake a review of the subject matter of the complaint, as

amended, (a) to ascertain the facts and circumstances of this complaint; (b) to consider

whether any action should be taken to resolve the subject matter of the amended complaint;

and (c) to determine whether other similar complaints, whether pending in this court or

elsewhere, should be considered together.

4. On or before April 17, 2006, defendant Abbet shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. Authorization is hereby granted to interview all witnesses, including the plaintiff. Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.

5. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

6. On or before April 17, 2006, defendant Abbet shall file an answer to the complaint, as amended.

7. The original defendants be and are hereby GRANTED an extension to and including April 17, 2006 to file their answer and written report.

8. NOTICE TO PLAINTIFF.

(a) The *Federal Rules of Civil Procedure* require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the

defendants themselves a true copy of **anything** which he sends to the court. Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendants. If the pleading does not contain a certificate of service, it will not be accepted for filing.

(b) With the exception of the complaint and any response ordered by the court, "[n]o other pleading shall be allowed" in this cause of action. Rule 7(a), *Federal Rules of Civil Procedure*.

(c) Each pleading, motion or other application submitted to the court shall contain "a caption setting forth the name of the court, title of the action, the file number, and a designation[,]" Rule10(a), *Federal Rules of Civil Procedure*, and must be signed by the plaintiff. Rule 11(a), *Federal Rules of Civil Procedure*.

(d) Every application which requests an order or particular action by the court "shall be [presented] by motion which, unless made during a hearing or trial, shall be made in writing." Rule 7(b)(1), *Federal Rules of Civil Procedure*. The application "shall set forth with particularity the grounds" for the motion and "the relief or order sought." *Id.* Additionally, the request or application for relief must contain a proper caption setting forth a title designation which specifically states the action that the applicant or movant wants the court to undertake. Rules 7(b)(2) and 10(a), *Federal Rules of Civil Procedure*. Any

3

application or request which fails to comply with the directives of the civil rules as outlined in this order will not be accepted by the court for filing.

**The plaintiff is hereby advised that the court will consider only those requests presented in an appropriate motion which is in the proper form. Consequently, any application for relief or request for action *must be contained in the title of the motion* to warrant consideration by the court.**

(e) Any additional proposed amendments to this cause of action must be labeled with the words "amendment to complaint" or similar language, shall contain claims or facts which relate to the original complaint, and must be accompanied by a motion for leave to amend. **Additionally, no further amendments will be allowed unless the plaintiff establishes extraordinary circumstances justifying why such claims were not previously presented to the court.**

(f) It is the responsibility of the plaintiff to furnish the clerk's office with accurate addresses for the defendant(s) whom plaintiff wishes to serve. Without accurate addresses, service of process is impossible. It is also the responsibility of the plaintiff to monitor this case to make sure that the persons whom plaintiff wishes to sue have been served. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances.

The plaintiff is specifically **CAUTIONED** that his failure to file motions, pleadings

4

or other papers in conformity with the *Federal Rules of Civil Procedure* and/or the directives contained in this order will result in such documents not being accepted for filing. The CLERK is DIRECTED to not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order.

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and original defendants. A copy of this order together with a copy of the complaint and amendment to the complaint shall likewise be provided to sheriff Jimmy Abbet.

Done this 20th day of March, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED
2005 Jun-28  PM 04:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

05 JUN 27  PH 4: 13

U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number:

Tony Effentis Edwards

AID 11407

(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to

CV-05-PWG-1390-E

failure to notify the clerk
may result in dismissal
of your case
without further notice.

**vs.**

Tallapoosa County Jail

Jennifer Strong, Robin Frazier

(Enter above full name(s) of the defendant(s)
in this action)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes    (     )            No    ( ✓ )

B.    If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    _____

Defendant(s):    _____

_____

2.    Court (if Federal Court, name the district; if State Court, name the county)

_____

3.    Docket number _____

4.    Name of judge to whom case was assigned    _____

5.  - Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6.    Approximate date of filing lawsuit  _____

7.    Approximate date of disposition  _____

II.    Place of present confinement    Tallapoosa Count Jail

A.    Is there a prisoner grievance procedure in this institution?
       Yes   ( ✓ )            No   (    )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes   ( ✓ )            No   (    )

C.    If your answer is YES:

       1.    What steps did you take?  I wrote one to the Lit. Mass
              and the Jail Administer.

       2.    What was the result?  They talk to me and didn't
              get back with me with a unite response
              in the alotted time.

