# Exhibit C
# Inmate File of Cory Effentis Edwards
# Part 2

ALABAMA JUDICIAL INFORMATION SYSTEM

IN THE DISTRICT COURT OF

AGENCY NUMBER:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED AUTHORITY
ALEXANDER CITY, ALABAMA, PERSONALLY APPEARED
BELIEVING MY SWORN COMPLAINT AND SAY THAT
WHOSE NAME IS OTHERWISE UNKNOWN TO THE
NAMED (COUNT) AND

DID ON OR ABOUT FEBRUARY 1, 2005 -- WHILE AT OR IN THE
PANT ALEXANDER CITY, TALLAPOOSA -- UNOFF ALABAMA UNLAW
GIVE AWAY, DELIVER OR DISTRIBUTE A CONTROLLED SUBSTANCE
CRACK COCAINE
IN VIOLATION OF 13A01C0211
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE __ DAY OF FEB 2005

JUDGE/CLERK/MAGISTRATE     DISTRICT COURT

CHARGE: UNLAW DISTRIB FRSN C  13A-012-211                LON?

WITNESS FOR THE STATE

WHITE JON FRED/TINTF/ALEXANDER CITY/SOC I?

MCMULLEN/W DAY/JODY/TINTF ALEXANDER CITY/SOC?
TURNER ??? DAY/TINTF/ALEXANDER CITY/A051?
LONG JOD DAY BLVD/TINTF/ALEXANDER CITY/??

OPERATOR ??   DATE: 02/02/05

| State of Alabama<br>Unified Judicial System | **CONSOLIDATED APPEARANCE BOND**<br>(District Court, Grand Jury, Circuit Court) | Case Number |
|---|---|---|
| Form CR-10     Rev. 8/98 | | |

IN THE _Circuit_ _____ COURT OF _Tallapoosa_ , ALABAMA
_(Circuit or District)_                        _(Name of County)_

STATE OF ALABAMA  v. _Edwards Cory_

**Defendant**

I, _Edwards Cory_ (Defendant), as principal,
and I (we), _Suretys_
_(Please print)_ , as surety(ies), agree
to pay the State of Alabama the sum of $ _75,000_ and such costs as authorized by law unless the above-named defendant
appears before the district court of the county on _Sept 13, 2004_ (date) at _9:00_ .M. (time) (if date and time
are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time
to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury
and from session to session thereafter until discharged by law to answer to the charge of _Poss for Marijuana_
_13A-12-213, 13A-12-231_ , or any other charge as authorized by law.

    We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal
to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and
sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially
waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption
that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

    It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue
in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above
charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are
otherwise duly exonerated as provided by law.

    Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant | | | | | (L.S.) |
|---|---|---|---|---|---|
| Address (print) | | City | | State | Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | |
| Social Security Number | | Telephone Number | Social Security Number | | Telephone Number |
| Address (print) | City | State | Zip | Address (print)    City    State    Zip | |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | |
| Social Security Number | | Telephone Number | Social Security Number | | Telephone Number |
| Address (print) | City | State | Zip | Address (print)    City    State    Zip | |

_Aug 23 2004_

Date

Approved by: Judge/Magistrate/Sheriff

By: Deputy Sheriff

| **Defendant's Information** | | | | |
|---|---|---|---|---|
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| Driver's License Number    State<br>(    ) | Telephone Number | | Employer's Telephone Number | |

COURT RECORD: Original          DEFENDANT: Copy          SURETY: Copy

125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PHONE
256-825-7818
OR
256-825-7831

DISTRICT CODES
1. SCHOOL      5 TALLASSEE
H HOSPITAL     M MIDWAY
D CAMP HILL    V CARRVILLE
A DADEVILLE
A ALEX CITY

PROPERTY CLASSIFICATIONS
CLASS I-PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II-OTHER 20% OF MARKET VALUE
CLASS III-AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES
10% OF MARKET VALUE

OATH TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the herein
list of property returned by me is a full and com-
plete return of all property (under the penalties
numbers listed herein)

owned by _____ had at the _____
or in which _____
interest whatsoever, the situs of which for taxation
or exemption from taxation, is in this county on
the first of October of the present tax year, so
help me God."

X _____

Subscribed and sworn before me this the
_____ day of _____ 20 ___

NOTARY PUBLIC OR OFFICER SIGN HERE:
_____ BY: _____

NOTES

Real Estate Acquired from:

Deed Book _____ Page _____
Dated _____

Prec. Year's Acc't # _____

Property Use: Residential _____
Farm _____
Timber _____
Commercial _____
Rental _____
Other _____

If Farm or Timber, is Current Use application
on file?    Yes _____   No _____

---

AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD

i hereby claim as exempt from applicable and valorem taxes the real property
with the dwelling and appurtenances thereon as described herein, situated in
Tallapoosa County, Alabama, which homestead was occupied by me on the 1st
day of October of this tax year, and that no other claim of homestead exemption
has been made by me.

X _____

I am 65 years of age, or older
I am totally disabled, or blind.
My net taxable income is $7,500, or less.
My adj. gross income is $12,000, or less.

_____ DATE
I was not required to file
Other

PREVIOUS OWNER

Homestead:0 NOT EXEMPT
DESCRIPTION

6E-05-00-34-1-002-022.000 #0
34-23N-21E Bk:DC13    Pg:2961 07/01/1998 Acre:0
LOTS 30-33 BLK 16 OAKLAWN 2ND ADD. S/D.
100.00X 150.00 LOT
0111 Single Family

YEAR ASSESSED 2004

YEAR HS SIGNED  08/23/2004

WALTON JOHNNIE MAE
141 10TH AVE
ALEXANDER CITY AL 35010

| ASSESSED VALUE | | TOTAL STATE & COUNTY TAX | HOMESTEAD EXEMPT | | NET STATE & COUNTY TAX | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | | FOREST TAX | | ASSESSOR FEE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAL ESTATE | PERSONAL PROPERTY | | VALUE | TAX | TAX | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | | | |
| 5300 | | O S 34.45 | 0 | 0.00 | 0.00 | 1 34.45 | S1 0.00 | A 0.00 | 79.50 | 0.00 | 0.00 | | 480 |
| | | C 45.05 | 0 | 0.00 | 0.00 | 25A 45.05 | 55A 15.90 | C 0.00 | 0.00 | | | | 4820 |
| | | CW 23.85 | 0 | 0.00 | 0.00 | T 23.85 | 5V 0.00 | D 0.00 | 0.00 | | | | 5300 |
| | | | | | | 1 | S1 0.00 | A 0.00 | 0.00 | | | | |
| | | | | | | 25A | 55A 0.00 | C 0.00 | 0.00 | | | | |
| | | | | | | T | 5V 0.00 | D 0.00 | 0.00 | | | | |
| | | | | | | V | | | | | | | |

Total Assd===>

ACRES    AC  D5 0

MUN
3 N
3 N

BOA 4871650    CURRENT USE VALUE    ASSESSED VALUE
APPRAISED VALUE    EQ. VALUE
4800    0    0
48120    0    0

TOTAL TAX    198.75

Linda Moore

AFFIDAVIT TO CLAIM EXEMPTION FROM HOMESTEAD

I hereby claim as exempt from applicable and ad valorem taxes the real property with the dwelling and appurtenances thereon as described herein, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year, and that no other claim of homestead exemption has been made by me.

X _____

I am 65 years of age, or older
I am totally disabled, or blind.
My net taxable income is $7,500. or less.
My net gross income is $12,000, or less.

DATE _____

I was not required to file
Other _____

PREVIOUS OWNER

**TAX ASSESSOR, REAL AND PERSONAL PROPERTY**
125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY OWNER OCCUPIED RESIDENCES, HISTORICAL SITES, 10% OF MARKET VALUE

DISTRICT CODES:
1. SCHOOL #1    1. SCHOOL #5
H HOSPITAL    T TALLASSEE
C CAMP HILL    1 MIDWAY
D DADEVILLE    V CARRVILLE
A ALEX CITY

PHONE
256-825-7818
OR
256-825-7820

STRONG JACQUELINE P
561 R ST
ALEXANDER CITY AL 35010

YEAR ASSESSED 2004
YEAR HS SIGNED

Homestead:1 REGULAR DESCRIPTION

62-05-05-22-3-001-249.000 #0
22-23N-21E Bk:C104    Pg:260  06/30/1995  Acre:0
LOT 15 FOV S/D
70.00X 150.00 LOT
2606 UTILITY STEEL OR ALUM, PREFAB, L
0111 Single Family

DIS __  ACRES  AC  D5 0
EXE __ __
MUW __ __  08/23/2004 __ __ __
CL __ __

57,760

OATH TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the hereon list of property returned by me is a full and complete return of all property (under the numbers listed hereon)

owned by _____
or in which _____  had an interest whatever, the situs of which for taxation or exemption from taxation, is in this county, the first of October of the present tax year, help me God."

