# Exhibit C
# Inmate File of Cory Effentis Edwards
# Part 3

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12/12/03_

**NAME OF PRISONER** _Corey Edwards_ **NID#** _11449_

**NAME OF JUDGE** _Taylor_

**NAME OF CALLER/PROVIDER** _Libby_

**COURT ACTION/REMARKS:**
_Bond lowered to $125,000_

_____        _S. Jones_
**BOOKING OFFICER**                  **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12-11-03_

**NAME OF PRISONER** _Edwards Cory_ **NID#** _____

**NAME OF JUDGE** _Taylor_

**NAME OF CALLER/PROVIDER** _Libby_

**COURT ACTION/REMARKS:**

_Reduce Bond to $200,000.00_

_____

**BOOKING OFFICER**                    **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE ___12-10-03___

NAME OF PRISONER ___Corey Edwards___ NID# _____

NAME OF JUDGE ___Taylor___

NAME OF CALLER/PROVIDER ___Libby___

**COURT ACTION/REMARKS:**
Bond is reinstated  new charges 250,000

_____

BOOKING OFFICER                        Wockon
                                       COMPLETING FORM

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

**DATE** 12-11-03

**NAME OF PRISONER** Edwards Cory   **NID#**

**NAME OF JUDGE** Taylor

**NAME OF CALLER/PROVIDER** Libby

**COURT ACTION/REMARKS:**

Reduce Bond to $200,000.00

_____

**BOOKING OFFICER**          **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12-10-03_

NAME OF PRISONER _Corey Edwards_   NID# _____

NAME OF JUDGE _Taylor_

NAME OF CALLER/PROVIDER _Libby_

COURT ACTION/REMARKS:
_Bond is reinstated   new charges 250,000_

_____

_____

_____

_____

_____

_____

_____    _Wockon_
BOOKING OFFICER              COMPLETING FORM

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE __12-9-03__

**NAME OF PRISONER** _Edwards Corey_  **NID#** _____

**NAME OF JUDGE** _Taylor_

**NAME OF CALLER/PROVIDER** _____

**COURT ACTION/REMARKS:**
_Attorney Danny Brown bounded to GJ._

_____

_____

_____

_____

_____

_____

**BOOKING OFFICER**          _Wyckow_
                              **COMPLETING FORM**

*You MUST CONTACT The Alex City Circuit Clerks for your Next Court DATE*

| State of Alabama Unified Judicial System | | **APPEARANCE BOND** | Case Number |
| --- | --- | --- | --- |
| Form CR-11    Rev. 8/98 | | | |

IN THE ___Circuit___ COURT OF ___Tallapoosa___, ALABAMA
(Circuit, District or Municipal)                                    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF    v.   ___Corey Edwards___
                                        **Defendant**

I, ___Corey Edwards___ (Defendant), as principal,
and I (we), ___Sureties___
                          (please print)

___, as surety(ies), agree
to pay the ☑ State of Alabama ☐ the above-named municipality the sum of $ __120,000 oo__ (for municipal courts, this sum should not
exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on
___ (date) at ___.m. (time) (if date and time are unknown, the words "the scheduled" may be placed
in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is
discharged by to answer to the charge of ___Trafficking (Cocaine)___, or
any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each
session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair
market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting
property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama,
and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to
homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate
writing.

Signed and sealed this date with notice that false statements are punishable as perjury.   *Alex City*

| Signature of Defendant | | | (L.S.) |
| --- | --- | --- | --- |
| Address (print) | City | State | Zip |
| Signature of Surety ___Kronika Buford___ (L.S.) | | Signature of Surety ___Cheryl Vaughn___ Cheryl Vaughn (L.S.) | |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City or State | Zip | Address (print) | City | State | Zip |
| Signature of Surety ___Jimmie F. McKenzie___ (L.S.) | | Signature of Surety ___Shelia Young___ /Shelia Young (L.S.) | |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City | State | Zip | Address (print) | City | State | Zip |

*For Jimmy Abbett*

Approved by: Judge/Magistrate/Any Law Enforcement Officer

___12-12-03___                    By: ___

Date

| Defendant's Information | | | | |
| --- | --- | --- | --- | --- |
| Date of Birth | Sex M | Height 6'03" | Weight 218 | Employer Unemployed |
| Social Security Number | Race B | Hair 191/K | Eyes Bro | Employer's Address |
| Driver's License Number | State AL | Telephone Number | | Employer's Telephone Number |

☐ Property Bond        ☐ Professional Surety/Bail Company Bond        ☐ Cash Bond

COURT RECORD: Original        DEFENDANT: Copy        SURETY: Copy

> YOU MUST CONTACT The "lex City Circuit Clerks Offic for your Next Court DA

| State of Alabama Unified Judicial System | **APPEARANCE BOND** | **Case Number** |
|---|---|---|
| Form CR-11    Rev. 8/98 | | |

IN THE _~~District~~ Circuit_ COURT OF _Tallapoosa_ , ALABAMA
_(Circuit, District or Municipal)_                    _(Name of County or Municipality)_

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF    v. _____Corey Edwards_____
                                                      **Defendant**

I, _____Corey Edwards_____ (Defendant), as principal,
and I (we), _____Sureties_____
                                      (please print)

_____, as surety(ies), agree
to pay the ☒ State of Alabama ☐ the above-named municipality the sum of $ _5000.00_ (for municipal courts, this sum should not
exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on
_____ (date) at _____ .m. (time) (if date and time are unknown, the words "the scheduled" may be placed
in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is
discharged by to answer to the charge of _Poss Drug ParAPh / Poss MARij 2ND_ , or
any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each
session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair
market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting
property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama,
and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to
homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate
writing.

Signed and sealed this date with notice that false statements are punishable as perjury.    _Alex City_

| Signature of Defendant X_Corey Edward_ | | | | (L.S.) |
|---|---|---|---|---|
| Address (print) | City | | State | Zip |

| Signature of Surety X_Jacquilin P. Strong_ (L.S.) | Signature of Surety (L.S.) |
|---|---|
| Social Security Number ~~████~~ Telephone Number | Social Security Number    Telephone Number |
| Address (print) ~~████~~ City  State  Zip | Address (print)    City    State    Zip |

| Signature of Surety (L.S.) | Signature of Surety (L.S.) |
|---|---|
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |

_For Jimmy Abbett_
Approved by: Judge/Magistrate/Any Law Enforcement Officer

_12-12-03_    By: _____
Date

| **Defendant's Information** | | | | |
|---|---|---|---|---|
| Date of Birth ~~████~~ | Sex M | Height 6'03" | Weight 219 | Employer UNEMPLOYED |
| Social Security Number ~~████~~ | Race B | Hair BlK | Eyes BRO | Employer's Address |
| Driver's License Number ~~████~~  State | Telephone Number ~~████~~ | | | Employer's Telephone Number |

| ☐ Property Bond | ☐ Professional Surety/Bail Company Bond | ☐ Cash Bond |
|---|---|---|

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy



125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES
10% OF MARKET VALUE

DISTRICT COPIES
1. SCHOOL #1
2. SCHOOL #3
H HOSPITAL
C CAMP HILL
D DADEVILLE
A ALEX CITY

STRONG JACQUELINE P
588 R ST
ALEXANDER CITY AL 35010

YEAR ASSESSED 2003

YEAR HS SIGNED

12/12/2002-13142

Homestead-NOT-EXEMPT

62-05-05-22-3-001-249.000 #0
22-23N-21E Bk:C104   Pg:260   06/30/1995  Acre:0
LOT 15 FDV S/D
70.00X 150.00 LOT
2606 UTILITY STEEL OR ALUM. PREFAB, L
0111 SINGLE FAMILY

| DESCRIPTION | CLASS | EXEMPT | MUN. | DIST. | ACRES | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | N | AC | D5 | 0 | 3500 | | 0 | 350 |
| | 3 | N | | | | 200 | | 0 | 20 |
| | 3 | N | | | | 45340 | | 0 | 4540 |
| | 3 | | | | | | Total Asd===> | | 4920 |

17310

| | | TOTAL STATE COUNTY TAX | HOMESTEAD EXEMPT VALUE | TAX | NET STATE & COUNTY TAX | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | | FOREST TAX | | | ASSESSOR FEE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DIST | TAX | DIST | TAX | CTY | TAX | DIST | ACRES | TAX | | | |
| 0 | S | 31.98 | 0 | 0 | 0.00 | S1 | 31.98 | S1 | 0.00 | A | 0.00 | A | 73.80 | 0.00 | 0.00 | 0.00 | 184.50 |
| 0 | C | 41.82 | 0 | 0 | 0.00 | 25A | 14.76 | SSA | 14.76 | C | 0.00 | C | | 0.00 | | | |
| 0 | CN | 22.14 | 0 | 0 | 0.00 | T | 22.14 | V | 0.00 | D | 0.00 | A | | 0.00 | | | |
| | | | | | | V | 0.00 | S1 | 0.00 | D | 0.00 | C | | 0.00 | | | |
| | | | | | | 25A | 0.00 | SSA | 0.00 | | | D | | 0.00 | | | |
| | | | | | | T | 0.00 | V | 0.00 | | | | | | | | |
| | | | | | | V | 0.00 | SV | 0.00 | | | | | | | | |

ASSESSOR VALUE
REAL ESTATE   PERSONAL PROPERTY
4920

OATH-TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the herein
list of property returned by me is a full and correct
return of all property under the penalties
numbers listed hereon.

owned by _____

of in which _____
interest whatever, the sites of which, to taxation
or exemption from taxation, is in this county on
the first of October of the present tax _____
helps me God"

Subscribed and sworn before me this the

_____ day of _____, 20___

NOTARY PUBLIC OR OFFICER OTHER HERE

_____  BY: _____

NOTES

Real Estate Acquired from: _____

Deed Book _____     Page _____
Dated _____

Prior Years Appr #

Property Use: Residential _____
Farm _____
Timber _____
Commercial _____
Other _____

If Farm or Timber, is Current Use application
on file?     Yes _____     No _____

PHONE
256-825-7818
OR
256-825-7831

PREVIOUS OWNER

DATE

I am 65 years of age, or older
I am totally disabled, or blind
My net taxable income is $7,500, or less
My gross income is $12,000, or less.