D.    If your answer is NO, explain why not?  _____

_____

_____

_____

2

I.  **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s)   Cory Effentis Edwards

Current
Address   316 Industrial Pk Dr  Dadeville, Al  36853

Home address>   422 'O' Street  Alexander City Al  35010

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant   Jennifer Strong

is employed as   Co 1 officer

at   Tallapoosa County Jail

C.  Additional Defendants   Robbin Frazier   Co 2 officer

V.  **Statement of Claim**

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

On 6-6-05 I was escorted out of C-2 to C-4 where I was accused of breaking Article 17 of section 4 in the rule book which states "Unnecessary noise such as arguing, shouting & hustling, rattling, or pounding on doors, cells, tables or windows. This includes

3

loud talking or noise after lights out". After being taked to C-9
inmate Dimitri love called   Co I officer Jennifer Strong and I quote
"that fat ass bitch has come down here and got me out
of my bed with these damn hamhock on her elbow". After
he said that officer Strong began spraying Dimitri Love
and the rest of us inmates in C-9, which is the holding
cell.

V.   **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases
or statutes.

I Just want the Jail to go by the rules
and regulation that is required by the State
Please see about the mold and fungus on
wells and floors

**"I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___06-17-05___

<u>Cary Effort Elliott</u>

Signature(s)

4

without warning or explantion, and
closed the door and left us in this
cell for at least 30 to 45 minutes. When
I asked why we where sprayed after Dmitri
admitted to saying it. The commanding
officer – Co.2 Robin Frazier sayed "We
were in the wrong place at the wrong
time.

Case II  The local Health Code Standard for a wholesome
dietary food is not the case. We are not
getting fruit on the tray, no milk or orange
Juice on no tray.  Ants are in the
tray hole. An for breakfast every morning
we have Grits toast, Jelly and one sausage on
a half of a red hot.  We only get Fish
on Friday cut in halfs and a Chicken leg or
wing on Sunday.

Case III   There gnats in the showers which come
out of the drain and spider coming
of the the vents  I'm not a expert but
I think they are brown recuse. This
is one of the gnats → 🕷.

Case #    They haven't conducted a firedrill or
have a plan of evacuation posted in case
of a fire.

Case 5    Felony State Inmates, misdamenors, Child support
and county inmates are housed together.

Case 6    An the courts set bond not by the
guided line mandated by the state for
certain charges.

# IN THE DISTRICT COURT OF TALLAPOOSA COUNTY
## AT ALEXANDER CITY, ALABAMA

STATE OF ALABAMA,　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　　　Case No. DC-2005-342
　　　　　　　　　　　　　　　　　　)
COREY EFFENTIS EDWARDS,　　　　　)
　　　Defendant.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

# O R D E R

This matter is hereby scheduled for a Plea on Information Hearing before this Court on **October 6, 2005, at** 2:00 PM.

It has been brought to the attention of the Court that the defendant named above may be presently incarcerated with the Department of Corrections, and said defendant must be before this Court on October 6, 2005.

IT IS ORDERED that the Tallapoosa County Sheriff's Office make arrangements with the Department of Corrections to transport the said defendant to this Court for hearing on the date and time indicated above. IT IS FURTHER ORDERED that the Department of Corrections deliver custody of the Defendant to personnel of the Tallapoosa County Sheriff's Office for the purpose of transporting defendant to this County for hearing. After said hearing, the Tallapoosa County Sheriff's Office is directed to return the Defendant to the custody of the Department of Corrections, if applicable.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant, the Tallapoosa County Sheriffs' Office, the Department of Corrections, and Office of Probation and Paroles.