X _____

Subscribed and sworn before me this the _____
_____ day of _____ 20____

_____
NOTARY PUBLIC OR OFFICER SIGN HERE        BY: ____

NOTES

Real Estate Acquired from: _____

Deed Book _____ Page _____
Dated _____
Prec. Year's Acc't # _____

Property Use:  Residential ____
Farm ____
Timber ____
Commercial ____
Rental ____
Other ____

If Farm or Timber, is Current Use application on file?  Yes ____  No ____

| APPRAISED VALUE | BOARD EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|
| | | | |
| | | | |
| 3500 | 0 | 0 | 350 |
| 220 | | | 20 |
| 54040 | | | 5400 |
| | Total Assd===> | | 5780 |

| | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESSOR FEE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|---|
| DIST | TAX | | QTY | TAX | ACRES | TAX | | | |
| S1 | 0.00 | A | 0.00 | A | 86.70 | 0.00 | 0.00 | 0.00 | 173.75 |
| S5A | 17.34 | B | 0.00 | B | 0.00 | | | | |
| | | C | 0.00 | C | 0.00 | | | | |
| SV | 0.00 | D | 0.00 | D | 0.00 | | | | |
| S1 | 0.00 | | | | | | | | |
| S5A | 0.00 | | | | | | | | |
| SV | 0.00 | | | | | | | | |

| DIST | SCHOOL TAX | NET STATE & COUNTY TAX |
|---|---|---|
| 1 | 11.57 | 25A |
| 25A | 32.13 | T |
| T | 26.01 | V |
| V | | 25A |
| 1 | | T |
| 25A | | V |

| | TOTAL STATE & COUNTY TAX | HOMESTEAD EXEMPT VALUE | TAX | NET STATE & COUNTY TAX |
|---|---|---|---|---|
| S | 37.57 | 4000 | 26.00 | 11.57 |
| C | 49.13 | 2000 | 17.00 | 32.13 |
| CW | 26.01 | 0 | 0.00 | 26.01 |

| ASSESSED VALUE | | |
|---|---|---|
| REAL ESTATE | PERSONAL PROPERTY | |
| 5780 | | |

125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PHONE
256-825-7811
OR
256-825-7933

DISTRICT CODES

1. SCHOOL #1   1. SCHOOL #5
H HOSPITAL   T TALLASSEE
C CAMP HILL   M MINWAY
D DADEVILLE   V CARRVILLE
A ALEX CITY

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES,
10% OF MARKET VALUE

VAUGHN CHERYL G

615 I ST

ALEXANDER CITY AL 35010

YEAR ASSESSED
2004

YEAR HS SIGNED

Homestead 1 REGULAR
DECSSMITH PM

27-22N-21E BK:C167  Pg:19
LT 9 & S 25' LT 10 LAUREL ST URBAN RENEWAL
AREA,
95.00X 141.00 LOT
0111 Single Family

| PREVIOUS OWNER | | | | | | |
|---|---|---|---|---|---|---|

62-05-08-27-2-004-005,000 #0

| ASSESSED VALUE | | TOTAL STATE & COUNTY TAX | HOMESTEAD EXEMPT | | NET STATE & COUNTY TAX | | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | | FOREST TAX | | | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAL ESTATE | PERSONAL PROPERTY | | VALUE | TAX | DIST | TAX | DIST | TAX | DIST | TAX | QTY | TAX | | ACRES | TAX | | | |
| 5400 | 0 | S 35.10 | 4000 | 26.00 | 9.10 1 | 28.90 2SA | 0.00 S1 | 16.20 55A | 0.00 A | 81.00 A | | 0.00 | | | | 440 |
| | | C 45.90 | 2000 | 17.00 | 28.90 2SA | 0.00 5V | 0.00 C | | 0.00 C | | 0.00 | | | | | 4960 |
| | | CW 24.30 | 0 | 0.00 | 24.30 T | 0.00 1 | 0.00 S1 | | 0.00 D | | 0.00 | | | | | 5400 |
| | | | | | V | 0.00 55A | 0.00 55A | | 0.00 A | | 0.00 | | | | | |
| | | | | | | 0.00 T | 0.00 T | | 0.00 C | | 0.00 | | | | | |
| | | | | | | 0.00 5V | 0.00 5V | | 0.00 D | | 0.00 | | | | | |

BOA 4460 3380  CURRENT USE VALUE
EQ. VALUE 49660

APPRAISED VALUE
4460
49660

Total Assd===>   0   0

TOTAL TAX   159.50

ASSESSOR FEE   0.00

DIS 117
MUN 0
EXEM CL 3
08/23/2004    AC  D5 0

3  Y
3  Y

AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD

I hereby claim as exempt from applicable ad valorem taxes the real property with the dwelling and appurtenances thereon as described hereon, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year, and that no other claim of homestead exemption has been made by me.

X _____

I am 65 years of age or older
I am totally disabled, or blind.
My net taxable income is $7,500, or less.
My adj. gross income is $12,000, or less.

_____ _____
DATE

I was not required to file
Other _____

OATH TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the hereto list of property returned by me is a full and complete return of all property (under the par... numbers listed thereon)

owned by _____ had a...
or in which _____
interest whatever, the situs of which for taxa... or exemption from taxation, is in this county the first of October of the present tax year, help me God."

X _____

Subscribed and sworn before me this the

_____ day of _____ 20 ___

_____
NOTARY PUBLIC OR OFFICER SIGN HERE   BY: ___

NOTES

Real Estate Acquired from: _____

Deed Book _____ Page _____
Dated _____
Prec. Year's Acc't # _____

Property Use:  Residential _____
   Farm _____
   Timber _____
   Commercial _____
   Rental _____
   Other _____

If Farm or Timber, is Current Use application on file?  Yes ___  No ___

15799 (Appeals)

Grand Jury No. 154, 155, 156, 157

A TRUE BILL.--

_S. D. Egan_
Foreman Grand Jury

Filed in open Court on the 17th day of _____, 2004.

_____
in the presence of the Grand Jury.

_____
Clerk

Presented to the presiding Judge in open Court by the Foreman of the Grand Jury, in the presence of _____ other Grand Jurors, and filed by order of the Court this _____ day of _____, 2004.

_____
Clerk

Bail fixed at $ 25,000.00 TOTAL (EACH)

this _17_ day of _August_, 2004.

_____
Judge Presiding

Blm DOB:
SOC:
6'03"    .218#  BR01 BLK

New Bond

---

No. _____

THE STATE OF ALABAMA
TALLAPOOSA COUNTY
CIRCUIT COURT
FALL TERM 2004
THE STATE
VS.

CORY EFFENTIS EDWARDS, ALIAS CORY

EDWARDS, ALIAS COREY EDWARDS

INDICTMENT

POSSESSION OF COCAINE

POSSESSION OF DIHYDROCODEINONE
WITH ACETAMINOPHEN
POSSESSION OF MARIHUANA FIRST DEGREE
POSSESSION OF DRUG No Prosecutor
PARAPHERNALIA WITNESSES:

Investigator Josh McAlister

Shawana Kelley

---

THE STATE OF ALABAMA
TALLAPOOSA COUNTY
Circuit Court, FALL Term 2004

To the Sheriff of said County:
    I hereby certify that this is a true and correct copy of the Indictment presented to the Court by the Grand Jury of said County against

    NAMED DEFENDANT

charged with   REFER TO FACE OF INDICTMENT

together with all endorsements on said Indictment, and that the trial is set for

OCTOBER 12, _____, 2004.

or   ARRAIGNMENT DATE SEPTEMBER 13, 2004
his counsel.                          9:00  am

Witness my hand, this  Aug. 17, _____, 2004.