I hereby claim as exempt from applicable and valorem taxes this real property
with the dwelling and appurtenances thereon as described herein, situated in
Tallapoosa County, Alabama, which homestead was occupied by me on the 1st
day of October of this tax year, and that no other claim of homestead exemption
has been made by me.

I was not required to file
Other

# TALLAPOOSA, REVENUE COMMISSIONER
## 125 NORTH BROADNAX STREET    DADEVILLE, ALABAMA 36853

PHONE
256-825-7818
OR
256-825-7820

DISTRICT CODES
I SCHOOL #1
H HOSPITAL
O CAMP HILL
M MIDWAY
Y DADEVILLE
A ALEX CITY

**REAL, PERSONAL AND PERSONAL PROPERTY**
**AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD**

I hereby claim as exempt from applicable and valorem taxes the real property with the dwelling and appurtenances thereon, as described herein, situated in Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day of October of this tax year, and that no other claim of homestead exemption has been made by me.

WHOSE OWNER

DATE

I am 65 years of age, or older
I am totally disabled, or blind.
My net taxable income is $7,500, or less.
My net gross income is $12,000, or less.

I was not required to file
Other

_____ Homestead-1-REGULAR _____
DESCRIPTION

YEAR ASSESSED    YEAR HS SIGNED    12/12/2003  16:15

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES)
10% OF MARKET VALUE

MCKENZIE JIMMIE FAYE

580 R ST

ALEXANDER CITY AL 35010

126520

| | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|
| | | | | 380 |
| | | | | 3840 |
| | | | | 4220 |

62-05-05-22-3-001-209.000 #0
22-23N-21E Bk:DCB2    Pg:648    03/12/1993  Acre:0
LOT 2 FDY S/D
75.00X 150.00 LOT
0111 SINGLE FAMILY

CLASS  EXEMPT  MUN  DIST  ACRES
AC  D5  0
3  Y
3  Y

| | APPRAISED VALUE | BOARD OF EQ. VALUE |
|---|---|---|
| | 3760 | 0 |
| | 38460 | 0 |

4 2220

Total Assd===> 4220

OATH TO BE ACKNOWLEDGED BY TAXPAYER

"I do solemnly swear (or affirm) that the above list of property returned by me is full and complete return of all property made by me, and numbers listed thereon)

owned by
or in which
interest whereof, the amount of which I have made or entitled from session, is to be considered the first of October of this taxation tax year, help me God"

Subscribed and sworn before me this

_____ day of _____

NOTARY PUBLIC TALLAPOOSA COUNTY ALABAMA

Real Estate Acquired State

Deed Road    Page

Cancel

Prep. Verif Amt $

Property Valn: Residential

Right
Meter
Consolidated
Parcel
Other

If Status on Taxpayer is Check, it this Application on file.    Yes    No

| ASSESSED VALUE | | TOTAL STATE | HOMESTEAD EXEMPT | NET STATE & COUNTY | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESSOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAL ESTATE | PERSONAL PROPERTY | COUNTY TAX | VALUE I | TAX | TAX | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | FEE |
| 4220 | | | | | | | | | | | | | | |
| | | 0 S  27.43 | 4000 | 26.00 | 1.43 T | 18.87 25A | 0.00 S1 | 12.66 55A | 0.00 A | 63.30 | 0.00 | 0.00 | 115.25 |
| | | C  35.87 | 2000 | 17.00 | 18.87 T | 0.00 V | 0.00 D | 0.00 C | 0.00 | | |
| | | CW  18.99 | 0 | 0.00 | 18.99 T | 0.00 V | 0.00 SV  0.00 S1 | 0.00 A | 0.00 | | |
| | | | | | | 25A | 0.00 55A | 0.00 D | 0.00 | | |
| | | | | | | T | 0.00 | | | |
| | | | | | | V | 0.00 SV | 0.00 | | |

125 NORTH BROADNAX STREET

DADEVILLE, ALABAMA 36853

PHONE
256-825-7818
OR
256-825-7831

PROPERTY CLASSIFICATIONS

CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES
10% OF MARKET VALUE

DISTRICT CODES

F SCHOOL #1
H HOSPITAL
C CAMP HILL
D DADEVILLE
A ALEX CITY

2 SCHOOL #2
T TALLASSEE
M MIDWAY
V DADEVILLE

FORD OSCAR & FONDA

562 GLENWOOD ROAD

ALEXANDER CITY AL 35010

YEAR ASSESSED 2003

YEAR HS SIGNED 12/12/2003  15:37

| CLASS | EXEMPT | ACRES | DIST. MUN. | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|
| | | AC | D5 0 | | 285590 | | |
| | | | | | | | 1680 |
| | | | | 16780 | 0 | 0 | 5260 |
| | | | | 52690 | 0 | | 6940 |
| | | | | 69380 | Total Asd===> | | |

Description

62-05-09-32-1-002-029.000 #0

32-22N-21E Bk:DC17  Pg:1761 06/10/2002 Acre:0

LOT 9 1ST ADD TO RUSSELL SPRINGHILL SUB.

310.00X 350.00 LOT

0111 SINGLE FAMILY

Homestead:1 REGULAR

| ASSESSED VALUE | | | HOMESTEAD EXEMPT | | NET STATE & COUNTY TAX | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESSOR FEE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAL ESTATE | PERSONAL PROPERTY | | VALUE | TAX | | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | | |
| 6940 | | | | | | | | | | | | | | | |
| | S | 45.11 | 4000 | 26.00 | 19.11 | 25A | 0.00 | SI | 0.00 | | 104.10 | 0.00 | 0.00 | 0.00 | 217.25 |
| | C | 58.99 | 2000 | 17.00 | 41.99 | 25A | 20.82 | 55A | 0.00 | C | 0.00 | 0.00 | 0.00 | | |
| | CW | 31.23 | 0 | 0.00 | 31.23 | T | 0.00 | SV | 0.00 | D | 0.00 | 0.00 | 0.00 | | |
| | | | | | | 25A | 0.00 | SI | 0.00 | A | 0.00 | 0.00 | 0.00 | | |
| | | | | | | V | 0.00 | 55A | 0.00 | C | 0.00 | 0.00 | 0.00 | | |
| | | | | | | T | 0.00 | | 0.00 | D | 0.00 | 0.00 | 0.00 | | |
| | | | | | | V | 0.00 | SV | 0.00 | | 0.00 | | | | |

PREVIOUS OWNER

DATE

CLAIM EXEMPTION FOR HOMESTEAD

OATH TO BE ADMINISTERED TO TAXPAYERS

Prop. Year's Acct #

Property Uses: Residential
Farm
Timber
Commercial
Rental
Other

If Farm or Timber, Is Current Use application on file?  Yes___  No___

REVENUE COMMISSIONER
125 NORTH BROADNAX STREET    DADEVILLE, ALABAMA 36853

DISTRICT CODES
1 SCHOOL #1
2 HOSPITAL
3 CAMP HILL
4 DADEVILLE
5 REEDURLAK
1 TALLASSEE
M MIDWAY
V YOUR HALE

PROPERTY CLASSIFICATIONS
CLASS I—PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II—OTHER 20% OF MARKET VALUE
CLASS III—AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES,
10% OF MARKET VALUE

STATEMENT TO CLAIM EXEMPTION FOR HOMESTEAD

YEAR 2002

VAUGHN CHERYL G

615 I ST

ALEXANDER CITY AL 35010

183330

DATE  12/12/2002

YEAR HS SIGNED  15:9

Homestead:1-REGULAR

DESCRIPTION

62-05-08-27-2-004-005.000 #0
27-23N-21E Blk:C167   Pg:19   10/12/1982  Acre:0
LT 9 & S 25' LT 10 LAUREL ST URBAN RENEWAL
AREA,
95.00X 141.00 LOT
0111 SINGLE FAMILY

| | APPRAISED VALUE | BOARD OF EQ. VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|
| | | | | 440 |
| | | | | 4160 |
| | | | | 4600 |
| | 4460 | 0 | 0 | |
| | 41660 | 0 | 0 | |
| | | Total Assd=== | | |

46120

| REAL ESTATE | TOTAL STATE TAX | HOMESTEAD EXEMPT | NET STATE EQUIP TAX | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | ASSESS FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | |
| 4600 | 29.90 | 4000 | 3.90 | 1 | 3.90 | S1 | 0.00 | A | 0.00 | 0.00 | 0.00 | 129.50 |
| 0 S | 39.10 | 2000 | 22.10 | 25A | 13.80 | S5A | 0.00 | C | 0.00 | 0.00 | 0.00 | |
| C | 20.70 | 0 | 20.70 | T | 0.00 | SV | 0.00 | D | 0.00 | 0.00 | 0.00 | |
| CW | | | | 1 | 0.00 | S1 | 0.00 | A | 0.00 | 0.00 | 0.00 | |
| | | | | 25A | 0.00 | S5A | 0.00 | C | 0.00 | 0.00 | 0.00 | |
| | | | | T | 0.00 | SV | 0.00 | D | 0.00 | 0.00 | 0.00 | |
| | | | | V | 0.00 | | 0.00 | | | | | |

CLASS  EXEMPT  MUN  DIST  ACRES
3  Y   AC  D5 0
3  Y

OATH TO BE ADMINISTERED TO A TAXPAYER

"I do solemnly swear (or affirm) to the above
list of property returned by me is a true and com-
plete return of all property made by the above
numbers listed hereon."

sworn to by _____

interest whatever, the claim of which is (herein)
or exemption from taxation, it is the property of
the said of Octobus at the present tax year is as
top one told."