SIGNED this 19 day of September, 2005.

```
9-19-05
DA
Hon. Robin McIntyre
TCSO
AL Dept. of Corrections
Probation and Parole Office
```

CLAYTON KIM TAYLOR
District Judge

241279 Draper

CBR716-3

ALABAMA DEPARTMENT OF CORRECT1
INMATE SUMMARY AS OF 06/17/2005

INST:   2
CODE: CIABM

AIS: 00241279    INMATE: EDWARDS, CORY EFFENTIS    RACE: B   SEX: M

INST: 262 - TALLAPOOSA

DORM:  00   JAIL CR: 000 Y 00M 220

DOB: 0_____75  SSN: 4_____7

ADM DT: 06/01/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF        STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: OTW-4   CURRENT CUST DT: 06/01/2005   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS III          CURRENT CLASS DATE:   06/09/2005
INMATE IS EARNING : EARNS 20 DAYS FOR EACH 30 SERVED

COUNTY        SENT DT  CASE NO  CRIME
TALLAPOOSA 06/01/05  V04000126 TRAF COCAINE 28 - 500 GRAM    JLI-CR     TERM
          COURT COSTS  : $0000367     FINES : $0050100   00220 010Y 00M 000 CS
                                               RESTITUTION : $0001750

TOTAL TERM     MIN REL DT    GOOD TIME BAL       GOOD TIME REV    LONG DATE
010Y 00M 00D   07/26/2008    000Y 00M 050        000Y 00M 00D     05/08/2015

INMATE LITERAL: ALEX CITY

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

State of Alabama v. _Cory Effentis Edwards_

Case No. CC- _04_ - _126_

     The Court considered the application of the Defendant for probation. The Court took into consideration all evidence presented, including any report submitted by the Probation Officer. Based upon the matters presented before the Court, IT IS ORDERED as follows:

[X]    Defendant's application for probation is denied.

[ ]    Defendant's application for probation is granted. The Defendant shall be placed on (supervised)(unsupervised) probation for a period of _____.

[ ]    The Defendant's sentence shall be split with the Defendant serving _____
Following release, the Defendant shall be placed on (supervised)(unsupervised) probation for a period of _____.

[ ]    The Defendant shall attend and successfully complete the Substance Abuse Program through the Department of Corrections prior to (his/her) release.

[ ]    Defendant shall report to the Court Referral Office and successfully complete all programs as directed.

[ ]    Defendant shall perform _____ hours of Community Service with _____
Said community service shall be completed _____.

[ ]    The Defendant is specifically Ordered to refrain from any consumption of alcoholic beverages during the duration of (his/her) probation period.

[ ]    Other conditions of probation are: _____
_____

_6/1/05_____
Date

_____
Circuit Judge

JUN 2005
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

6-03-05
DA
Robin McIntyre
Probation & Parole Office
TCSO & Jail Administrator

STATE OF ALABAMA

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA

YOU WILL RECEIVE UNTO YOUR CUSTODY, AND

DATED THIS 05 DAY OF MAY, 2005.

BOND SET AT    (1)                    BOND TYPE:
               (2)
               (3)

*Carolyn Powell*

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: UNLAW DISTRIB/FURN C  13A-012-211          F    LOWY

NAME: COREY DEFENTIS EDWARDS                    ALIAS
ADDRESS: ████████████                           ALIAS
ADDRESS:
CITY: ███████████ TY        STATE: AL        ZIP: ████████
                                             PHONE: 000 000 0000 EXT 000

EMPLOYMENT:
DOB: ████████       RACE: B      SEX: M      HAIR: BLK
EYE: BRO HEIGHT: 6'03"   WEIGHT: 225
SID: 00000000  SSN: ███████████       AL NUM:

                    E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

    [X]   PLACING DEFENDANT IN THE ELEXXXX COUNTY JAIL

    [ ]   RELEASING DEFENDANT ON APPEARANCE BOND

THIS       01        DAY OF    JUNE

                    *Jimmy Abbett*

                    *Robert White*