FRANK LUCAS _____, Clerk.

hereby certify that I have received above stated copy of Indictment from the Circuit Court Clerk of said County and served same on

_Cory Effentis Edward_

at 11 o'clock A. m. 08/21 _____, 2004.

_Jimmy Abbott_ Sheriff

_____, D.S.

INDICTMENT

# THE STATE OF ALABAMA, TALLAPOOSA COUNTY
## FOR THE WEST SIDE OF THE TALLAPOOSA RIVER, AT ALEXANDER CITY

## CIRCUIT COURT, FALL TERM 2004

1. The Grand Jury of said County charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards, whose true name is otherwise unknown to the Grand Jury, did unlawfully possess a controlled substance, to-wit: cocaine, contrary to and in violation of Section 13A-12-212 of the Code of Alabama, against the peace and dignity of the State of Alabama.

2. The Grand Jury of said County further charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards, whose true name is otherwise unknown to the Grand Jury, did unlawfully possess a controlled substance, to-wit: dihydrocodeinone with acetaminophen, contrary to and in violation of Section 13A-12-212 of the Code of Alabama, against the peace and dignity of the State of Alabama.

3. The Grand Jury of said County further charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards, whose true name is otherwise unknown to the Grand Jury, did unlawfully possess marihuana for his personal use only after having been previously convicted of unlawful possession of marihuana for his personal use only, in violation of Section 13A-12-213 of the Code of Alabama, against the peace and dignity of the State of Alabama.

4. The Grand Jury of said County further charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards, whose true name is otherwise unknown to the Grand Jury, did unlawfully possess drug paraphernalia, to-wit: scales, baggies, and blunt papers used for unlawfully weighing or measuring, packaging and smoking marihuana, a controlled substance, contrary to the provisions of the Alabama Uniform Controlled Substances Act, Section 13A-12-260 of the Code of Alabama, against the peace and dignity of the State of Alabama.

District Attorney of the Fifth Judicial Circuit

Grand Jury No. 161, 167, 170, 162, 168, 16
169, 164, 173, 176, 179

A TRUE BILL: --

_____
Foreman Grand Jury

Filed in open Court on the ___ day of ___, 2004.

in the presence of the Grand Jury.

_____ Clerk

Presented to the presiding Judge in open Court
by the Foreman of the Grand Jury, in the
presence of ___ other Grand Jurors,
and filed by order of the Court this ___
day of ___, 2004.

_____ Clerk

Bail fixed at $_____  (EACH)

this 17 day of ___, 2004.

_____ Judge Presiding

CORY EDWARDS . #50,000.00 TOTAL
RICHARD CLEVELAND #52,000.00 TOTAL
SHADONSKI EDWARDS #100,000.00 TOTAL
JOANN JACKSON 10,000.00 TOTAL
JOHNRECIUS THOMAS #50,000.00 TOTAL
ADOLPHUS VARNER #100,000.00 TOTAL
ANTHONY BUCHANON #1,000,000.00 TOTAL

New Bond

---

No. _____

THE STATE OF ALABAMA
TALLAPOOSA COUNTY
CIRCUIT COURT
FALL TERM 2004
THE STATE
VS.

CORY EFFENTIS EDWARDS, ALIAS CORY
EDWARDS, ALIAS COREY EDWARDS, AND
RICHARD LAFAYETTE CLEVELAND, ALIAS
RICHARD CLEVELAND, ALIAS RIC
CLEVELAND, AND ADOLPHUS BASIL VARNER,
ALIAS ADOLPHUS VARNER, ALIAS BASSIE
VARNER, AND SHADOWSKI EDWARDS, ALIAS
AND ANTHONY BUCHANON, ALIAS, AND
JOANN JACKSON, ALIAS, AND JOHNREOIUS
THOMAS, ALIAS,

INDICTMENT

TRAFFICKING COCAINE
POSSESSION OF MARIHUANA FIRST DEGREE
POSSESSION OF MARIHUANA SECOND DEGREE
POSSESSION OF DRUG PARAPHERNALIA
POSSESSION OF COCAINE

WITNESSES:                    No Prosecutor

Investigator Josh McAlister

---

THE STATE OF ALABAMA
TALLAPOOSA COUNTY
Circuit Court, FALL Term 2004

To the Sheriff of said County:
    I hereby certify that this is a true and
correct copy of the Indictment presented to the
Court by the Grand Jury of said County against

NAMED DEFENDANT

Charged with    REFER TO FACE OF INDICTMENT

together with all endorsements on said
Indictment, and that the trial is set for
OCTOBER 12, _____ 2004.

or    ARRAIGNMENT DATE  September 13, 2004,
at 9:00 am
his counsel.

Witness my hand, this  Aug. 17, 2004.

FRANK LUCAS _____, Clerk.

I hereby certify that I have received above
named copy of Indictment from the Circuit
Court Clerk of said County and served same on

Cory Effentis Edward

at 11 o'clock A. m. 08/21 _____ 2004.

Jimmy Abbett _____ Sheriff

_____ D.S.

INDICTMENT

# THE STATE OF ALABAMA, TALLAPOOSA COUNTY
### FOR THE WEST SIDE OF THE TALLAPOOSA RIVER, AT ALEXANDER CITY

## CIRCUIT COURT, FALL TERM 2004

1. The Grand Jury of said County charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards, and Richard Lafayette Cleveland, alias Richard Cleveland, alias Ric Cleveland, and Adolphus Basil Varner, alias Adolphus Varner, alias Bassie Varner, whose true names are otherwise unknown to the Grand Jury, did knowingly sell, manufacture, deliver, or bring into this state, or knowingly have in actual or constructive possession 28 grams of cocaine or of a mixture containing cocaine, a controlled substance, in violation of Section 13A-12-231 of the Code of Alabama, against the peace and dignity of the State of Alabama.

2. The Grand Jury of said County further charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards, whose true name is otherwise unknown to the Grand Jury, did unlawfully possess marihuana for his personal use only after having been previously convicted of unlawful possession of marihuana for his personal use only, in violation of Section 13A-12-213 of the Code of Alabama, against the peace and dignity of the State of Alabama.

3. The Grand Jury of said County further charge that before the finding of this Indictment Richard Lafayette Cleveland, alias Richard Cleveland, alias Ric Cleveland, whose true name is otherwise unknown to the Grand Jury, did unlawfully possess an amount of marihuana for personal use, contrary to and in violation of Section 13A-12-214 of the Code of Alabama, against the peace and dignity of the State of Alabama.

4. The Grand Jury of said County further charge that before the finding of this Indictment Cory Effentis Edwards, alias Cory Edwards, alias Corey Edwards and Richard Lafayette Cleveland, alias Richard Cleveland, alias Ric Cleveland, whose true names are otherwise unknown to the Grand Jury, did unlawfully possess drug paraphernalia, to-wit: scales and bags used for weighing and packaging cocaine and marihuana, controlled substances, contrary to the provisions of the Alabama Uniform Controlled Substances Act, Section 13A-12-260 of the Code of Alabama, against the peace and dignity of the State of Alabama.

5. The Grand Jury of said County further charge that before the finding of this Indictment Shadowski Edwards, alias, and, Anthony Buchanon, alias, and, Joann Jackson, alias, and Johnrecius Thomas, alias, whose true names are otherwise unknown to the Grand Jury, did unlawfully possess a controlled substance, to-wit: cocaine, contrary to and in violation of Section 13A-12-212 of the Code of Alabama, against the peace and dignity of the State of Alabama.