Subscribed and sworn before me this 3rd

day of _____  20____

NOTARY PUBLIC  Clyde Talson    CO.

Real Estate Acquired from _____

Page Book _____  Page _____

Deed _____

Prior Year's Asd $ _____

Property Use: Residential
   Farm _____
   Busns _____
   Commercial _____
   Rental _____
   Other _____

If Property Rented, to Whom Has Exemption
on this _____                 _____

LINDA HARRIS, REVENUE COMMISSIONER
125 NORTH BROADNAX STREET
DADEVILLE, ALABAMA 36853

PHONE
256-825-7818
OR
256 825 7834

PROPERTY CLASSIFICATIONS
CLASS I PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II OTHER 20% OF MARKET VALUE
CLASS III AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES
10% OF MARKET VALUE

DISTRICT NUMBERS
1-DADEVILLE
3-HORSESHOE
7-CAMP HILL
8-DAVISTON
21-NEW SITE
23-ALEXANDER
CITY

YOUNG SHELIA CRAYTON

2326 DOBBS ROAD

ALEXANDER CITY AL 35010

YEAR 2003

YEAR HS SIGNED    09/09/2003  15:11

Homestead:1 REGULAR

| DESCRIPTION | CLASS | EXEMPT | DIST | ACRES | APPRAISED VALUE | BOARD OF EQ VALUE | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|
| 62-05-15-0-002-004.000 #0 | | | | | | 201550 | | |
| 15-23N-21E Bk:DC12  Pg:0545 05/13/1997 Acre:0 | | 3  Y | AC  05 | 0 | 15380 | | 0 | 1540 |
| LT 4 BLK B INDIAN HILLS S/D. | | | | | | | | |
| 145.00X 225.00 LOT | | | | | Total Assd===) | | 0 | 1540 |
| 62-05-15-0-002-032.000 #0 | | | | | | | | |
| 15-23N-21E Bk:DC12  Pg:0545 05/13/1997 Acre:0 | | 3  Y | AC  05 | 0 | 15080 | | 0 | 1500 |
| LT 32 BLK B INDIAN HILLS S/D. | | 3  Y | | | 130540 | | | 13060 |
| 145.00X 215.00 LOT | | | | | | | | |
| 0111 SINGLE FAMILY | | | | | Total Assd===) | | 0 | 14560 |

| | STATE TAX | | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST TAX | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ST & COUNTY TAX | | DIST | TAX | DIST | TAX | QTY | TAX | ACRES | TAX | ASSESSMENT FEE | SPECIAL FEE |
| | 78.65 | 1 | 0.00 | S1 | 241.50 | A | 0.00 | 0.00 | | | |
| | 119.85 | 25A | 48.30 | 55A | 0.00 | C | 0.00 | | | |
| | 72.45 | T | 0.00 | SV | 0.00 | D | 0.00 | | | 560.75 |
| | | V | 0.00 | 1 | 0.00 | A | | | | |
| | | 25A | 0.00 | S1 | 0.00 | C | | | | |
| | | T | 0.00 | 55A | 0.00 | D | | | | |
| | | V | 0.00 | SV | 0.00 | | | | | |

| | | STATE | COUNTY | SCHOOL | | | | |
|---|---|---|---|---|---|---|---|---|
| 0  S | | 104.65 | 4000 | 26.00 | | | | |
| C | | 136.85 | 2000 | 17.00 | | | | |
| CM | | 72.45 | 0 | 0.00 | | | | |

16100

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12/12/03_

**NAME OF PRISONER** _Corey Edwards_ **NID#** _11449_

**NAME OF JUDGE** _Taylor_

**NAME OF CALLER/PROVIDER** _Libby_

**COURT ACTION/REMARKS:**
_Bond lowered to $125,000_

_____

_____

_____

_____

_____

_____

_____          _S. Jones_

**BOOKING OFFICER**                **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

**DATE** _12-11-03_

**NAME OF PRISONER** _Edwards Cory_ **NID#** _____

**NAME OF JUDGE** _Taylor_

**NAME OF CALLER/PROVIDER** _Libby_

**COURT ACTION/REMARKS:**

_Reduce Bond to $200,000.00_

_____

_____

_____

_____

**BOOKING OFFICER**                    **COMPLETING FORM**

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without a warrant or arrest report. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE _12-10-03_

**NAME OF PRISONER** _Corey Edwards_    **NID#** _____

**NAME OF JUDGE** _Taylor_

**NAME OF CALLER/PROVIDER** _Libby_

**COURT ACTION/REMARKS:**

_Bond is reinstated   new charges 250,000_

_____

_Woolton_

**BOOKING OFFICER**                **COMPLETING FORM**

```
BBX.01:28 11/21/2003 007854        file
AM.ALAST0049.AL0620000.


xxxxxxxxxxxx STATE ABI SEARCH RESULT AND RAP SHEET xxxxxxxxxxxx
TCN:1030301380
NAME:EDWARDS,COREY E
SOC:████████
ABI RESULT: IDENT
SID:AL01294017


TCN: 1030301380
SID: AL01294017


*11/21/2003 01:28   ALAST0049                    PAGE NO: 1      *
*ATN/TCN1030301380                                               *
*OPR/AFIS                                                        *
*FOLLOWING RESPONSE IS TO YOUR INQUIRY ON SID AL01294017         *
******************* NOTICE  AND  WARNING **********************
*        THIS RECORD IS CONFIDENTIAL AND RESTRICTED             *
*        FOR USE BY CRIMINAL JUSTICE AGENCIES ONLY.             *
*        THIS IS NOT THE PUBLIC RECORD OF THE EVENTS            *
*        DEPICTED AND DISSEMINATION IN VIOLATION OF             *
*        THIS RESTRICTION WILL SUBJECT THE OFFENDER             *
*        TO ALL APPLICABLE FEDERAL AND STATE CRIMINAL           *
*        PENALTIES. THIS DOCUMENT MUST BE SECURED AND           *
*        DESTROYED BY BURNING OR SHREDDING WHEN NO              *
*        LONGER NEEDED.                                          *
*****************************************************************
*-ALABAMA CRIMINAL HISTORY-        REPORT DATE: 11/21/2003       *
*LAST  NAME    FIRST    M   STATE ID NO.  FBI ID NO.             *
*EDWARDS       COREY     E  AL-01294017  753564TA9              *
*SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR POB                 *
*M   B   ████████    6-03   218   BRO  BLK  ALABAMA             *
*SOCIAL SECURITY                                                 *
*████████████                                                   *
*SCARS-MARKS-TATTOOS: TAT CHEST                                  *
*LAST  ALIAS    FIRST     M  LAST  ALIAS    FIRST       M       *
*EDWARDS        CORY      D  EDWARDS        CORY        E       *
*FILE NUMBER  BIRTH DATES  SOCIAL SECURITY  OCCUPATION          *
*01294017                                   LABORER              *
*****************************************************************
*ARREST-01    08/17/1993                                        *
*  AGENCY-COOSA CO SHERIFFS DEPT      ORI(AL0220000)            *
*   LOCAL CASE # 9308042          NAME USED-EDWARDS,COREY E     *
*   --------------------------------------------------------    *
*   CHARGE 01 : ASSLT-2ND DEG                                   *
*     DISP-CONVICTED              DATE OF DISP-06/27/94         *
*      OFFENSE - ASSLT-2ND DEG                                  *
*****************************************************************
*ARREST-02    07/02/1995                                        *
*  AGENCY-ALEXANDER CITY POLICE DEPT ORI(AL0620100)            *
*   LOCAL CASE # 95060514         NAME USED-EDWARDS,CORY E      *
*   --------------------------------------------------------    *
*   CHARGE 01 : ARREST & DISP BASED ON R84!!-                  *
*     DISP-ACQUITTED              DATE OF DISP-07/13/95         *
*      OFFENSE - ASSLT-3RD DEG                                  *
*****************************************************************
*ARREST-03    12/20/1997                                        *
*  AGENCY-COOSA CO SHERIFFS DEPT      ORI(AL0220000)            *
*   LOCAL CASE # 9712053          NAME USED-EDWARDS,COREY E     *
```

```
*  -------------------------------------------------------- --  *
*    CHARGE 01 : ASSLT-3RD DEG                                  *
*              AOC COURT # 22CC9400003100                       *
*************************************************************** *
*ARREST-04    05/21/1998                                        *
*  AGENCY-ALEXANDER CITY POLICE DEPT ORI(AL0620100)             *
*    LOCAL CASE #               NAME USED-EDWARDS,CORY D         *
*  -------------------------------------------------------       *
*    CHARGE 01 : ASSLT-3RD DEG                                  *
```