District Attorney of the Fifth Judicial Circuit



**ALABAMA UNIFORM ARREST REPORT**



OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | Tallapoosa County Sheriff's Department | 0 4 0 8 0 0 2 8 4 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Edwards, Cory Effentis | Corey Edwards |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | ☐ 1 SCARS | ☐ 2 MARKS | ☐ 3 TATTOOS | ☐ 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ 1 W ☒ 2 B ☐ 3 A ☐ 4 I | 6 3 | 218 | Bro | Blk | | | | | | |

| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) | 15 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Tallapoosa County, AL | ~~~~~~~~~~ | ~~~~~~~~~~ | 28 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | ~~~~~~~~~~~~~~~~~~~~~~ | ( ) | N/A |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | N/A | ( ) |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION | YES ☒ NO ☐ |
|---|---|---|---|
| Tallapoosa County Sheriff's Department, Alexander City Office | | ☒ IN STATE ☐ OUT STATE AGENCY | |

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 Injuries? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | ☐ Y ☒ N | ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 4 2 1 0 4 | 1139 ☐ 1. AM ☒ 2. PM ☐ 3. MIL | S M ☒T W T F X | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| GJI Unlawful Possession of Controlled Substance | | GJI Unlawful Possession of Controlled Substance | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-12-212 | GJI #154 | 0 8 1 7 0 4 | 13A-12-212 | GJI 155 | 0 8 1 7 0 4 |

| 56 CHARGE—3 ☒ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☒ MISD | 59 UCR CODE |
|---|---|---|---|
| GJI Possession of Marijuana 1st | 3562 | GJI Possession of Drug Paraphernalia | 3550 |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-12-213 | GJI #156 | 0 8 1 7 0 4 | 13A-12-260 | GJI 157 | 0 8 1 7 0 4 |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## Vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 71 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | |
|---|---|
| | ☐ CONTINUED IN NARRATIVE |

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y ☐ 1. AM ☐ 3. MIL ☐ 1. PM | | | |

| 95 RELEASED TO | 95 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| | LOCAL USE |
|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☒ N |
|---|---|---|---|---|---|---|---|
| | 0 4 0 8 0 0 2 8 4 | A | 0 4 0 8 0 0 2 8 4 | B | 0 4 0 8 0 0 2 8 4 | C | |

| 111 ARRESTING OFFICER (LAST, FIRST, M) | 112 ID# | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| Daniel, Lamarquis | | Argo, Beverly | 059 | | |

TYPE OR PRINT IN BLACK INK ONLY

AC-UC – 34 REV. 10-96

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|---|
| | 0 8 2 1 0 4   1139 | ☒ AM ☐ PM ☐ NOON | 0 4 0 8 0 0 2 8 4 | |

**120 ADDITIONAL ARREST INFORMATION**

Case # 040800284A

Additional Charges:    GJI Trafficking Cocaine, 13A-12-230, GJI # 161,  UCR 3599, issued 08/17/04.

Case # 040800284B

GJI Possession of Marijuana 2nd, 13A-12-214, GJI # 162, UCR 3562, issued 08/17/04.

Case # 040800284C

GJI Possession of Drug Paraphernalia, 13A-12-260, GJI # 163, UCR 3550, issued 08/17/04.

On Saturday, 08/21/04,  Cory Effentis Edwards was arrested at the Alexander City Office of the Sheriff's Department on 7 Grand Jury Indictments.  He was transported to the Tallapoosa County Jail without incident.

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY

*YOU MUST CONTACT THE Alex City Circuit Clerks for our Next court Date*

| State of Alabama<br>Unified Judicial System<br>Form CR-11    Rev. 8/98 | **APPEARANCE BOND** | Case Number |
|---|---|---|

IN THE ___Circuit___ COURT OF ___Tallapoosa___, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF ___  v. __Corey Edwards__
                                                  Defendant

I, __Corey Edwards__ (Defendant), as principal,
and I (we), __sureties__ (please print)

to pay the ☑ State of Alabama ☐ the above-named municipality the sum of $ __120,000__ 00 , as surety(ies), agree (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on ___(date) at ___.m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of __TRAFFICKING (COCAINE)__, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of the State of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.                    *Alex City*

| Signature of Defendant | | | | (L.S.) |
|---|---|---|---|---|
| Address (print) | | City | State | Zip |
| Signature of Surety | (L.S.) | Signature of Surety | | (L.S.) |
| Social Security Number | Telephone Number | Social Security Number | | Telephone Number |
| Address (print) | City   State   Zip | Address (print) | City   State   Zip | |
| Signature of Surety | (L.S.) | Signature of Surety | | (L.S.) |
| Social Security Number | Telephone Number | Social Security Number | | Telephone Number |
| Address (print) | City   State   Zip | Address (print) | City   State   Zip | |

*For Jimmy Abbett*

Approved by: Judge/Magistrate/Any Law Enforcement Officer

By: ___

Date __12-12-03__

| **Defendant's Information** | | | | |
|---|---|---|---|---|
| Date of Birth | Sex M | Height 6'03" | Weight 218 | Employer __UNEMPLOYED__ |
| Social Security Number | Race B | Hair BlK | Eyes BRO | Employer's Address |
| Driver's License Number   State | Telephone Number | | | Employer's Telephone Number |

☐ Property Bond    ☐ Professional Surety/Bail Company Bond    ☐ Cash Bond

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy

~>You musT conTAcT The Alex City Circut clerks office for your next courT D

| State of Alabama Unified Judicial System | **APPEARANCE BOND** | Case Number |
|---|---|---|
| Form CR-11   Rev. 8/98 | | |

IN THE _____ ~~District~~ Circuit COURT OF _____ *Tallapoosa* _____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF   v. _____ *Corey Edwards* _____
                                                        Defendant

I, _____ *Corey Edwards* _____ (Defendant), as principal,
and I (we), _____ Sureties _____
                              (please print)

to pay the ☑ State of Alabama ☐ the above-named municipality the sum of $ 5000 ⁰⁰ _____, as surety(ies), agree
exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on
_____ (date) at _____.m. (time) (if date and time are unknown, the words "the scheduled" may be placed
in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is
discharged by to answer to the charge of *Poss Drug Parpah / Poss Mar:j 2ᴺᴰ* _____, or
any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each
session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair
market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting
property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama,
and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to
homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate
writing.

Signed and sealed this date with notice that false statements are punishable as perjury.           *Alex City*

| Signature of Defendant | | | | (L.S.) |
|---|---|---|---|---|
| Address (print) | City | State | Zip | |

| Signature of Surety                                        (L.S.) | Signature of Surety                                        (L.S.) |
|---|---|
| Social Security Number            Telephone Number | Social Security Number            Telephone Number |
| Address (print)       City    State   Zip | Address (print)       City    State   Zip |

| Signature of Surety                                        (L.S.) | Signature of Surety                                        (L.S.) |
|---|---|
| Social Security Number            Telephone Number | Social Security Number            Telephone Number |
| Address (print)       City    State   Zip | Address (print)       City    State   Zip |

*12-12-03*
Date

*For Jimmy Abbett*
Approved by: Judge/Magistrate/Any Law Enforcement Officer
By: _____

| **Defendant's Information** | | | | | |
|---|---|---|---|---|---|
| Date of Birth | | Sex M | Height 6'03" | Weight 219 | Employer *Unemployed* |
| Social Security Number | | | Race B | Hair BLK | Eyes BRO   Employer's Address |
| Driver's License Number | State AL | Telephone Number | | | Employer's Telephone Number |

| ☐ Property Bond | ☐ Professional Surety/Bail Company Bond | ☐ Cash Bond |
|---|---|---|

COURT RECORD: Original          DEFENDANT: Copy          SURETY: Copy



REVENUE COMMISSIONER
125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PHONE
256-825-7861
OR
256-825-7810

DISTRICT CODES
1/2 DADEVILLE
1/2 SRUM
H/HIGHTLE
C/COUNTY HILL
D/HUDSVILLE
A/ALEX CITY

PROPERTY CLASSIFICATIONS
CLASS I-PUBLIC UTILITIES PROPERTY
CLASS II-OTHER 20% OF MARKET VALUE
CLASS III-AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES,
10% OF MARKET VALUE