SEQ # 0007 MRI # 007817
```
*11/21/2003 01:28   ALAST0049              PAGE NO: 2      *
*ATN/TCN1030301380                                            *
*OPR/AFIS                                                     *
*************************************************************** *
*ARREST-05    06/04/1998                                        *
*  AGENCY-COOSA CO SHERIFFS DEPT     ORI(AL0220000)             *
*    LOCAL CASE #               NAME USED-EDWARDS,COREY E        *
*  --------------------------------------------------------      *
*    CHARGE 01 : DAMAGE PROP-CRIMINAL MISCHIEF 3RD DEG          *
*              AOC COURT # 22DC9800029400                       *
*    # DISP-DISMISSED               DATE OF DISP-07/15/98       *
*       OFFENSE - DAMAGE PROP-CRIMINAL MISCHIEF 3RD DEG         *
*************************************************************** *
*ARREST-06    01/12/2000                                        *
*  AGENCY-ALEXANDER CITY POLICE DEPT ORI(AL0620100)             *
*    LOCAL CASE #               NAME USED-EDWARDS,CORY E         *
*  --------------------------------------------------------      *
*    CHARGE 01 : DANGEROUS DRUGS-POSS OF CONT SUBST            *
*  --------------------------------------------------------      *
*    CHARGE 02 : MARIJUANA POSSESS-                            *
*************************************************************** *
*ARREST-07    02/17/2000                                        *
*  AGENCY-ALEXANDER CITY POLICE DEPT ORI(AL0620100)             *
*    LOCAL CASE #               NAME USED-EDWARDS,CORY E         *
*  --------------------------------------------------------      *
*    CHARGE 01 : RESISTING OFFICER-                            *
*TOTAL NUMBER OF ARRESTS- 7                                    *
*RECORD UPDATED 11/20/03                                       *
*ALL ALABAMA ARRESTS RECEIVED BY ACJIC ARE INCLUDED            *
*IN THIS REPORT. WHEN EXPLANATION OF A CHARGE OR               *
*DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH              *
*THE ARRESTING AGENCY THAT FURNISHED THE DATA.                 *
*RECORD IS CONFIDENTIAL AND INTENDED FOR USE                   *
*BY CRIMINAL JUSTICE AGENCIES ONLY.                            *
*RECORD CONTAINS A FELONY CONVICTION(S).                       *
*ATN/TCN1030301380                                             *
*OPR/AFIS                                                      *
*LAST PAGE ON SID AL01294017                                   *
```

SEQ # 0009 MRI # 007819

SEQ # 0007 MRI # 007854


BBX.01:47 11/21/2003 009331
AM.ALAST0049.AL0620000.

# TALLAPOOSA COUNTY JAIL

# COURT ACTION AUTHENTICATION

**This form is to be completed by the transporting officer anytime an inmate makes a court appearance. Correctional Officers will complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.**

DATE ___11/21/03___

NAME OF PRISONER ___Corey Edwards___ NID# ___11449___

NAME OF JUDGE ___Taylor___

NAME OF CALLER/PROVIDER ___Libby___

COURT ACTION/REMARKS:

___Revoke Bond___

___Poss Cont Subs    $10,000___

___Poss Mari, 1st    $5,000___     ___All Bonds Revoked___

___Poss Drug Paraph    $1000___    ___By Judge Taylor___

___Poss Cont Subs    $10,000___    ___11-21-03___

BOOKING OFFICER _____

COMPLETING FORM ___S. Jones___

# Summary

**COREY EDWARDS**
**ID #: 11449**
**Type: Names (Mug Shot)**

 

11/21/2003            11/21/2003

```
    names    xNames Table              xSpillman 5.3xMailxKeyx Rec   1
   Name Number:      11449                        Confined
   Last: EDWARDS            Fst: COREY        Mid: EFFENTIS
   Addr: ████████████              Prev: ████████████████D
   City: A██████████    ST: AL   Zip: █████     ████████████ , AL █████
   Deceased:   /  /      Alias For:
   Personal Identification
   DL Numbr: ███████████     Name Typ: INDIV      SSN: ███████████
   DL State: AL   Class: _____ _   Image: PHO    Local ID: LID 11449              _
   Home Tel: ████████████              State ID: AL01294017
   Work Tel: (   )  -              FBI Number: 753564TA9
   Physical Description
      DOB: ███████████ 28yrs   Eyes: BRO  Brown      Cmplxn: LBR  Light Brown
     Race: B Black          Glasses: N  No Glasses>  Speech: SDRL Southern Drawl
      Sex: M Male             Hair: BLK  Black        Teeth: STR  Straight
   Height: 6'03"  191cm      Hstyle: BRD  Braided     Build: SLDR Slender
   Weight: 218lbs  99kg       Beard: G  Goatee       Ethnic: AFR  African Ameri>
   Traits                      SMT: TAT R BRST TATT/RT/BREA (THEE)             _
   MO:                                                                        _
   Alert Codes: _____ _____ _____ _____ _____ _____ _____ ____ ___
      Comments: PISTOL PERMIT APPLICATION ON 08-01-02 AH DENIED              .
   Premis: _   Xtra: &   Visited Inmates: _   Had Visitors: _   Merge: _____
    Jadd Jres Jtbl Srch Add Mod Prt View List Totl Fwd Back Clr Invl Exit Run >
   Search for specific records
```

# AL..3AMA UNIFORM ARREST REPOR`

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | TALLAPOOSA COUNTY SHERIFF'S DEPARTMENT | 0 3 1 1 0 0 2 2 9 | C |

5 LAST, FIRST, MIDDLE NAME: **Edwards, Cory Effentis**  
6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☐1 W ☒2 B ☐3 A ☐4 I | 603 | 218 | Bro | Blk | | | ☐1 SCARS | ☐2 MARKS | ☐3 TATTOOS ☐4 AMPUTATIONS |

5 PLACE OF BIRTH (CITY, COUNTY, STATE): **TALLAPOOSA COUNTY , AL**  
15 SSN: ██████  17 DATE OF BIRTH: ██████  18 Age: 27  19 MISCELLANEOUS ID #

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|

24 FBI #   HENRY CLASS / NCIC CLASS   25 IDENTIFICATION COMMENTS

| 26 ☒ RESIDENT ☐ NON—RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) ██████ | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) N/A |
|---|---|---|---|

30 EMPLOYER (NAME OF COMPANY/SCHOOL): **UNEMPLOYED**  
31 BUSINESS ADDRESS ( STREET, CITY, STATE)  
32 BUSINESS PHONE

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) ██████ | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☒ YES ☐ NO ☒ IN STATE ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☐ DRINKING | ☐ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐YES ☒ NO | 38 Injuries? ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 4 OTHER FIREARM ☐ 2 RIFLE ☐ 5 OTHER WEAPON ☐ 3 SHOTGUN |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 1 1 2 0 0 3 1923 | ☐1. AM ☒3. MIL ☐2. PM | S M T W ☒F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| TRAFFICKING (COCAINE) | 3599 | Possession of Drug Paraphernalia | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-12-230 | | M D Y | 13A-12-260 | | M D Y |

| 56 CHARGE—3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| Possession of Marijuana 2nd | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-12-214 | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | | | | 79 IMPOUNDED? ☐YES ☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED     ☐ CONTINUED IN NARRATIVE

## JUVENILE

| 82 JUVENILE DISPOSITION | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y ☐1. AM ☐3. MIL ☐2. PM | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE / STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 11 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID# | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| McAlister 047 / Turner | 214 | Easterwood 234/ Armour 433/ McKelvey 801 | | | |

TYPE OR PRINT IN BLACK INK ONLY     AC..IIC_ 34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST<br>1 1 2 0 0 3  1923 | ☐ AM<br>☐ PM<br>☒ MIL | 118 CASE #<br>0 3 1 1 0 0 2 2 9 | 119 SFX |
|---|---|---|---|---|

120 ADDITIONAL ARREST INFORMATION

Mr. Edwards was found to be in possession of cocaine weighing over 28 grams and approximately 28 grams of marijuana during the execution of a search warrant on S Place in Alexander City. He was also found to be in possession of baggies and scales used to package narcotics. He was transported to the county jail without incident.

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY

# EASTERN BAIL BONDING INC.

Edward Meadows
Office: (256) 363-2227
Toll Free: 1-866-266-3247

Nᵒ ̲ ̲ 1242

1817 Co. Rd. 134
Newell, AL 36207

Know all by these presents, that Eastern Bail Bonding, Inc. a company duly organized and existing under the laws of the state of Alabama has constituted and appointed, and does hereby constitute and appoint.

Its true and lawful attorney-in-fact with, full power and authority to sign the company's name and deliver on its behalf as surety Any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of the said company at its home office in their proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

Eastern Bail Bonding is compliant with Alabama State Laws rule section 7.1 of the Rules of Criminal Procedures, which provides for a $25,000 corporate surety or escrow for each county, or to the State of Alabama.