STRONG JACQUELINE P

588 R ST

ALEXANDER CITY AL 35010        171310

YEAR ASSESSED 2003

YEAR HS SIGNED

12/12/2003-13442

Homestead:0 NOT-EXEMPT

62-05-05-22-3-001-249.000 #0
22-23N-21E BK:C104  Pg:260  06/30/1995 Acre:0
LOT 15 FOY S/D
70.00X 150.00 LOT
2606 UTILITY STEEL OR ALUM. PREFAB, L
0111 SINGLE FAMILY

| CLASS | EXEMPT | ACRES | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|
| AC | DS 0 | | 3500 | 0 | 0 | 350 |
| | | | 200 | 0 | 0 | 20 |
| | | | 45340 | 0 | 0 | 4540 |
| | | | | Total Assd===> | | 4920 |

| TOTAL STATE & COUNTY TAX | HOMESTEAD EXEMPT VALUE | TAX | NET STATE & COUNTY TAX | DIST | TAX | SCHOOL TAX DIST | TAX | SPECIAL TAX DIST | TAX | MUN TAX QTY | TAX | FOREST TAX ACRES | TAX | ASSESSED FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 S | 31.98 | 0 | 0.00 | 31.98 | 1 | 31.98 | SI | 0.00 | SI | 0.00 | C | 73.80 | 0.00 | 0.00 |
| C | 41.82 | 0 | 0.00 | 41.82 | 25A | 14.76 | 55A | 0.00 | 55A | 0.00 | C | 0.00 | 0.00 | |
| CW | 22.14 | 0 | 0.00 | 22.14 | T | 22.14 | SV | 0.00 | SV | 0.00 | D | 0.00 | 0.00 | |
| | | | | | V | 0.00 | SI | 0.00 | A | 0.00 | | | | |
| | | | | | 1 | 0.00 | 55A | 0.00 | C | 0.00 | | | | |
| | | | | | 25A | 0.00 | | | D | 0.00 | | | | |
| | | | | | T | 0.00 | | | | | | | | |
| | | | | | V | 0.00 | SV | 0.00 | | | | | | |

ASSESSED VALUE
4920        184.50

LINDA HARRIS, REVENUE COMMISSIONER
125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 35853

DISTRICT CODES

I. SCHOOL #1
H HOSPITAL
C CAMP HILL
D DADEVILLE
A ALEX CITY

I. SCHOOL #1
S SCHOOLS
T TALLASSEE
M MIDWAY
N CARRVILLE

PROPERTY CLASSIFICATIONS

CLASS I (PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES-
10% OF MARKET VALUE

AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD

I hereby claim exemption from applicable ad valorem taxes on the real property with the dwelling and appurtenances thereon, as described hereon, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of the tax year, and that no other claim of homestead exemption has been made.

I am 65 years of age, or older
I am totally disabled, or blind
My net taxable income is $7,500. or less
My net taxable income is $12,000. or less

DATE _____     File: not required to file
                     Other _____

Homestead:1-REGULAR     12/12/2003  16:15

DESCRIPTION

YEAR AS SESSED 2003

YEAR HS SIGNED 12/12/2003

MCKENZIE JIMMIE FRYE
588 R ST
ALEXANDER CITY AL 35010     12520

62-05-05-22-3-001-209.000 #0
22-23N-21E BN:DCB2  Pg:648  03/12/1993 Acre:0
LOT 2 FDY S/D
75.00X 150.00 LOT
0111 SINGLE FAMILY

| | CLASS | DIST | ACRES | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|
| | | AC  D5 0 | | 3760 | 0 | 0 | 380 |
| MUN. | | 3 Y | | 39460 | 0 | 0 | 3840 |
| DIST. | | 3 Y | | | | Total Assd===> | 4220 |

47220

OATH TO BE AFFIRMED HELD TO TAX PAYER

"I do solemnly swear (or affirm) that the above list of property returned by me is a full and complete return of all property owned by me (or by the numbers listed hereon)

owned by _____
or in which _____
interest whatever, the claim of which is or is not exemption from taxation, is in this county on the first of October of the present tax year, so help me God."

Subscribed and sworn before me this _____

_____ day of _____

NOTARY PUBLIC OR OFFICER ADMINISTERING OATH

NOTARY _____

Real Estate Acquired From _____

Deed Bnd. _____
Parcel _____

Prev. Year's Acct # _____

Property Use: Residential _____
              Farm _____
              Timber _____
              Commercial _____
              Rental _____
              Other _____

If Farm or Timber, is Owner/Lessee requesting on this? _____     Yes ___ No ___

| | | TOTAL STATE | HOMESTEAD EXEMPT | NET STATE & COUNTY | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | | FOREST TAX | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COUNTY TAX VALUE | VALUE | TAX | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | ASSESSED VALUE | TOTAL FEE | | |
| 0 S | 27.43 | 4000 | 26.00 | 1.43 T | 25A | 0.00 S1 | A | 0.00 A | 63.30 | 0.00 | | | | |
| C | 35.87 | 2000 | 17.00 | 18.87 25A | 12.66 SSA | B | 0.00 B | 0.00 | 0.00 | | | | |
| CN | 18.99 | 0 | 0.00 | 18.99 T | 0.00 SV | C | 0.00 C | 0.00 | 0.00 | | | | |
| | | | | 1 | 0.00 S1 | D | 0.00 D | 0.00 | 0.00 | | | | |
| | | | | 25A | 0.00 SSA | | | | | | | | |
| | | | | T | | | | | | | | | |
| | | | | V | 0.00 SV | | 0.00 | | | 0.00 0.00 | 115.25 | | |

ASSESSED VALUE
REAL ESTATE / PERSONAL PROPERTY
4220



125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES
10% OF MARKET VALUE

DISTRICT CODES
1. 36: NO.H.H
H HOSPITAL
C COMP HILL
D DADEVILLE
A ALEX CITY

FORD OSCAR & FONDA
562 GLENWOOD ROAD
ALEXANDER CITY AL 35010

YEAR ASSESSED    2003

YEAR HS SIGNED   12/12/2002  15:37

Homestead:1 REGULAR

DESCRIPTION

62-05-09-32-1-002-029.000 #0
32-23N-21E Bk:DC17  Pg:1761 06/10/2002 Acre:0
LOT 9 1ST ADD TO RUSSELL SPRINGHILL SUB.
310.00X 350.00 LOT
0111 SINGLE FAMILY

285590

| | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|
| | 16780 | 0 | 0 | 1680 |
| | 52590 | | | 5260 |
| | | Total Assd===> | | 6940 |

| CLASS | EXEMPT | DIST MUN. | ACRES |
|---|---|---|---|
| | 3 Y | AC D5 0 | |
| | 3 Y | | |

| | HOMESTEAD EXEMPT | | NET STATE & COUNTY | | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESSOR FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL STATE & COUNTY PROPERTY TAX | VALUE | TAX | TAX | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | |
| O S 45.11 | 4000 | 25.00 | 19.11 T | 0.00 S1 | A | 0.00 | 104.10 | 0.00 A | 0.00 | | | |
| C 58.99 | 2000 | 17.00 | 41.99 25A | 20.88 S5A | B | 0.00 | 20.88 C | 0.00 | 0.00 B | 0.00 | | |
| CW 31.23 | 0 | 0.00 | 31.23 T | V 0.00 SV | 0.00 SV | C | 0.00 | 0.00 C | 0.00 | | 217.25 0.00 |
| | | | | V 1 | 0.00 S1 | | 0.00 | D 0.00 D | 0.00 | | | |
| | | | | 25A | 0.00 S5A | | 0.00 | | | | | |
| | | | | T | 0.00 | | | | | | | |
| | | | | V | 0.00 SV | | 0.00 | | | | | |

ASSESSED VALUE
6940

Property items as exemption from applicable and ad valorem taxes the real property with the dwelling and appurtenances thereon as described herein, situated in _____ County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year; and that no other claim of homestead exemption has been made by me.

OATH TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the foregoing list of property assessed by me is a full and complete return of all the property liable to taxation owned by me on which the taxes were due for the year... the 1st of October to the present as required by law and that I am entitled to the several exemptions listed hereon"

_____ day of _____

NOTARY PUBLIC OR APPRAISER HERE

Real Estate Appraiser here

Deed Book _____
Parcel _____

REVENUE COMMISSIONER
125 NORTH BROADNAX STREET    DADEVILLE, ALABAMA 36853

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITY, 30% OF MARKET VALUE
CLASS II OTHER, 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES,
10% OF MARKET VALUE

DISTRICT CODES
1. SCHOOL #1
2. 4-H HOSPITAL
3. NEW WAY
4. ALEX CITY

5. SCHOOL #3
6. CAMP HILL
7. DADEVILLE
8. V. DADEVILLE
V. DADEVILLE

VAUGHN CHERYL G

615 I ST

ALEXANDER CITY AL 35010

18330

YEAR ASSESSED 2003

YEAR HS SIGNED 12/12/2002 151.9

| | EXEMPT CLASS | DIST. MUN. | ACRES | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|
| | | AC DS 0 | | | | | |
| | | 3 Y | | 4460 | 0 | 0 | 440 |
| | | 3 Y | | 41660 | 0 | 0 | 4160 |
| | | | | | Total Assd===) | | 4600 |