(SEAL: EASTERN BAIL BONDING, INC. CORPORATE SEAL ALABAMA)

_Edward Meadows_
PRESIDENT

Date _may 24_ Bond amount $ _2,000_
(released from jail)

Defendant _Tobias Edwards_

Address _163 Sims Rd._
_Tallapoosa_

Agent _Edward Meadows_

Charges _Poss. Marijuana, Subst. Poss, Firearm 1st poss_

Court Date _March 11 03_ Time _9:00_ City _Tallapoosa_

County _Tallapoosa_

SURRENDER AND ARREST OF PRINCIPAL BY BONDSMAN

TAYLOR vs TAINTOR     U.S. SUPREME COURT
83 US 366    CONN 1873

If more than one charge, the bond stamped and one power of attorney for all charges will be sufficient. This power does not authorize execution of bonds of ne exeat or any guarantee for failure to provide payments of alimony support of wage law claims.

Sureties may personally or through an agent, arrest the offender to surrender him, and they may pursue him to another state, arrest him on 5/mday, break and enter his house for that purpose and the seizure is not made by virtue of new process.

**The Defense is Responsible for all Court Cost and Attorney Fee**

| State of Alabama<br>Unified Judicial System<br><br>Form CR-11    Rev. 8/98 | **APPEARANCE BOND** | **Case Number** |
| --- | --- | --- |

IN THE _____ COURT OF _____, ALABAMA
<span style="text-align:center">(Circuit, District or Municipal)</span>                                       (Name of County or Municipality)

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF ___ v. _____,
**Defendant**

I, _____ (Defendant), as principal,
and I (we), _____
(please print)
_____, as surety(ies), agree
to pay the ☐ State of Alabama ☐ the above-named municipality the sum of $ _____ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on _____ (date) at _____ .m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of _____, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant | | | | (L.S.) |
| --- | --- | --- | --- | --- |
| Address (print) | City | | State | Zip |
| Signature of Surety (L.S.) | | Signature of Surety | | (L.S.) |
| Social Security Number | Telephone Number | Social Security Number | | Telephone Number |
| Address (print) City State Zip | | Address (print) | City State | Zip |
| Signature of Surety (L.S.) | | Signature of Surety | | (L.S.) |
| Social Security Number | Telephone Number | Social Security Number | | Telephone Number |
| Address (print) City State Zip | | Address (print) | City State | Zip |

Approved by: Judge/Magistrate/Any Law Enforcement Officer

Date _____    By: _____

| Defendant's Information | | | | |
| --- | --- | --- | --- | --- |
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| Driver's License Number    State | Telephone Number | | | Employer's Telephone Number |

☐ Property Bond    ☐ Professional Surety/Bail Company Bond    ☐ Cash Bond

**COURT RECORD:** Original    **DEFENDANT:** Copy    **SURETY:** Copy

| State of Alabama<br>Unified Judicial System<br><br>Form CR-11      Rev. 8/98 | **APPEARANCE BOND** | Case Number |
| --- | --- | --- |

IN THE _____District_____ COURT OF _____Tallapoosa_____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☐ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** v. ___Edwards    Cory___
_____
**Defendant**

I, ___Cory    Edwards___ (Defendant), as principal,
and I (we), ___Surites___
(please print)

_____, as surety(ies), agree
to pay the ☐ State of Alabama ☐ the above-named municipality the sum of $ _15,000_ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on ___March 11 2003___ (date) at _9:00 a_.m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of ___Possession  of  Marijuana  1st___, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.    *Alexander City*

| Signature of Defendant | | | (L.S.) |
| --- | --- | --- | --- |
| Address (print) _1424 Jones Road_ | City _Alex City_ | State _AL_ | Zip _35010_ |

| Signature of Surety (L.S.) | Signature of Surety (L.S.) |
| --- | --- |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City | State | Zip | Address (print) | City | State | Zip |
| Signature of Surety (L.S.) | Signature of Surety (L.S.) |
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City | State | Zip | Address (print) | City | State | Zip |

Approved by: Judge/Magistrate/Any Law Enforcement Officer

Date _1-24-03_                        By: _____

| **Defendant's Information** | | | | |
| --- | --- | --- | --- | --- |
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| Driver's License Number    State | Telephone Number | | | Employer's Telephone Number |

☐ **Property Bond**        ☐ **Professional Surety/Bail Company Bond**        ☐ **Cash Bond**

**COURT RECORD:** Original        **DEFENDANT:** Copy        **SURETY:** Copy

| State of Alabama<br>Unified Judicial System<br><br>Form CR-11     Rev. 8/98 | **APPEARANCE BOND** | Case Number |
|---|---|---|

IN THE ___*District*___ COURT OF ___*Tallapoosa*___, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☐ STATE OF ALABAMA
☐ MUNICIPALITY OF ___ v. ___*Edwards Cory*___
_____
**Defendant**

I, ___*Cory Edwards*___ (Defendant), as principal,
and I (we), ___*Sureties*___
(please print)

_____, as surety(ies), agree
to pay the ☐ State of Alabama ☐ the above-named municipality the sum of $ _*1,000.00*_ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on ___*March 11 2003*___ (date) at _*9:00*_ _*A*_.m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of ___*Possession of Drug Paraphernalia*___, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.     Alexander City

| Signature of Defendant | | | (L.S.) |
|---|---|---|---|
| Address (print) | City | State *AL* | Zip |
| Signature of Surety                          (L.S.) | Signature of Surety                          (L.S.) |
| Social Security Number      Telephone Number | Social Security Number      Telephone Number |
| Address (print)     City     State     Zip | Address (print)     City     State     Zip |
| Signature of Surety                          (L.S.) | Signature of Surety                          (L.S.) |
| Social Security Number      Telephone Number | Social Security Number      Telephone Number |
| Address (print)     City     State     Zip | Address (print)     City     State     Zip |

Approved by: Judge/Magistrate/Any Law Enforcement Officer
_____
Date                                                    By:

| **Defendant's Information** | | | |
|---|---|---|---|
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| Driver's License Number     State | Telephone Number | | Employer's Telephone Number |

☐ Property Bond     ☐ Professional Surety/Bail Company Bond     ☐ Cash Bond

**COURT RECORD:** Original     **DEFENDANT:** Copy     **SURETY:** Copy

| State of Alabama<br>Unified Judicial System<br>Form CR-11     Rev. 8/98 | **APPEARANCE BOND** | Case Number |
|---|---|---|

IN THE _____*District*_____ COURT OF _____*Tallapoosa*_____, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☐ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF**   v. _____*Cedric Edwards*_____
**Defendant**

I, _____*Cedric Edwards*_____ (Defendant), as principal,
and I (we), _____
(please print)

_____, as surety(ies), agree
to pay the ☐ State of Alabama ☐ the above-named municipality the sum of $ *10,000.00* (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on *March 11, 2003* (date) at *9:00 a* .m. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by to answer to the charge of *Unlawful Possession of Controlled Substance*, or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.     *Alexander City*

| Signature of Defendant     *Cedric Edwards*          (L.S.) |||||
|---|---|---|---|---|
| Address (print) | City | | State *AL* | Zip |
| Signature of Surety          (L.S.) || Signature of Surety          (L.S.) ||
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print)     City     State     Zip || Address (print)     City     State     Zip ||
| Signature of Surety          (L.S.) || Signature of Surety          (L.S.) ||
| Social Security Number | Telephone Number | Social Security Number | Telephone Number |
| Address (print)     City     State     Zip || Address (print)     City     State     Zip ||

Approved by: Judge/Magistrate/Any Law Enforcement Officer

Date _____     By: _____

| **Defendant's Information** ||||
|---|---|---|---|
| Date of Birth | Sex *M* | Height | Weight | Employer |
| Social Security Number | Race *B* | Hair *Blk* | Eyes *Brn* | Employer's Address |
| Driver's License Number     State | Telephone Number || Employer's Telephone Number |

☐ Property Bond          ☐ Professional Surety/Bail Company Bond          ☐ Cash Bond

**COURT RECORD:** Original          **DEFENDANT:** Copy          **SURETY:** Copy

# AL/ \MA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☐ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | Tallapoosa County Sheriff Department | 0 3 0 1 0 0 3 6 0 | |

**5 LAST, FIRST, MIDDLE NAME:** Edwards, Cory Effentis
**6 ALIAS AKA**

| 7 SEX ☒M ☐F | 8 RACE ☐1 W ☒2 B | 9 HGT. 6-3 | 10 WGT. 218 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|

☐ 3 A ☐ 4 I

☐ 1 SCARS   ☐ 2 MARKS   ☐ 3 TATTOOS   ☐ 4 AMPUTATIONS

**15 PLACE OF BIRTH (CITY, COUNTY, STATE):** Tallapoosa County
**16 SSN:** - -
**17 DATE OF BIRTH**
**18 Age:** 27
**19 MISCELLANEOUS ID #**

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # | 23 ST AL |
|---|---|---|---|