46,120

Homestead:1-REGULAR

DESCRIPTION

62-05-08-27-2-004-005,000 #0
27-23N-21E Bk:C167  Pg:19  10/12/1982  Acre:0
LT 9 & S 25' LT 10 LAUREL ST URBAN RENEWAL
AREA,
95.00X 141.00 LOT
0111 SINGLE FAMILY

| | TOTAL STATE & COUNTY PROPERTY | HOMESTEAD EXEMPT VALUE | HOMESTEAD EXEMPT TAX | NET STATE & COUNTY TAX | SCHOOL TAX DIST | SCHOOL TAX | SPECIAL TAX DIST | SPECIAL TAX QTY | SPECIAL TAX TAX | MUN TAX | MUN TAX TAX | FOREST TAX ACRES | FOREST TAX TAX | ASSESSED FEE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 S | 29.90 | 4000 | 26.00 | 3.90 | 1 | | S1 | | 0.00 | A | 0.00 | 69.00 | 0.00 | | 0.00 |
| C | 39.10 | 2000 | 17.00 | 22.10 | 25A | | 55A | | 13.80 | C | 0.00 | 0.00 | | | 0.00 |
| CN | 20.70 | 0 | 0.00 | 20.70 | T | | SV | | 0.00 | D | 0.00 | 0.00 | | | 0.00 |
| | | | | | V | | S1 | | 0.00 | A | 0.00 | 0.00 | | | 0.00 |
| | | | | | 1 | | 55A | | 0.00 | C | 0.00 | 0.00 | | | 0.00 |
| | | | | | 25A | | T | | 0.00 | D | 0.00 | 0.00 | | | 0.00 |
| | | | | | T | | SV | | 0.00 | | | | | | 0.00 |
| | | | | | V | | | | | | | 129.50 | | | 0.00 |

| ASSESSED VALUE ALLOWABLE | HOMESTEAD PROPERTY |
|---|---|
| 4600 | |

Property that was exempt from applicable and valorem taxes on the real property
with the dwelling and appurtenances thereon as described herein, situated in
Tallapoosa County, Alabama, which homestead was occupied by me on the 1st
day of October of this tax year, and that no other claim of homestead exemption
has been made by me.

OATH TO BE EXECUTED HERE BY TAXPAYER

**I/we solemnly swear or affirm that no person related to
me or property concerned hereof claimed exemption,
claim return or all property return and the assessed
numbers listed hereby.**

Owned by _____

Of which _____

Interest hereto, the date of which or location,
or exemption from taxation, is the base correctly on
the list of October of the present tax.

Subscribed and sworn before me this ___

__ day of ___

NOTARY PUBLIC OR OFFICER SIGNING HERE

_____

NOTES

Real Estate Architect Bank.

Deed Book ___

Dated ___

Prop. Year's Acre #

Property Use: Residential

Rate ___
Barns ___
Condemned ___
Police ___
Other ___

# Form or takes to Owner Use Resolution
on this ___

I claim to be exempt from age, or other
I am total disabled, or blind.

We set that income is $7,500, or less.
We set that income is $10,000, or less.

DATE ___    I was not required to file
Other ___



..., REVENUE COMMISSIONER
125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PHONE
256-825-7818
OR
256-825-7821

PROPERTY CLASSIFICATIONS

YOUNG SHELIA CRAYTON
2326 DOBBS ROAD
ALEXANDER CITY AL 35010

Homestead:1 REGULAR

62-05-05-15-0-002-004.000 #0
15-23N-21E Bk:DC12   Pg:0545 05/13/1997 Acre:0
LT 4 BLK B INDIAN HILLS S/D.
145.00X 225.00 LOT

62-05-05-15-0-002-032.000 #0
15-23N-21E Bk:DC12   Pg:0545 05/13/1997 Acre:0
LT 32 BLK B INDIAN HILLS S/D.
145.00X 215.00 LOT
0111 SINGLE FAMILY

YEAR 2003 ASSED
YEAR HS SIGNED    09/09/2003   1511

201550
BOARD OF EQ. VALUE

| CLASS | EXEMP | MUN | DIST | ACRES | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|
| 3 | Y | | AC | 05 0 | 15380 | | 0 | 1540 |
| | | | | | | Total Assd==) | 0 | 1540 |
| 3 | Y | | AC | 05 0 | 15080 | | 0 | 1500 |
| 3 | Y | | | | 130540 | | 0 | 130060 |
| | | | | | | Total Assd==) | | 14560 |

| ASSESSED VALUE | TOTAL STATE | CURRENT TAX | MUNICIPAL TAX-M | VALUE | NET STATE & COUNTY TAX | SCHOOL TAX | DIST | TAX | SPECIAL TAX | DIST | TAX | MUN TAX | FOREST TAX | ACRES | TAX | ASSESSMENT FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 S | 104.65 | | 4000 | 26.00 | 78.65 | 1 | | S1 | 0.00 | A | 241.50 | | 0.00 | 0.00 | 0.00 | |
| C | 136.85 | | 2000 | 17.00 | 119.85 | 25A | 48.30 | 55A | 0.00 | C | 0.00 | | | | | |
| CW | 72.45 | | 0 | 0.00 | 72.45 | T | | | 0.00 | D | 0.00 | | | | | |
| | | | | | | V | | SV | 0.00 | A | 0.00 | | | | | |
| | | | | | | 1 | | S1 | 0.00 | C | 0.00 | | | | | |
| | | | | | | 25A | | 55A | 0.00 | D | 0.00 | | | | | |
| | | | | | | T | | | 0.00 | | | | | | | |
| | | | | | | V | | SV | 0.00 | | | | | | | |

16100

560.75

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE 12/12/03

**NAME OF PRISONER** Corey Edwards  **NID#** 11449

**NAME OF JUDGE** Taylor

**NAME OF CALLER/PROVIDER** Libby

**COURT ACTION/REMARKS:**
Bond lowered to $125,000

_____     _____
**BOOKING OFFICER**              S. Jones
                                 **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12-11-03_

NAME OF PRISONER _Edwards Cory_ NID# _____

NAME OF JUDGE _Taylor_

NAME OF CALLER/PROVIDER _Libby_

COURT ACTION/REMARKS:

_Reduce Bond to $200,000.00_

_____

BOOKING OFFICER                    COMPLETING FORM

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12-10-03_

NAME OF PRISONER _Corey Edwards_ NID# _____

NAME OF JUDGE _Taylor_

NAME OF CALLER/PROVIDER _Libby_

**COURT ACTION/REMARKS:**
_Bond is reinstated   new charges 250,000_

_____

_____

_____

_____

_____

_____

_Wockon_

**BOOKING OFFICER**          **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12-9-03_

NAME OF PRISONER _Edwards Corey_ NID# _____

NAME OF JUDGE _Taylor_

NAME OF CALLER/PROVIDER_____

**COURT ACTION/REMARKS:**

_Attorney Danny Brown bounded to GJ._

_Wyckow_

_____            _____
BOOKING OFFICER                 COMPLETING FORM

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

**DATE** 12-9-03

**NAME OF PRISONER** Edwards  Corey  **NID#**

**NAME OF JUDGE** Taylor

**NAME OF CALLER/PROVIDER**

**COURT ACTION/REMARKS:**

Attorney Danny Brown bounded to GJ.

_____          Wyckow

**BOOKING OFFICER**                **COMPLETING FORM**

*You MUST CONTACT The Alex City Circuit Clerks for your Next Court Date*

| State of Alabama Unified Judicial System | **APPEARANCE BOND** | Case Number |
|---|---|---|
| Form CR-11    Rev. 8/98 | | |

IN THE __Circuit__ COURT OF __Tallapoosa__, ALABAMA
   *(Circuit, District or Municipal)*                *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF ___ v. __Corey Edwards__
                                                    **Defendant**

I, __Corey Edwards__
and I (we), __Sureties__ _____ (Defendant), as principal,
                        *(please print)*

_____, as surety(ies), agree
to pay the ☑ State of Alabama ☐ the above-named municipality the sum of $ __20,000__ (for municipal courts, this sum should not
exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on
_____ (date) at _____ .m. (time) (if date and time are unknown, the words "the scheduled" may be placed
in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is
discharged by to answer to the charge of __TRAFFicKing (Cocaine)_____, or
any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each
session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair
market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting
property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama,
and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to
homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate
writing.