HENRY CLASS
NCIC CLASS

| 24 FBI # | 25 IDENTIFICATION COMMENTS |
|---|---|

| 26 ☒ RESIDENT  ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) N/A | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☒ IN STATE  ☐ OUT STATE AGENCY ☒ YES  ☐ NO |
|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK DRINKING | ☒ SOBER | ☐ DRUGS | 37 RESIST ARREST? ☐YES ☒NO | 38 Injuries? ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN | ☐4 OTHER FIREARM ☐5 OTHER WEAPON |
|---|---|---|---|---|---|---|---|---|

| 41 DATE OF ARREST 0 1 2 4 0 3 2005 | 42 TIME OF ARREST ☐1. AM ☐2. PM ☐3. MIL | 43 DAY OF ARREST S M T W T☒ X S | 44 TYPE ARREST ☒ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☒YES ☐NO ☐UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☒ FEL ☐ MISD Unlawful Possession of Controlled Substance | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD Unlawful Possession of Controlled Substance | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-12-212 | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE 13A-12-212 | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☒ FEL ☐ MISD Possession of Marijuana 1st | 57 UCR CODE | 58 CHARGE—3 ☐ FEL ☒ MISD Possession of Drug Paraphernalia | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE 13A-12-213 | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE 13A-12-260 | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED | ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) Shawanna Kelly b/f 1-13-77 SSN#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 |
|---|---|---|---|

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

## vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | 79 IMPOUNDED? ☐YES☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

## JUVENILE

☐ CONTINUED IN NARRATIVE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y | ☐1. AM ☐3. MIL ☐1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 95 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M) Mcalister, Josh | 112 ID # 047 | 113 ARRESTING OFFICER (LAST, FIRST, M) White,Turner Armour & McKelvey | 114 ID # 036 | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

OFFICER'S WOR~   ~ODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 0 1 2 4 0 3 | 2005 | ☐ AM ☐ PM ☒ MIL | 118 CASE # 0 3 0 1 0 0 3 6 0 | 119 SFX I |
|---|---|---|---|---|---|

120 ADDITIONAL ARREST INFORMATION    On the above date and time the Narcotics Task Force executed a search warrant at 1634 Jones Road which is the residence of Edwards. Edwards was arrested for the narcotics on the reverse side of this report. He was transported to the county jail without incident.

NARRATIVE

TALLAPOOSA COUNTY SHERIFF
## RECEIPT FOR PROPERTY AND TRANSMITTAL FORM

| | | CASE NUMBER |
|---|---|---|
| | | 030100360 |

| NAME OF VICTIM, SUSPECT, BUSINESS | ADDRESS |
|---|---|
| COREY EDWARDS | |

**LOCATION WHERE PROPERTY FOUND/RECEIVED**

| PURPOSE FOR WHICH OBTAINED | PROPERTY RECEIPT NO. |
|---|---|
| | |

TYPE OF EXAMINATION REQUIRED (For Lab Use Only)

( ) Laten Prints   ( ) Firearms   ( ) Chemical   ( ) - (specify)

| Item No | Quantity | DESCRIPTION OF ARTICLES (Include model, serial number, identifying marks) |
|---|---|---|
| | | SEE ATTACHED COPY |

## CHAIN OF CUSTODY

| Item No. | Time/ Date | Relinquished By | Received By | Purpose Of Change Of Custody |
|---|---|---|---|---|
| 1-17 | 6/6/01 | Print Name COREY EDWARDS  Signature | Print Name Sgt. Twanna  Signature | EVIDENCE |
| | | Print Name  Signature | Print Name  Signature | |
| | | Print Name  Signature | Print Name  Signature | |

SEA___ H WARRANT INVENTORY LIST

OFFICER IN CHARGE  M. Alister, J          DEPT: Tallapoosa County Narcotics Task Force
OFFICER RECORDING  M. Alister, J          DEPT: Tallapoosa County Narcotics Task Force
WARRANT SERVED @  ~~xxxxxxxxxxxxxxxxxxxx~~

OFFICERS PRESENT  M. Alister, Josh          Easterwood, James
                  Turner, Jay              McKelvey, John
                  Armour, D. / White, Fred   McCain, Eric
CASE NO. 0301003 60
DATE SEARCHED  01-24-03     TIME SEARCHED  2000     TIME EXITED  2145
DATE EXITED  01-24-03       TIME AND DATE FILED TO CLERK _____

| ITEM NUMBER | ITEM SEIZED | LOCATION OF SEIZED ITEM | TIME | OFFICER |
|---|---|---|---|---|
| 1 | 1 Black Bag powder Cocaine | Front left jacket pocket | 20:01 | Armour |
| 2 | ½ Blue pill | Right jacket pocket | 20:01 | Armour |
| 3 | $581.00 cash, I.D., Baggies, Keys | Right Front jeans pocket | 20:01 | Armour |
| 4 | 1 Blue pill | top Dresser drawer | 20:10 | McKelvey |
| 5 | 1 Bag of marijuana | Corner of Bedroom | 20:15 | Turner |
| 6 | Blunt, paper roller | Dresser | 20:23 | McKelvey |
| 7 | Davis 38 special Derringer Ser. 0019018 | 2nd Drawer of Dresser | 20:24 | Turner |
| 8 | Insurance Policy | Door Frame of Bedroom | 20:26 | Turner |
| 9 | Shoebox w/ Misc Paperwork | Den - computer Room / table | 20:33 | M. Alister |
| 10 | Shoe Box w/ Scales & Baggies | Den / Floor Behind couch | 20:35 | McKelvey |
| 11 | Marijuana seeds & Baggies | Kitchen table | 20:42 | Armour |
| 12 | Cell phone | Kitchen table | 20:42 | Armour |
| 13 | Scales | Vent Tray of Dryer in Kitchen | 20:45 | Easterwood |
| 14 | Bullets | in Dresser Drawers | 20:46 | McKelvey |
| 15 | Baggies, phone w/ charger | Kitchen table | 20:51 | Easterwood |
| 16 | Paperwork, Baggies, pipe | under Kitchen cabinet | 21:00 | McCain |
| 17 | 1 shotgun shell | on top of refrigerator in Kitchen | 21:08 | McAlister |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Summary

01/25/2003 12:27:33 AM

Pictural ink for Windows

**COREY EDWARDS**
**ID #: 11449**
**Type: Names (Mug Shot)**

 

01/25/2003                    01/25/2003

```
   names    xNames Table              xSpillman 5.2x    xKeyx Rec   1
Name Number:      11449                            Confined
Last: EDWARDS                 Fst: COREY           Mid: EFFENTIS
Addr: ▓▓▓▓▓▓▓▓▓▓▓▓                      Prev: ▓▓▓▓▓▓▓▓▓
City: ▓▓▓▓▓▓▓▓▓▓    St: AL  Zip: ▓▓▓▓▓      ▓▓▓▓▓▓▓▓▓▓▓▓, AL ▓▓▓▓▓
Deceased:   / /      Alias For:
Personal Identification
DL Numbr: ▓▓▓▓▓▓▓          Name Typ: INDIV      SSN: ▓▓▓▓▓▓▓▓▓▓▓
DL State: AL   Class: _____ _   Image: PHO _   Local ID: LID 11449
Home Tel: ▓▓▓▓▓▓▓▓▓▓▓▓▓          State ID: AL01294017            _
Work Tel: (   )   -             FBI Number: 753564TA9
Physical Description
   DOB: ▓▓▓▓▓▓▓▓27yrs  Eyes: BRO  Brown        Cmplxn: LBR  Light Brown
  Race: B Black       Glasses: N  No Glasses>  Speech: SDRL Southern Drawl
   Sex: M Male           Hair: BLK Black        Teeth: STR  Straight
Height: 6'03"  191cm    Hstyle: BRD Braided     Build: SLDR Slender
Weight: 218lbs  99kg     Beard: G   Goatee     Ethnic: AFR  African Ameri>
Traits                    SMT: TAT R BRST TATT/RT/BREA (THEE)           _
MO: _____ _____ _____ _____ ____ ____ _
Alert Codes: ____ ____ ____ ____ ____ _____ ____ ____ ____ ____ ____ _
  Comments: _____ _
Premis: _   Xtra: &   Visited Inmates: _   Had Visitors: _   Merge: _____ _
   Jadd Jres Jtbl Srch Add Mod Prt View List Totl Fwd Back Clr Invl Exit Run >
Search for specific records
```

1377

**Edward Meadows**
Office: (256) 363-2227

ORIGINAL
Power of Attorney
EASTERN BAIL BONDING, INC.

1817 Co. Rd. 134
Newell, AL 36270

Know all by these presents, that Eastern Bail Bonding, Inc. a company duly organized and existing under the laws of the state of Alabama has constituted and appointed, and does hereby constitute and appoint.

Agent _____

Its true and lawful attorney-in-fact with, full power and authority to sign the company's name and deliver on its behalf as surety. Any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of the said company at its home office in their proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in me premises by virtue of these presents.

This power of attorney is void if altered or erased. The obligation of the company shall not exceed the sum of two hundred & fifty thousand (250,000.00) dollars and may be for recognizance of bail bonds only, but including peace bond.

Date _____
(released from jail)

Bond amount $ _____5 0 0 0_____

Offense _____Poss mj_____   Court _____District_____   City _____Alex City_____

Date to appear in court _____Ap_l 18  01_____

Defendant _____Corey Edwards_____

Address _____███████████████_____

Agent _____R. O. Wyatt_____   Date _____Fb 15 01_____

EASTERN BAIL BONDING, INC.
CORPORATE
SEAL
ALABAMA

_Edward Meadows_
PRESIDENT

Separate power-of-attorney must be attached to each bond and remain a permanent part of the courts record in order for Eastern Bail Bonding, Inc. to be liable. This power does not authorize execution of bonds of ne exeat or any guarantee for failure to provide payments of alimony support of wage law claims.