Signed and sealed this date with notice that false statements are punishable as perjury.    __Alex City__

| Signature of Defendant _____ | | | | (L.S.) |
|---|---|---|---|---|
| Address (print) ███████ | City ███████ | | State AL | Zip ███ |

| Signature of Surety _Kendra Burton Ford_ (L.S.) | Signature of Surety _Kevin Vaughn_ | _Cheryl Vogel_ (L.S.) |
|---|---|---|
| Social Security Number ███ | Telephone Number ███ | Social Security Number ███ | Telephone Number ███ |
| Address (print) ███ | City ███ State ███ Zip ███ | Address (print) ███ | City ███ State ███ Zip ███ |

| Signature of Surety _Jimmie F. McKenzie_ (L.S.) | Signature of Surety _Shilei Young_ _Sheila Young_ (L.S.) |
|---|---|
| Social Security Number ███ | Telephone Number ███ | Social Security Number ███ | Telephone Number ███ |
| Address (print) ███ | City ███ State ███ Zip ███ | Address (print) ███ | City ███ State ███ Zip ███ |

__12-12-03__                          _For Jimmy Abbett_
**Date**                               Approved by: Judge/Magistrate/Any Law Enforcement Officer
                                       By: _____

| **Defendant's Information** | | | | |
|---|---|---|---|---|
| Date of Birth ███ | Sex M | Height 6'03" | Weight 218 | Employer _Unemployed_ |
| Social Security Number ███ | Race B | Hair BlK | Eyes BRO | Employer's Address |
| Driver's License Number ███ | State AL | Telephone Number ███ | | Employer's Telephone Number |

☐ Property Bond    ☐ Professional Surety/Bail Company Bond    ☐ Cash Bond

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy

*You must contact the Alex City circuit clerks office for your next court D...*

| State of Alabama<br>Unified Judicial System<br><br>Form CR-11     Rev. 8/98 | **APPEARANCE BOND** | Case Number |
|---|---|---|

IN THE _____~~District~~ Circuit COURT OF _____ *Tallapoosa* _____, ALABAMA

(Circuit, District or Municipal)     (Name of County or Municipality)

☐ STATE OF ALABAMA

☐ MUNICIPALITY OF     v. _____ *Corey Edwards* _____

Defendant

I, _____ *Corey Edwards* _____ (Defendant), as principal,

and I (we), _____ *Sureties* _____ (Defendant), as principal,

(please print)

to pay the ☒ State of Alabama ☐ the above-named municipality the sum of $ *5000⁰⁰* _____, as surety(ies), agree exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on ~~X~~ _____ (date) at _____.m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant be placed discharged by to answer to the charge of *Poss Drug Paraph / Poss Mari; 2ⁿᵈ* _____, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.     *Alex City*

| Signature of Defendant *Corey Edwards* | | | | (L.S.) |
|---|---|---|---|---|
| Address (print) | City | | State | Zip |

| Signature of Surety *Jacquelin P. Strong* (L.S.) | Signature of Surety (L.S.) |
|---|---|
| Social Security Number ~~███~~     Telephone Number ~~███~~ | Social Security Number     Telephone Number |
| Address (print) ~~███~~ City / State Zip ~~███~~ | Address (print) City State Zip |

| Signature of Surety (L.S.) | Signature of Surety (L.S.) |
|---|---|
| Social Security Number     Telephone Number | Social Security Number     Telephone Number |
| Address (print) City State Zip | Address (print) City State Zip |

*12-12-03*

Date

*For Jimmy Abbett*

Approved by: Judge/Magistrate/Any Law Enforcement Officer

By: _____

| **Defendant's Information** | | | | | |
|---|---|---|---|---|---|
| Date of Birth ~~███~~ | Sex *M* | Height *6'03"* | Weight *213* | Employer *Unemployed* | |
| Social Security Number ~~███~~ | Race *B* | Hair *Blk* | Eyes *Bro* | Employer's Address | |
| Driver's License Number ~~███~~ | State *AL* | Telephone Number ~~███~~ 2847 | | Employer's Telephone Number | |

| ☐ Property Bond | ☐ Professional Surety/Bail Company Bond | ☐ Cash Bond |
|---|---|---|

COURT RECORD: Original     DEFENDANT: Copy     SURETY: Copy

REVENUE COMMISSIONER
125 NORTH BROADNAX STREET    DADEVILLE, ALABAMA 35853

PROPERTY CLASSIFICATIONS
CLASS I—PUBLIC UTILITY 30% OF MARKET VALUE
CLASS II—OTHER 20% OF MARKET VALUE
CLASS III—AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES,
10% OF MARKET VALUE

DISTRICT CODES
I. SCHOOL #1
1 HOSPITAL
C CAMPHILL
D DADEVILLE
A ALEX CITY

S SCHOOL #3 AS
T TALLASSEE
H HIGHWAY
V CENTERVILLE

STRONG JACQUELINE P

588 R ST

ALEXANDER CITY AL 35010

I hereby claim as exempt from applicable and valorem taxes the real property with the dwelling and appurtenances thereon as described herein, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year, and that no other claim of homestead exemption has been made by me.

YEAR ASSESSED  2003

YEAR HS SIGNED  12/12/2003  13:42

Homestead:0  NOT-EXEMPT

DESCRIPTION

62-05-05-22-3-001-249.000 #0
22-23N-21E Bk:C104  Pg:260  06/30/1995 Acre:0
LOT 15 FGV S/D
70.00X 150.00 LOT
2686 UTILITY STEEL OR ALUM. PREFAB, L
0111 SINGLE FAMILY

17310

| | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|
| | 3500 | 0 | 0 | 360 |
| | 200 | 0 | 0 | 20 |
| | 45340 | | | 4540 |
| | | | | 4920 |
| | | Total Assd=== | | |

| CLASS | EXEMPT | MUN. DIST. | ACRES |
|---|---|---|---|
| | 3 N | AC | D5 0 |
| | 3 N | | |
| | 3 N | | |

| | TOTAL STATE & COUNTY TAX | | HOMESTEAD EXEMPT | | NET STATE & COUNTY TAX | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESSMENT FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | VALUE | TAX | TAX | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | |
| 0 S | 31.98 | | 0 | 0.00 | 31.98 | I | 31.98 | ST | 0.00 | A | 0.00 | 73.00 | 0.00 | 0.00 |
| C | 41.82 | | 0 | 0.00 | 41.82 | 25A | 41.82 | 55A | 14.76 | C | 0.00 | | 0.00 | |
| CM | 22.14 | | 0 | 0.00 | 22.14 | T | 22.14 | SV | 0.00 | D | 0.00 | | 0.00 | |
| | | | | | | V | | SI | 0.00 | A | 0.00 | | 0.00 | |
| | | | | | | I | | 51 | 0.00 | C | | | | |
| | | | | | | 25A | | 55A | 0.00 | D | | | | |
| | | | | | | T | | T | 0.00 | | | | | |
| | | | | | | V | | SV | 0.00 | | | | | |

| ASSESSED VALUE | | ALL STATE | PERSONAL/IMPROVEMENT | PROP. TAX |
|---|---|---|---|---|
| 4920 | | | | 0.00 | 184.50 |

PREVIOUS OWNER

You are 65 years of age, or older.
I am totally disabled, or blind.
My net taxable income is $7,500, or less.
My adj. gross income is $12,000, or less.

DATE

I was not required to file
Other

OATH TO BE SUBSCRIBED TO IF DEFERRED

"I do solemnly swear to my affidavit that the property herein correctly references an interest valued and from refer return or is property on the the period numbers listed thereof."

owned by

of which

interest whatever, the situs of which in that claim or exemption from taxation in this county on the first of October of the assessment year helping this year.