WHITE - JAIL          YELLOW - REMAINS IN BOOK

| State of Alabama<br>Unified Judicial System | **CONSOLIDATED APPEARANCE BOND** | Case Number |
|---|---|---|
| Form CR-10     Rev. 8/98 | (District Court, Grand Jury, Circuit Court) | |

IN THE _____*District*_____ COURT OF _____*Tallapoosa*_____, ALABAMA
                (Circuit or District)                              (Name of County)

STATE OF ALABAMA   v.   _____*Edward Corey*_____
                                                **Defendant**

I, _____*Corey Edward*_____ (Defendant), as principal,
and I (we), _____

(Please print)

_____*Sureties*_____, as surety(ies), agree
to pay the State of Alabama the sum of $ *3000.00* and such costs as authorized by law unless the above-named defendant appears before the district court of the county on *April 18, 2004* (date) at *9:00* __.M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of *less of marijuana 1* _____, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.          **Alexander City**

| Signature of Defendant | | | (L.S.) |
|---|---|---|---|
| Address (print) | City | State | Zip |

| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
|---|---|
| Social Security Number          Telephone Number | Social Security Number          Telephone Number |
| Address (print)     City     State     Zip | Address (print)     City     State     Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number          Telephone Number | Social Security Number          Telephone Number |
| Address (print)     City     State     Zip | Address (print)     City     State     Zip |

Approved by: Judge/Magistrate/Sheriff _____

Date _____          By: Deputy Sheriff _____

| **Defendant's Information** | | | | |
|---|---|---|---|---|
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race     F/A | Hair     Blk | Eyes     Bro | Employer's Address |
| Driver's License Number     State     ( AL ) | Telephone Number | | | Employer's Telephone Number |

COURT RECORD:  Original          DEFENDANT:  Copy          SURETY:  Copy

# Summary

02/15/2001 08:40:39 PM
Picture Link for Windows

**COREY EDWARDS**
**ID #: 11449**
**Type: Names (Mug Shot)**

 

02/15/2001            02/15/2001

```
    names      xNames Table             xSpillman 5.0x    xKeyx Rec   1
 Name Number:      11449                              Confined
 Last: EDWARDS              Fst: COREY          Mid: EFFENTIS
 Addr: ████████████                      Prev: _____
 City: ███████████████   St: AL  Zip: ██████  ____  _____
 Deceased:  /  /     Alias For:              _____,  __  __
 Personal Identification
 DL Numbr: ████████        Name Typ: INDIV      SSN: ███-██-████
 DL State: AL  Class: ____      Image: PHO  __  Local ID: LID 11449
 Home Tel: ████████████55               State ID: AL01294017         __
 Work Tel: (   )  -                     FBI Number: 753564TA9
 Physical Description
   DOB: ██-██-████5  25yrs  Eyes: BRO  Brown    Cmplxn: LBR  Light Brown
   Race: B Black         Glasses: N  No Glasses> Speech: SDRL Southern Drawl
    Sex: M Male            Hair: BLK  Black       Teeth: STR  Straight
 Height: 6'03"  191cm     Hstyle: BRD  Braided    Build: SLDR Slender
 Weight: 218lbs  99kg      Beard: G  Goatee      Ethnic: AFR  African Ameri>
 Traits                     SMT: TAT R BRST TATT/RT/BREA (THEE)
 MO: _____ _____ _____ _____ _____  __
 Alert Codes: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____  __
 ' Comments: _____
       Premis: _   Xtra: &   Visited Inmates: _   Had Visitors: _
   Jadd Jres Jtbl Srch Add Mod Prt View List Totl Fwd Back Clr Invl Exit Run >
 Return to previous screen
```

# ALABAMA UNIFORM ARREST REPORT

| | Fingerprinted | R84 Completed |
|---|---|---|
| | ☐1 Yes | ☐1 Yes |
| | ☒2 No | ☒2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 9 0 | Tallapoosa County Sheriff Department | 0 1 0 2 9 0 1 5 4 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Edwards Cory | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | |
|---|---|---|---|---|---|---|---|---|
| ☒1 M ☐2 F | ☒1 W ☐2 B ☐3 A | 602 | 200 | Bro | Blk | | ☐1 SCARS ☐2 MARKS ☐3 TATOOS ☐4 AMPUTATIONS | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| ~~AL~~ | ~~~~ | ~~~~ | 25 | |

| 20 | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | | | | | | | |

| 26 ☐1 RESIDENT ☒2 NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| Ann St Alex City Al 35010 | | ☐1 IN STATE ☐2 OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐1 DRUNK ☒2 SOBER ☐3 DRINKING ☐4 DRUGS | ☐1 YES ☒2 NO | ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | ☐1 Y ☒2 N | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 2 1 9 5 0 1 | 15 09 ☐1 AM ☒2 PM ☐3 MIL | S M T ☒W T F S | ☒1 ON VIEW ☐2 CALL ☐3 WARRANT | ☒1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE—1 ☐1 FEL ☒2 MISD | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☒2 MISD | 49 UCR CODE |
|---|---|---|---|
| Possession Marijuana 1 st | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-12-213 | | | | | |

| 56 CHARGE—3 ☐1 FEL ☒2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☒2 MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒1 HELD ☐4 TOT—LE ☐2 BAIL ☐5 OTHER ☐3 RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☐2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | |
|---|---|
| | LOCAL USE |
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| White F | 036 | Williams R | 046 | | |

**TYPE OR PRINT IN BLACK INK ONLY**    ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST
NARRATIVE CONTINUED**

117 DATE AND TIME OF ARREST  0 2 1 5 0 1  15:09  AM PM MIL  118 CASE #  0 1 0 2 0 0 1 5 4  119 SFX

120 ADDITIONAL ARREST INFORMATION

On 02-15-01 Cory Edward was inside a vehicle in which an arrest was made. After a search incidental to arrest a plastic bag containing marijuana was found inside the vehicle Mr. Edwards was arrested an transported to the Tallapoosa County Jail.

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☐ INCIDENT  ☒ OFFENSE<br>3 ☐ SUPPLEMENT | 2 CASE #  0,1,0,2,0,0,1,5,3 | 3 SFX |
|---|---|---|---|---|

| 4 ORI #  0,6,2,0,0,0,0 | 5 DATE AND TIME OF THIS REPORT  0 2 / 1 5 / 0 1  15:09 ☐AM ☒PM ☐MIL | 6 AGENCY NAME  TALLAPOOSA COUNTY SHERIFF'S DEPARTMENT | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE  M  D  Y |
|---|---|---|---|

**4 REPORTED BY** TASK FORCE  VICTIM OR

| 8 ADDRESS (STREET, CITY, STATE, ZIP)  P.O. BOX 943 ALEXANDER CITY, AL. | 10 PHONE  (256)329-5176 |
|---|---|

| 12 VICTIM (LAST, FIRST, MIDDLE NAME)  STATE | 1 P  2 B  3 S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|

**11 VICTIMS MULT / LE OFFICERS** ☐

| 19 ☐ RESIDENT ☒ NON-RESIDENT | 20 INJURY ☐Y ☒N | 21 RACE ☐W ☒B ☐A ☐I | 22 SEX ☐MALE ☒FEMALE | 23 HGT | 24 WGT | 25 DOB  M  D  Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM?  ☐Y ☐N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

### EVENT

| 30 TYPE INCIDENT OR OFFENSE  FTA (CHILD SUPPORT) | ☐FEL. ☒MISD. | 31 DEGREE (CIRCLE)  1  2  3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE  13A-10-40 |
|---|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE  POSSESSION OF MARIJUANA 1° | ☐FEL. ☒MISD. | 35 DEGREE (CIRCLE)  1  ②  3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE  13A-12-213 |
|---|---|---|---|---|

| 38 PLACE OF OCCURRENCE  "K" STREET  ALEXANDER CITY  AL. 35010 | 39 SECTOR |
|---|---|

| 40 POINT OF ENTRY ☐DOOR ☐ROOF ☐WINDOW ☐OTHER | 41 METHOD OF ENTRY ☐FORCIBLE ☐ATT. FORCIBLE ☐NO FORCE | 42 ASSAULT ☐SIMPLE ☐AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐Y ☒N |
|---|---|---|---|

| 44 OCCURRED ON OR BETWEEN  0 2 / 1 5 / 0 1  M D Y | 45 TIME  15:09 ☐AM ☒PM ☐MIL  ☐AM ☐PM ☐MIL | 46 S M T W ④ F S  1 2 3 4 ⑤ 6 7  53 S M T W T F S  1 2 3 4 5 6 7 | 47 LIGHTING ☐NATURAL ☐MOON ☐ART. EXT. ☐ART. INT. ☐UNK. | 48 WEATHER ☐CLEAR ☐CLOUDY ☐RAIN ☐FOG ☐SNOW ☐HAIL ☐UNK. | 49 PREMISE ☒HWY—ST.—ALLEY ☐RAILROAD ☐RESIDENCE ☐CHURCH ☐SCHOOL ☐CONVENIENCE ☐INDUSTRIAL ☐SERVICE STA. ☐BANK ☐DRUG STORE ☐APT./TWN. HSE. ☐SHOPPING CENTER ☐PARKING LOT ☐OTHER COMMER. ☐OTHER | 50 CODE |
|---|---|---|---|---|---|---|

| 54 VERIFY FOR ☐Y ☐N | 55 TREAT. FOR ☐Y ☐N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | 57 CODE |
|---|---|---|---|
| RAPE EXAM ☐Y ☒N | RAPE INJURY ☐Y ☒N | LOCATION: RAPE | |

| 58 WEAPON USED ☐FIREARM ☐HANDS, FISTS, VOICE, ETC. ☐KNIFE ☐OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐HANDGUN ☐RIFLE ☐SHOTGUN ☐UNKNOWN  DESCRIBE: |
|---|---|

### PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| 1 | PLASTIC BAG OF MARIJUANA W/APROX 5 GRAMS INSIDE | | | 2-15-01 | |

☐ CONTINUED IN NARRATIVE

### DOLLAR VALUE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

### VEHICLES

| 75 CHECK CATEGORIES ☐STOLEN ☐RECOVERED ☐SUSPECTS VEH. ☐VICTIMS VEH. ☐UNAUTH. USE ☐ABANDONED |
|---|

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO:  TOP:  BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐BUS. ☐RES. ☐RUR. | 89 OWNERSHIP VERIFIED BY: ☐TAG RECEIPT ☐BILL OF SALE ☐TITLE ☐OTHER | 90 WARRANT SIGNED  ☐N ☐Y # |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE  ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐Y ☐WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐Y ☐WHERE? |
|---|---|---|

**TYPE OR PRINT IN BLACK INK**

ACJIC—32 REV 8-96

| INCHES | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT | | | 96 CASE # | | 97 SFX | 98 ☑ OFFENDER / SUSPECT / MISSING PERSON ☑ CHECK IF MULTIPLE |
|---|---|---|---|---|---|---|---|

95 DATE AND TIME OF REPORT: M 02 D 15 Y 01  15:09  ☐ AM ☑ PM ☐ MIL.
96 CASE #: 01 02 001 513

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE ☑ W ☐ A ☐ B ☐ I | 102 SEX ☑ M ☐ F | 103 DOB | 104 AGE 25 |
|---|---|---|---|---|---|

99 NAME: EDWARD CORY

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT 6'02 | 107 WGT 200 | 108 EYE 1320 | 109 HAIR BLK | 110 COMPLEXION |
|---|---|---|---|---|---|

| 111 PROBABLE DESTINATION | 112 ARMED? ☐ Y ☑ N ☐ UNK. | 113 WEAPON |
|---|---|---|

| 114 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | 115 ☐ ARRESTED ☐ WANTED |
|---|---|---|

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐ W ☐ A ☑ B ☐ I | 119 SEX ☑ M ☐ F | 120 DOB | 121 AGE 34 |
|---|---|---|---|---|---|

116 NAME: MCKENZIE, LOUIS

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT 6'07 | 124 WGT 245 | 125 EYE B20 | 126 HAIR BLK | 127 COMPLEXION |
|---|---|---|---|---|---|

| 128 PROBABLE DESTINATION | 129 ARMED? ☐ Y ☑ N ☐ UNK. | 130 WEAPON |
|---|---|---|

| 131 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | 132 ☐ ARRESTED ☑ WANTED |
|---|---|---|

**WITNESSES**

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |
| #2 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |
| #3 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |
| #4 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |

WITNESS #1 SSN  —  —     WITNESS #2 SSN  —  —     WITNESS #3 SSN  —  —     WITNESS #4 SSN  —  —

**NARRATIVE**

137

ON 2-15-01 MYSELF AND INV. WILLIAMS SAW LOUIS McKENZIE DRIVING A BLUE MAZDA ON 'K' ST. THE COUNTY'S SHERIFF'S DEPT. HAD WARRANT ON HIM. WHEN WE STOPPED THE CAR HE HAD A PASSENGER NAMED CORY EDWARDS. A SEARCH INCIDENT TO AN ARRSST WAS DONE AND MARIJUANA WAS RECOVERED FROM THE VEHICLE. NEITHER ONE OF THE SUBJECTS SAID THAT THEY DIDN'T KNOW ANYTHING ABOUT THE DOPE. BOTH SUBJECTS WERE ARRESTED AND CHARGED.

CONTINUED ON SUPPLEMENT ☐Y ☐N

| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |
|---|---|---|

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE

138 LOCAL USE

139 STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

**ADMINISTRATION**

| 147 CASE STATUS | 148 CASE DISPOSITION: | | | 149 REPORTING OFFICER | ID # |
|---|---|---|---|---|---|
| ☐ PENDING ☑ INACTIVE ☑ CLOSED | ☑ CLEARED BY ARREST (JUV.) | 4 ☐ EXCEPTIONAL CLEARANCE: | | FRED WHITE | 236 |
| ENTERED ACIC/NCIC DATE | ☑ CLEARED BY ARREST (ADULT) | ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED | | 150 ASSISTING OFFICER | ID # |
| | 3 ☐ UNFOUNDED | ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL | | RICKY WILLIAMS | 246 |
| | 5 ☐ ADM. CLEARED | ☐ DEATH OF VICTIM | | 151 SUPERVISOR APPROVAL  ID #  152 WATCH CMDR.  ID # | |

# LINDA HARRIS, REVENUE COMMISSIONER
## 125 NORTH BROADNAX STREET    DADEVILLE, ALABAMA 36853

PHONE
256-825-7811
OR
256-825-7831

PROPERTY CLASSIFICATIONS
CLASS I-PUBLIC UTILITIES 30% OF MARKET VALUE
CLASS II-OTHER 20% OF MARKET VALUE
CLASS III-AGRICULTURAL, FOREST, SINGLE FAMILY
OWNER OCCUPIED RESIDENCES, HISTORICAL SITES.
10% OF MARKET VALUE.

DISTRICT CODES
1 SCHOOL #1     5 SCHOOL #5
H HOSPITAL      T TALLASSEE
C CAMP HILL     M MIDWAY
D DADEVILLE     V CARRVILLE
A ALIX CITY

OATH TO BE ADMINISTERED TO TAXPAYER

"I do solemnly swear (or affirm) that the
hereon list of property returned by me is
full and complete return of all property
(under the parcel numbers listed hereon)
owned by _____
or in which _____ had an
interest whatever, the situs of which for
taxation, or exemption from taxation, is
this county on the first of October of the
present tax year, so help me God.

X _____
Subscribed and sworn before me this the
_____ day of _____ 19 _____

NOTARY PUBLIC OR OFFICER SIGN HERE

BY: _____

NOTES _____
Page _____

Real Estate Acquired from: _____

Deed Book _____
Dated _____

Prec. Year's Acc't # _____

Property Use:  Residential _____
              Farm _____
              Timber _____
              Commercial _____
              Rental _____
              Other _____

If Farm or Timber, is Current Use application
on file?   Yes _____  No _____

# TALLAPOOSA COUNTY REAL AND PERSONAL PROPERTY
### AFFIDAVIT TO CLAIM EXEMPTION FOR HOMESTEAD

I hereby claim as exempt from applicable ad valorem taxes the real property with
the dwelling and appurtenances thereon as described hereon, situated in
Tallapoosa County, Alabama, which homestead was occupied by me on the 1st day
of October of this tax year, and that no other claim of homestead exemption has
been made by me.

X _____

I am 65 years of age, or older.
I am totally disabled, or blind.
My net taxable income is $7,500, or less.
My adj. gross income is $12,000, or less.

DATE _____
I was not required to file
Other _____

WALTON JOHNNIE MAE
141 10TH AVE
ALEXANDER CITY AL 35010

2000
YEAR ASSESSED

08/28/2000 13:13 SIGNED     Homestead:0 NOT EXEMPT

ACCOUNT NUMBER

PREVIOUS OWNER     DESCRIPTION

62-05-00-34-1-002-022.000 #0
34-23N-21E Bk:DC13  Pg:2961 07/01/1998 Acre:0
LOTS 30-33 BLK 16 OAKLAWN 2ND ADD. S/D.
100.00X 150.00 LOT
0111 SINGLE FAMILY

| ASSESSED VALUE | TOTAL STATE & COUNTY | HOMESTEAD EXEMPT | NET STATE & COUNTY | SCHOOL TAX | | SPECIAL TAX | | MUN TAX | | FOREST. TAX | CURRENT USE VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REAL ESTATE 800 PERSONAL PROPERTY 0 | COUNT: 31.02 | VALU:0 | TA:31.02 | DIST 5SA | T:14.64 | DIST 5SA | TA:0.00 | DIST C | T:33.20 | ACR:0.00 | | |
| C 41.48 | 41.48 | 0 | 41.48 25A | 25A T | 0.00 | V 0.00 | 0.00 | A:Y C | 0.00 | | 750 |
| CW 21.96 | 21.96 | 0 | 21.96 1 | 1 25A SV | 0.00 S1 0.00 | A 0.00 | C 0.00 | | | | 4120 |
| | | | T | 25A | 0.00 | 0.00 SSA | | | | | 4880 |
| | | | V | V SV | 0.00 | 0.00 | D 0.00 | | | | |

APPRAISED VALUE  7680   41200
BOARD OF EQ VALUE
CURRENT USE VALUE  0  0
Total Assd===>  0

TOTAL TAX 53.00
ASSESSOR 53.00
FOREST. TAX 0.00

CLASS  EXEMPT  MUN.  DIST  ACRES
AC  D5 0
3 N
3 N