Subscribed and sworn to before me on the

day or

NOTARY PUBLIC OR TAX COMMISSIONER HERE

Real Estate Acquired from

Deed Book        Page

Dated

Prop. Year Acq.    Acre

Property Use    Residential    Farm
                                Timber
                                Residential
                                Rural
If Farm or Timber, of Rental Use application
on file                          Yes        No

REVENUE COMMISSIONER
125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PHONE
256-825-78

OR
256-825-78

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHERS 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES,
10% OF MARKET VALUE

DISTRICT CODES
I SCHOOL #
H HOSPITAL
C CAMP HILL
D DADEVILLE
A ALEX CITY

N SCHOOL #
S TALLASSEE
M MIDWAY
V DADEVILLE

**AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD**

MCKENZIE JIMMIE FAYE

588 R ST

ALEXANDER CITY AL 35010

YEAR 2003

DATE 12/12/2003  16:15

YEAR HS SIGNED

CLASS: Homestead:1-REGULAR

DESCRIPTION

62-05-05-22-3-001-209.000 #0
22-23N-21E Blk:DC82    Pg:648  03/12/1993 Acre:0
LOT 2 FDY S/D
75.00X 150.00 LOT
0111 SINGLE FAMILY

| | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|
| | | 126520 | | 380 |
| | 3760 | 0 | 0 | 3840 |
| | 39460 | | | 4220 |
| | | Total Assd===) | | 4220 |

OATH TO BE ADMINISTERED TO TAXPAYER

Sworn and subscribed

day of

NOTARY PUBLIC OR





**[Affidavit / Tax assessment record — Tallapoosa County, Alabama]**

AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD

I hereby claim as exempt from execution and various taxes the real property with the dwelling and appurtenances thereon as described hereon, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year, and that no other claim of homestead exemption has been made by me.

I am 65 years of age, or over

I am totally disabled, or blind.

My net taxable income is \$7,501, or less.

My adjusted gross income is \$12,000, or less.

**DATE:**

I was not required to file

Other

PREVIOUS OWNER

**Homestead:1. REGULAR**

DESCRIPTION

12/12/2002  15:37

62-05-09-32-1-002-029.000 #0

32-23N-21E  Bk:DC17   Pg:1761  06/10/2002  Acre:0

LOT 9 1ST ADD TO RUSSELL SPRINGHILL SUB.

310.00X 350.00 LOT

0111 SINGLE FAMILY

---

ROBINS, REVENUE COMMISSIONER

125 NORTH BROADNAX STREET   DADEVILLE, ALABAMA 36853

PROPERTY CLASSIFICATIONS

DISTRICT CODES

CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES, 10% OF MARKET VALUE

1: SCHOOL #0   5 SCHOOL #0
H HOSPITAL     T TALLASSEE
C COM P HILL   W MIDWAY
D DADEVILLE
A ALEX CITY

YEAR-ASSED  2003

YEAR HS SIGNED

FORD OSCAR & FONDA

562 GLENWOOD ROAD

ALEXANDER CITY AL 35010

285690

| | | CLASS | EXEMPT | MUN. | DIST | ACRES | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3 Y | AC D5 0 | | | 16780 | 0 | 0 | 1680 |
| | | | 3 Y | | | | 52560 | 0 | 0 | 5260 |
| | | | | | | | Total Asd==> | | | 6940 |

63380

| ASSESSED VALUE FEDERAL PROPERTY | TOTAL STATE COUNTY TAX | HOMESTEAD EXEMPT VALUE | TAX | NET STATE & COUNTY TAX | SCHOOL TAX DIST | TAX | SPECIAL TAX DIST | TAX | MUN TAX QTY | TAX | FOREST TAX ACRES | TAX | ASSESSOR FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6940 | 45.11 | 4000 | 26.00 | 19.11 | I | 0.00 | S1 | 0.00 | A | 104.10 | 0.00 | 0.00 | 0.00 |
| C 58.99 | | 2000 | 17.00 | 41.99 | 25A | 20.82 | S5A | 0.00 | C | | 0.00 | 0.00 | |
| CW 31.23 | | 0 | 0.00 | 31.23 | T | 0.00 | SV | 0.00 | D | | 0.00 | 0.00 | |
| | | | | | V | 0.00 | S1 | 0.00 | A | | | | |
| | | | | | I | 0.00 | S5A | 0.00 | C | | | | |
| | | | | | 25A | 0.00 | SV | 0.00 | D | | | | 217.25 |
| | | | | | T | 0.00 | | | | | | | |
| | | | | | V | 0.00 | | | | | | | |

ASSESSED VALUE IN STATE 6940

---

OATH TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the foregoing list of property returned by me is a full and complete return of all property liable for taxes which I, or person named hereon

owned by ....

in which I ....

interest whatever, the situs of which the location, or exemption from taxation, is in this county on the first of October, or the person assessing me for taxes. So help me God."

Subscribed and sworn to before me this ...

City of ....

NOTARY PUBLIC OR AUTHORIZED PERSON HERE

X

Real Estate Acquired Price

Deed Book

Deed

Present Market Value $

NOTES

Property Use: Residence
                 Farm
                 Vacant
                 Commercial
                 Rented
                 Improved

If Farm or Timber, Is Current Use Application on file?  Yes ___ No ___

217.25

AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD

I hereby claim as exempt from applicable and valorem taxes the real property with the dwelling and appurtenances thereon as described hereon, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year, and that no other claim of homestead exemption has been made by me.

X _____

PREVIOUS OWNER

DESCRIPTION

62-05-08-27-2-004-005, 000 #0
27-23N-21E Bk:C167   Pg:19   10/12/1982 Acre:0
LT 9 & S 25' LT 10 LAUREL ST URBAN RENEWAL
AREA,
95.00X 141.00 LOT
0111 SINGLE FAMILY

DADEVILLE, ALABAMA 36853

125 NORTH BROADNAX STREET

REVENUE COMMISSIONER

PROPERTY CLASSIFICATIONS

DISTRICT CODES

I SCHOOL #1
II HOSPITAL
C CAMP HILL
D DADEVILLE
A ALEX CITY

VAUGHN CHERYL G

615 I ST

ALEXANDER CITY AL 35010

Homestead:1-REGULAR

VALUE

DATE

I was not required to file

YEAR ASSESSED 2003

YEAR HS SIGNED   12/12/2003  15:9

CLASS   EXEMPT   MUN.   DIST.   ACRES

AC   D5 0

| | TOTAL STATE & COUNTY TAX | HOMESTEAD EXEMPT VALUE | NET STATE & COUNTY TAX | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESSOR FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VALUE | TAX | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | |
| S | 29.90 | 4000 | 26.00 | 25A | 3.90 I | 55A | 0.00 SI | A | 0.00 | 0.00 | 0.00 | 0.00 |
| C | 39.10 | 2000 | 17.00 | 25A | 22.10 T | | 13.80 55A | A | 69.00 | 0.00 | 0.00 | 129.50 |
| CN | 20.70 | 0.00 | 0.00 | T | 20.70 T | | 0.00 | D | 0.00 | 0.00 | 0.00 | |
| | | | | V | | | 0.00 SV | A | 0.00 | | 0.00 | |
| | | | | 1 | | | 0.00 SI | C | 0.00 | | | |
| | | | | 25A | | | 0.00 55A | D | 0.00 | | | |
| | | | | T | | | 0.00 | | | | | |
| | | | | V | | | 0.00 SV | | 0.00 | | | |

| | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|
| | | | | |
| | 4460 | 0 | 0 | 440 |
| | 41660 | 0 | 0 | 4160 |
| | | Total Assd===) | | 4600 |

18330

Total Assd===)

ASSESSED VALUE
SA. ESTATE   PERSONAL PROPERTY
4600

I am 65 years of age, or older.
I am totally disabled, or blind.
My net taxable income is $7,500 or less.
My ST. Gross income is $12,000 or less.



REVENUE COMMISSIONER
125 NORTH BROADNAX STREET     DADEVILLE, ALABAMA 36853

PHONE
256-825-7818
OR
256-825-7831

YEAR 2003/SEED

YEAR HS SIGNED     09/09/2003-15:11

YOUNG SHELIA CRAYTON

2326 DOBBS ROAD

ALEXANDER CITY AL 35010

201550

Homestead:1-REGULAR

62-05-05-15-0-002-004.000 #0
15-23N-21E Bk:DC12   Pg:08545 05/13/1997 Acre:0
LT 4 BLK B INDIAN HILLS S/D.
145.00X 225.00 LOT

62-05-05-15-0-002-032.000 #0
15-23N-21E Bk:DC12   Pg:08545 05/13/1997 Acre:0
LT 32 BLK B INDIAN HILLS S/D.
145.00X 215.00 LOT
0111 SINGLE FAMILY