**Exhibit C
Inmate File of Cory Effentis Edwards
Part 5**

BOOK 98-011232
MID 11449

# TALLAPOOSA COUNTY JAIL
## IN PROCESSING CHECK LIST

Inmates name: _Edwards, Corey_    Date In: _6-4-98_    Shift: _B-2_
Register Number: _98-011232_    Time In: _01:09_

____✓____ 1. Medical screening form. Note any major problems to the nurse.

____✓____ 2. Register. Name, DOB, Agency, Times, Holds, Remarks.

____✓____ 3. Daily Admissions form. Charge, Register Number, Date-In.

____✓____ 4. Property Issue Form. Property issued to inmate. (Explained return rule.)

____✓____ 5. Property Received Form.( Property received from inmate.)

____✓____ 6. Finger printing.

____✓____ 7. Photos.

____✓____ 8. Obtain arrest report or authentication.

__N/A__ 9. Obtain any warrants, writs, fta, pick-up orders.

__✓__10. Logged property number and cell assignment in register.

____✓____11. Index card for cell door and control room.

__N/A__12. Bond completed. (Court date and Times not completed)

____✓____13. All copies needed were made and placed in appropriate box.

__✓__14. All originals were placed in appropriate box.

__✓__15. If TCSO case original arrest report goes to dispatcher.

____✓____16. NCIC (10-29) check done. Be sure to note in register date, time and who ran i

_G. Williams_                         6-4-98
(Booking Officer's Signature)        Date/Time: _01:09_

_P. Duthie_                          6-4-98
(Supervisor Reviewed)               Date/Time: _01:09_
Supervisor must review before file folder in cabinet.

```
07/01/2005          Tallapoosa County Sheriff's Department                   205
06:38                                                             Page:      1
               Receipt for Property and Personal Use Items Returned

        Receipt Number:    10305              Date: 07/01/2005
        Booking Number: 05-000878
Property returned by: COREY EFFENTIS EDWARDS (    11449

I, HINES, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EFFENTIS EDWARDS

     ITEM              DESCRIPTION              SIZE    QUANTITY      CONDITION
 ----------    ------------------------------  -------  --------   ----------------
 BLANKET       COTTON WHITE                              1
 PROPERTY BOX  CLEAR PLASTIC / BLUE TOP                  1
 SOAP          SOAP                                      1
 PILLOW        FOAM                                      1
 MATTRESS      GREEN,BLUE PLASTIC/FOAM                   1
 TOWELL        TOWELL WHITE COTTON                       1
 SANDLES       PVC BROWN OR TAN                          2
 RULE BOOK     WHITE PAPER                               1
 WASH CLOTH    SMALL WASH CLOTH COTTON                   1
 MATTRESS COVER6                                         1
 LAUNDRY BAG   NET NYLON                                 1
 SHEETS        WHITE COTTON  SHEETS                      2
 SHIRTS        WHITE COTTON UNISEX                       3
 PANTS         WHITE COTTON TROUSERS UNISEX              3
 CUP           PLASTIC                                   1
 TOOTHPASTE    FRESH MINT                                1
 TOOTHBRUSH    SMALL HANDLE                              1
 PEN           INK PEN BLACK INK,RUBBER CASE             1
 PILLOW CASE   WHITE COTTON                              1


Property received by:              Property returned by:

_____              _____
HINES                              COREY EFFENTIS EDWARDS
```

 

```
10/07/2005          Tallapoosa County Sheriff's Department                  203
12:20              Receipt for Property and Personal Use Items Returned   Page:    1

        Receipt Number:    10671              Date: 10/07/2005
        Booking Number: 05-001591
Property returned by: COREY EFFENTIS EDWARDS (    11449

I, HANSON, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EFFENTIS EDWARDS

   ITEM              DESCRIPTION                SIZE    QUANTITY       CONDITION
----------     ------------------------------  -------  --------    ---------------
BLANKET         COTTON WHITE                              1
PROPERTY BOX    CLEAR PLASTIC / BLUE TOP                  1
SOAP            SOAP                                      1
PILLOW          FOAM                                      1
MATTRESS        GREEN,BLUE PLASTIC/FOAM                   1
TOWELL          TOWELL WHITE COTTON                       1
SANDLES         PVC BROWN OR TAN                          2
RULE BOOK       WHITE PAPER                               1
WASH CLOTH      SMALL WASH CLOTH COTTON                   1
MATTRESS COVER6                                           1
LAUNDRY BAG     NET NYLON                                 1
SHEETS          WHITE COTTON SHEETS                       2
SHIRTS          WHITE COTTON UNISEX                       3
PANTS           WHITE COTTON TROUSERS UNISEX              3
CUP             PLASTIC                                   1
TOOTHPASTE      FRESH MINT                                1
TOOTHBRUSH      SMALL HANDLE                              1
PEN             INK PEN BLACK INK,RUBBER CASE             1
PILLOW CASE     WHITE COTTON                              1

Property received by:              Property returned  by:


_____        _____
HANSON                             COREY EFFENTIS EDWARDS
```

 

```
10/07/2005          Tallapoosa County Sheriff's Department              203
12:20                                                        Page:      1
                  Receipt for Personal Property Returned

         Receipt Number:    14050            Date: 10/07/2005
         Booking Number: 05-001591
Property returned for: COREY EFFENTIS EDWARDS (    11449)
```

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
HANSON:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| SHIRT | WHITE | N | 1 | LOC30 |
| PANTS | WHITE | N | 1 | LOC30 |
| BOOTS | BLACK | N | 2 | LOC30 |
| BAG | WITH CONTENTS | N | 1 | LOC30 |

Property returned by:            Property received by:


_____          _____
HANSON                           COREY EFFENTIS EDWARDS

 

```
07/01/2005              Tallapoosa County Sheriff's Department                    205
06:37                      Inmate Property Taken:                      Page:     1

   Booking Number: 05-000878      Confined                            Active
      Name Number:     11449    COREY EFFENTIS EDWARDS
Records 1 through 5 of 5

  Item       Description      Qty In   Qty out   Date Ret  Csh  Rcpt in   Rcpt out
  PANTS      BLACK IN COLOR     1.00     0.00     /  /     N    72481          0
  SHIRT      GREY IN COLOR      1.00     0.00     /  /     N    72481          0
  SHOES      BLUE/GREY IN COL   2.00     0.00     /  /     N    72481          0
  LICENSE    CDL                1.00     0.00     /  /     N    72481          0
  MONEY      CASH GREEN IN CO  40.07     0.00  06/01/2005Y      72481          0
```

_Corey Edwards_

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

*Just needs ending time in offense*

```
07/01/2005              Tallapoosa County Sheriff's Department                205
06:33                      Property Issued to Inmate:              Page:        1

    Booking Number: 04-000897        Confined                        Active
       Name Number:    24006    GREGORY DELOREAN SPRATLING
```

Records 1 through 12

| Item | Size | In | Received by | Date Returned | Ret Recpt | Condition |
|---|---|---|---|---|---|---|
| BLANKET | | 1 | HINES | 07/01/2005 | 10304 | |
| PROPERTY BOX | | 1 | HINES | 07/01/2005 | 10304 | |
| SOAP | | 1 | HINES | 07/01/2005 | 10304 | |
| PILLOW | | 1 | HINES | 07/01/2005 | 10304 | |
| MATTRESS | | 1 | HINES | 07/01/2005 | 10304 | |
| TOWELL | | 1 | HINES | 07/01/2005 | 10304 | |
| SANDLES | | 2 | HINES | 07/01/2005 | 10304 | |
| RULE BOOK | | 1 | HINES | 07/01/2005 | 10304 | |
| WASH CLOTH | | 1 | HINES | 07/01/2005 | 10304 | |
| MATTRESS COVER | | 1 | HINES | 07/01/2005 | 10304 | |
| LAUNDRY BAG | | 1 | HINES | 07/01/2005 | 10304 | |
| SHEETS | | 2 | HINES | 07/01/2005 | 10304 | |

 

```
06/01/2005              Tallapoosa County Sheriff's Department                      473
13:16                                                                  Page:       1
                            Receipt for Personal Property Stored

        Receipt Number:    72481                  Date: 06/01/2005
        Booking Number: 05-000878
Property Stored for: COREY EFFENTIS EDWARDS (       11449)


I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property was accepted into storage:


    ITEM                    DESCRIPTION              CASH?    QUANTITY   LOCATN
------------    -------------------------------     -----   ---------   ------
PANTS           BLACK IN COLOR                        N             1   LOC37
MONEY           CASH GREEN IN COLOR                   Y        $40.07
SHIRT           GREY IN COLOR                         N             1   LOC37
SHOES           BLUE/GREY IN COLOR                    N             2   LOC37
LICENSE         CDL                                   N             1   LOC37


Property received by:                  Property stored for:
```

NAIL                                COREY EFFENTIS EDWARDS



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: _Edwards, Cory_     Name ID: _11449_     Date Out: _8-23-04_

Booking Number: _04-001369_     Time Out: _1448_     Shift: _B1_

___✓__ 1. Manner in which inmate is being released has been confirmed.

___✓__ 2. NCIC Check completed:

      ___✓__ No wants or warrants

      _____ Wanted for: _____

          by: _D. Ray_____

___✓__ 3. Inmate returned all issued property, spillman updated.

___✓__ 4. Inmate received and signed for all his/her property, spillman updated.

___✓__ 5. Bond completed and copies/originals in appropriate location.

___✓__ 6. Copy of bond/receipt/order has been placed in inmates record.

___✓__ 7. Cash Account: Inmate received commissary funds upon release: Yes/No

      If no explain: _____

___✓__ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_B. Williams_____     _8-23-04_____

Booking Officer's Signature     Date/Time Release Completed

_Sgt. Frazier_____

Supervisor Reviewed

\*Supervisor must review all releases prior to filing record.

CORRECTIONS

 

```
08/23/2004                                                                    320
14:48                                                               Page:     1
                      Receipt for Personal Property Returned
--------------------------------------------------------------------------------
          Receipt Number:    12084                  Date: 08/23/2004
          Booking Number: 04-001369
Property returned for: COREY EFFENTIS EDWARDS (      11449)

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
WILLIAMS:
```

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| JEANS | BLUE | N | 1 | LO110 |
| SHOES | BROWN | N | 2 | LO110 |
| SHIRT | BROWN | N | 1 | LO110 |
| WALET | BLACK | N | 1 | LO110 |
| PHONE | SILVER | N | 1 | LO110 |
| LIGHTER | ORANGE | N | 1 | LO110 |
| CIGARRETTS | GREEN | N | 1 | LO110 |
| GUM | CLORETS | N | 1 | LO110 |
| KEYS | 7SILVER KEYS | N | 7 | LO110 |
| CHAPSTICK | BLACK | N | 1 | LO110 |
| CASH | 137.54 | N | 137 | LO110 |

Property returned by:                    Property received by:

*Williams*                               *Corey Edwards*
_____                  _____
WILLIAMS                                 COREY EFFENTIS EDWARDS

 

```
08/23/2004                                                                    320
14:50                                                                 Page:    1
             Receipt for Property and Personal Use Items Returned
--------------------------------------------------------------------------------
       Receipt Number:        9131                    Date: 08/23/2004
       Booking Number: 04-001369
Property returned by: COREY EFFENTIS EDWARDS (      11449

I, WILLIAMS, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EFFENTIS EDWARDS


    ITEM              DESCRIPTION               SIZE    QUANTITY      CONDITION
-------------  -----------------------------  -------  ----------  -------------
BLANKET        COTTON WHITE                                1
PROPERTY BOX   CLEAR PLASTIC / BLUE TOP                    1
SOAP           SOAP                                        1
PILLOW         FOAM                                        1
MATTRESS       GREEN,BLUE PLASTIC/FOAM                     1
TOWELL         TOWELL WHITE COTTON                         1
SANDLES        PVC BROWN OR TAN                            2
RULE BOOK      WHITE PAPER                                 1
WASH CLOTH     SMALL WASH CLOTH COTTON                     1
MATTRESS COVER6                                            1
LAUNDRY BAG    NET NYLON                                   1
SHEETS         WHITE COTTON SHEETS                         2
SHIRTS         WHITE COTTON UNISEX                         3
PANTS          WHITE COTTON TROUSERS UNISEX                3
CUP            PLASTIC                                     1
TOOTHPASTE     FRESH MINT                                  1
TOOTHBRUSH     SMALL HANDLE                                1
PEN            INK PEN BLACK INK,RUBBER CASE               1
PILLOW CASE    WHITE COTTON                                1


Property received by:              Property returned  by:


_____         _____

WILLIAMS                           COREY EFFENTIS EDWARDS
```

 

```
08/21/2004                                                              457
13:13                                                          Page:    1
          Receipt for Property and Personal Use Items Issued

     Receipt Number:     10047                    Date: 08/21/2004
     Booking Number: 04-001369
Property issued to: COREY EFFENTIS EDWARDS (      11449

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following property and personal use items were issued to me by
ORLANDO JONES
```

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVER6 | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK,RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

```
Property received by:              Property issued by:


_____       _____
COREY EFFENTIS EDWARDS             ORLANDO JONES
```

 

```
08/21/2004                                                              457
13:12                                                          Page:    1
                     Receipt for Personal Property Stored

      Receipt Number:     62356                  Date: 08/21/2004
      Booking Number: 04-001369
Property Stored for: COREY EFFENTIS EDWARDS (      11449)

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property was accepted into storage:
```

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| JEANS | BLUE | N | 1 | LO110 |
| SHOES | BROWN | N | 2 | LO110 |
| SHIRT | BROWN | N | 1 | LO110 |
| WALET | BLACK | N | 1 | LO110 |
| PHONE | SILVER | N | 1 | LO110 |
| LIGHTER | ORANGE | N | 1 | LO110 |
| CIGARRETTS | GREEN | N | 1 | LO110 |
| GUM | CLORETS | N | 1 | LO110 |
| KEYS | 7SILVER KEYS | N | 7 | LO110 |
| CHAPSTICK | BLACK | N | 1 | LO110 |
| CASH | 137.54 | N | 137 | LO110 |

```
Property received by:            Property stored for:


_____          _____
ORLANDO JONES                    COREY EFFENTIS EDWARDS
```



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

*LOC   127*                                                    *B7*

Inmates Name: *EDWARDS, COREY* Name ID: *1149*   Date Out: *12-12-03*

Booking Number: *03-003811*   Time Out: *1930*   Shift: *A2*

___ 1. Manner in which inmate is being released has been confirmed.

___ 2. NCIC Check completed:

        ___ No wants or warrants

        ___ Wanted for: _____

                by: *Keller* _____

___ 3. Inmate returned all issued property, spillman updated.

___ 4. Inmate received and signed for all his/her property, spillman updated.

___ 5. Bond completed and copies/originals in appropriate location.

___ 6. Copy of bond/receipt/order has been placed in inmates record.

___ 7. Cash Account: Inmate received commissary funds upon release: Yes/No

        If no explain: _____

___ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____          *12-12-03/1930*
Booking Officer's Signature          Date/Time Release Completed

_____
Supervisor Reviewed                              **CORRECTIONS**

*Supervisor must review all releases prior to filing record.

 

12/12/2003                                                                    Page:    1
15:30

                    Receipt for Personal Property Returned

        Receipt Number:      13582                    Date: 12/12/2003
        Booking Number: 03-003811
Property returned for: COREY EFFENTIS EDWARDS (      11449)

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
HANSON:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| SHOES | GRAY IN COLOR | N | 2 | L0127 |
| NECKLACE | WITH SHELL SHELL PENDANT | N | 1 | L0127 |
| BRACLET | SEA SHELL | N | 1 | L0127 |
| SHIRT | WHITE WITH LETTERING ON FRONYT | N | 1 | L0127 |
| SHIRT | GRAY IN COLOR | N | 1 | L0127 |
| UNDERWEAR | MULTICOLORED | N | 1 | L0127 |
| PANTS | BLACK IN COLOR | N | 1 | L0127 |
| BELT | BLACK WITH YELLOW BUCKLE | N | 1 | L0127 |

Property returned by:                    Property received by:


_____                  _____
HANSON                                   COREY EFFENTIS EDWARDS

 

12/12/2005
13:00                                                                                    Page: 1

Receipt for Property and Personal Use Items Returned

Receipt Number:        3131
Booking Number: 05 03301                          Date: 12/12/2005
Property Returned by: COREY EFFENTIS EDWARDS (    11449)

I, HANSON, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EFFENTIS EDWARDS

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVERS | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK,RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

Property received by:


HANSON

Property returned  by:


COREY EFFENTIS EDWARDS

 

11/21/2003                                                                    43
05:19                                                               Page:
            Receipt for Property and Personal Use Items Issued

    Receipt Number:      8891                   Date: 11/21/2003
    Booking Number: 03-003811
Property issued to: COREY EFFENTIS EDWARDS  (    11449

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following property and personal use items were issued to me by
HANSON

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVER6 | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK,RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

Property received by:                          Property issued by:

X _Corey Edwards_____                _____
COREY EFFENTIS EDWARDS                          HANSON

 

11/21/2003                                                                    280
00:39                                                               Page:    1
                    Receipt for Personal Property Stored

        Receipt Number:    54476                  Date: 11/21/2003
        Booking Number: 03-003811
Property Stored for: COREY EFFENTIS EDWARDS (      11449)

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| CHANGE | $4 DOLLARS AND 16 CENTS IN CHANGE | Y | $4.16 | |

Property received by:                    Property stored for:

HOWARD                                   COREY EFFENTIS EDWARDS

 

```
11/21/2003                                                                    28
00:37                                                                   Page:
                      Receipt for Personal Property Stored

      Receipt Number:      54475                Date: 11/21/2003
      Booking Number: 03-003811
Property Stored for: COREY EFFENTIS EDWARDS (      11449)


I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property was accepted into storage:


    ITEM                    DESCRIPTION              CASH?   QUANTITY    LOCATN
-----------     ----------------------------------   -----   --------   -------
SHOES           GRAY IN COLOR                          N            2   L0127
NECKLACE        WITH SHELL SHELL PENDANT               N            1   L0127
BRACLET         SEA SHELL                              N            1   L0127
SHIRT           WHITE WITH LETTERING ON FRONYT         N            1   L0127
SHIRT           GRAY IN COLOR                          N            1   L0127
UNDERWEAR       MULTICOLORED                           N            1   L0127
PANTS           BLACK IN COLOR                         N            1   L0127
BELT            BLACK WITH YELLOW BUCKLE               N            1   L0127
```

Property received by:                     Property stored for:

HOWARD                                    COREY EFFENTIS EDWARDS



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: _Edwards Corey_    Name ID: _11449_    Date Out: _1-26-03_

Booking Number: _03-00 2172_    Time Out: _12:06_    Shift: _A-1_

___✓___ 1. Manner in which inmate is being released has been confirmed.

___✓___ 2. NCIC Check completed:

  ___✓___ No wants or warrants

  _____ Wanted for:_____

    by: _Wyatt_____

___✓___ 3. Inmate returned all issued property, spillman updated.

___✓___ 4. Inmate received and signed for all his/her property, spillman updated.

___✓___ 5. Bond completed and copies/originals in appropriate location.

___✓___ 6. Copy of bond/receipt/order has been placed in inmates record.

___✓___ 7. Cash Account: Inmate received commissary funds upon release: Yes/No

    If no explain: _____

___✓___ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_Cowart_____    _1-26-03_    _12:20_
Booking Officer's Signature    Date/Time Release Completed

_D. Guthrie_____
Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

CORRECTIONS



Correct

Cowart

## TALLAPOOSA COUNTY JAIL
## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards     Corey_     Date Out: _2-15-01_     Shift: _A_
Register Number: _01-00236_     Time Out: _23:10_

___✓___ 1. Manner in which inmate is being released has been confirmed.

___✓___ 2. Inmate returned all issued property.

___✓___ 3. Inmate received all of his property.

___✓___ 4. Completed Daily Release form.

___✓___ 5. Completed Register, Date out, Time out, How released.

___✓___ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

___✓___ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran
_neg - mason   2-15-01_

___✓___ 8. If inmate is beginning released by bond, the bond is completed. Court date and
time is set and the bond has been initialed in the left hand bottom corner by the
that fill the bond out.

_N/A_ 9. If inmate is paying out you have placed a copy of receipt in folder.

___✓___ 10. A copy of the bond placed in inmates folder.     _Released to_
_Eastern Bonding_

___✓___ 11. Original Bonds placed in the appropriate box.

___✓___ 12. Inmate was released without incident.

_E Waller_
(Booking Officers Signature)     Date/Time: _2-15-01  23:10_

_B Hunter C-7_
(Supervisor Reviewed)     Date/Time: _2-15-01 23:10_

Supervisors must review before filing folder.

08/15/2001                                                                                    Page    1
03:07                    Receipt for Property and Personal Use Items Returned

       Receipt Number:     4502                      Date: 08/15/2001
       Booking Number: 01-002556
Property returned by: COREY EFFENTIS EDWARDS (    11448

I, WALLER, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EFFENTIS EDWARDS

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN, BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVERS | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK, RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

Property received by:                        Property returned  by:

_Waller_                                     _Cory E  Edwards_
WALLER                                        COREY EFFENTIS EDWARDS

02/15/2001                                                                    Page:    1
13:48

                    Receipt for Personal Property Returned

            Receipt Number:     523/                        Date: 02/15/2001
            Booking Number: 01-000356
Property returned to: COREY EFFENTIS EDWARDS (     11449)

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
WALLER:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| CELL PHONE | BLACK WITH BROWN FACE | N | 1 | POF01 |
| KEYS | 6 ON A RING | N | 6 | POF01 |
| CASH | $3.00 DOLLARS | N | 3 | POF01 |
| CHANGE | $2.46 CENTS | N | 1 | POF01 |
| HAT | BLUE IN COLOR | N | 1 | POF01 |
| WALLET | BROWN IN COLOR | N | 1 | POF01 |
| WATCH | SILVER IN COLOR | N | 1 | POF01 |
| SHIRT | GREEN IN COLOR | N | 1 | POF01 |
| PANTS | TAN IN COLOR | N | 1 | POF01 |
| SHOES | WHITE IN COLOR | N | 2 | POF01 |

Property returned by:                    Property received by:

_Waller_                                 _Corey E Edwards_
WALLER                                   COREY EFFENTIS EDWARDS

08/15/2001                                                                    Page:    375
00:07

              Receipt for Property and Personal Use Items Issued

      Receipt Number:      4988                      Date: 08/15/2001
      Booking Number: 01-006256
Property Issued to: COREY EFFENTIS EDWARDS (    11449

1, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following property and personal use items were issued to me by
WALLER

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN, BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVERS | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK,RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

Properly received by:                        Property Issued out:

x Corey Edward                               Waller
COREY EFFENTIS EDWARDS                        WALLER

```
SB7/10/P001                                                              JTP
8P96                                                              Pauge    1
                    Receipt for Personal Property Stored

      Receipt Number:     36819                    Date: 05/10/2001
      Booking Number: 01-006155
Property Stored for: COREY EFFENTIS EDWARDS (     11449)

I, COREY EFFENTIS EDWARDS, certify that on the above date and time, the
following personal property was accepted into storage:

    ITEM              DESCRIPTION                    CASH?    QUANTITY   LOCATN
------------    -------------------------           -----    --------   ------
CELL PHONE      BLACK WITH BROWN FACE                 N            1     POF01
KEYS            5 ON A RING                           N            5     POF01
CASH            $3.00 DOLLARS                         N            3     POF01
CHANGE          $0.46 CENTS                           N            1     POF01
HAT             BLUE IN COLOR                         N            1     POF01
WALLET          BROWN IN COLOR                        N            1     POF01
WATCH           SILVER IN COLOR                       N            1     POF01
SHIRT           GREEN IN COLOR                        N            1     POF01
PANTS           TAN IN COLOR                          N            1     POF01
SHOES           WHITE IN COLOR                        N            2     POF01


Property received by:               Property stored for:

_Waller_____             x_Corey Edwards_____
WALLER                              COREY EFFENTIS EDWARDS
```

## TALLAPOOSA COUNTY JAIL
### OUT PROCESSING CHECK LIST

Inmates Name: _EDWARDS, Cereu_  Date Out: _8-28-00_ Shift: _B-1_

Register Number: _00-00141_   Time Out: _1425_

___ 1. Manner in which inmate is being released has been confirmed.

___ 2. Inmate returned all issued property.

___ 3. Inmate received all of his property.

___ 4. Completed Daily Release form.

___ 5. Completed Register, Date out, Time out, How released.

___ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

___ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran it.

___ 8. If inmate is beginning released by bond, the bond is completed, Court date and
       time is set and the bond has been initialed in the left hand bottom corner by the officer
       that fill the bond out.

___ 9. If inmate is paying out you have placed a copy of receipt in folder.

___ 10. A copy of the bond placed in inmates folder.

___ 11. Original Bonds placed in the appropriate box.

___ 12. Inmate was released without incident.


_____          Date/Time: _____
(Booking Officers Signature)

_____          Date/Time: __8-28-00__
(Supervisor Reviewed)

Supervisors must review before filing folder.

## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards, Cory_    Date Out: _5-25-00_ Shift: _A-1_
Register Number: _00-000 871_ Time Out: _09:25_

___✓___ 1. Manner in which inmate is being released has been confirmed.

___✓___ 2. Inmate returned all issued property.

___✓___ 3. Inmate received all of his property.

___✓___ 4. Completed Daily Release form.

___✓___ 5. Completed Register, Date out, Time out, How released.

___✓___ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

___✓___ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran it.

___✓___ 8. If inmate is beginning released by bond, the bond is completed, Court date and time is set and the bond has been initialed in the left hand bottom corner by the officer that fill the bond out.

_N/A_ 9. If inmate is paying out you have placed a copy of receipt in folder.

___✓___ 10. A copy of the bond placed in inmates folder.

___✓___ 11. Original Bonds placed in the appropriate box.

___✓___ 12. Inmate was released without incident.

_WADE WANS_
(Booking Officers Signature)    Date/Time: _5-25-00   09:25_

_O. Arthur_
(Supervisor Reviewed)    Date/Time: _5-25-00   09:25_

Supervisors must review before filing folder.

## ALEXANDER CITY POLICE DEPARTMENT
### PRISONER'S PROPERTY RECEIPT

Date 1/12/00                                    Time 23 30

Received from Cacy Edwards

Prisoner's Name

Cash $ 166 32            AND THE FOLLOWING ARTICLES:

1 Belt, 1 Ring, Gold Colord Chain, 2 Ear rings, 1 Piece

Licesnse, 1 Piece Cord, 1 Box Matches, 1 Rope ~ Shell Necklace,

1 Beed Bracelet

Received by [signature]

The above listed money and property was returned to me on _____

at _____                                       Witness _____
   Time

                                                Signed _____

# TALLAPOOSA COUNTY JAIL
## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards, Corey_    Date Out: _1-14-00_    Shift: _A 2_
Register Number: _00-000054_    Time Out: _04:15_

✓ 1. Manner in which inmate is being released has been confirmed.

___ 2. Inmate returned all issued property.

___ 3. Inmate received all of his property.

___ 4. Completed Daily Release form.

___ 5. Completed Register, Date out, Time out, How released.

___ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

___ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran it.

___ 8. If inmate is beginning released by bond, the bond is completed, Court date and time is set and the bond has been initialed in the left hand bottom corner by the offic that fill the bond out.

_N/A_ 9. If inmate is paying out you have placed a copy of receipt in folder.

___ 10. A copy of the bond placed in inmates folder.

___ 11. Original Bonds placed in the appropriate box.

___ 12. Inmate was released without incident.

_Lonnie Stewart J_
(Booking Officers Signature)

_B Huntx    C-7_
(Supervisor Reviewed)

Date/Time: _1-14-00_    _0415_

Date/Time: _1-14-00_    _041_

Supervisors must review before filing folder.

# TALLAPOOSA COUNTY JAIL
## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards, Corey_    Date Out: _9-01-99_ Shift: _B-2_

Register Number: _99-001460_    Time Out: _1735_

✓ 1. Manner in which inmate is being released has been confirmed.

NA 2. Inmate returned all issued property.

NA 3. Inmate received all of his property.

✓ 4. Completed Daily Release form.

✓ 5. Completed Register, Date out, Time out, How released.

✓ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

✓ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran it.

NA 8. If inmate is beginning released by bond, the bond is completed, Court date and time is set and the bond has been initialed in the left hand bottom corner by the officer that fill the bond out.

✓ 9. If inmate is paying out you have placed a copy of receipt in folder.

✓ 10. A copy of the bond placed in inmates folder.

✓ 11. Original Bonds placed in the appropriate box.

✓ 12. Inmate was released without incident.

_____
(Booking Officers Signature)

_____
(Supervisor Reviewed)

Supervisors must review before filing folder.

Date/Time: _____

Date/Time: _9-01-99_

## TALLAPOOSA COUNTY JAIL
## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards, Corey_     Date Out: _2-16-99_  Shift: _A-1_
Register Number: _98-01238 7_  Time Out: _13:00_

_____ 1. Manner in which inmate is being released has been confirmed.

_____ 2. Inmate returned all issued property.

_____ 3. Inmate received all of his property.

_____ 4. Completed Daily Release form.

_____ 5. Completed Register, Date out, Time out, How released.

_____ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

_____ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran it.

_____ 8. If inmate is beginning released by bond, the bond is completed, Court date and
         time is set and the bond has been initialed in the left hand bottom corner by the office
         that fill the bond out.

_____ 9. If inmate is paying out you have placed a copy of receipt in folder.

_____ 10. A copy of the bond placed in inmates folder.

_____ 11. Original Bonds placed in the appropriate box.

_____ 12. Inmate was released without incident.

_____          Date/Time: _____
(Booking Officers Signature)

_____          Date/Time: _2-16-99_
(Supervisor Reviewed)

Supervisors must review before filing folder.

 

01/18/98                                                                                    Page    1
11:56

            Receipt for Property and Personal Use Items Returned

        Receipt Number:    2053                        Date: 01/18/98
        Housing Number: DC-012887
Property returned by: COREY EDWARDS (    01443

I, who, hereby certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EDWARDS

    ITEM              DESCRIPTION                  SIZE   QUANTITY        CONDITION
_____
BLANKET           COTTON WHITE                              1
PROPERTY BOX  CLEAR PLASTIC / BLUE TOP                       1
SOAP              SOAP                                       1
SHOES             SOAP                                       1
CLOTHING          GREEN,G JR PLASTIC/FOAM                     1
TOWEL             TOWEL WHITE COTTON                          1
BLANKET           ONE BROWN COTTON                            1
T-SHIRT           WHITE FRUIT                                 1
WASH CLOTHS       SMALL WASH CLOTH COTTON                     1
LAUNDRY BAG       NET NYLON                                   1
SHORTS            WHITE COTTON BRIEF                          1
SOCKS             WHITE COTTON LADIES                         1
                  WHITE COTTON FRUIT OF LOOM                  1

                  TABLE GREEN                                 1
                  USE FOR WIRE GROUND COV TYPE                1
                  WHITE COTTON                                1


                                          X Coy Edwards




12/30/98                                                                    327
00:04                      Receipt for Personal Property Stored        Page:    1

      Receipt Number:     10303                    Date: 12/29/98
      Booking Number: 98-012887
Property Stored for: COREY EDWARDS (    11449)

I, COREY EDWARDS, certify that on the above date and time, the
following personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| SHIRT | WHITE IN COLOR | N | 1 | POF10 |
| PANTS | BLUE JEAN IN COLOR | N | 1 | POF10 |
| SHOES | BLACK IN COLOR | N | 2 | POF10 |
| BELT | BLACK IN COLOR | N | 1 | POF10 |
| JACKET | BLUE IN COLOR | N | 1 | POF10 |
| TABOGGIN | WHITE IN COLOR | N | 1 | POF10 |
| WATCH | WHITE IN COLOR | N | 1 | POF10 |
| PURSE | 1 | N | 1 | POF10 |
| LIGHTER | RED IN COLOR | N | 1 | POF10 |

*Cash $ 282.⁰⁰*

Property received by:                  Property stored for:

_____                _____
M. PETERSON                            COREY EDWARDS






12/30/98
00:05

327
Page: 1

Receipt for Property and Personal Use Items Issued

Receipt Number: 2170 Date: 12/30/98
Booking Number: 98-012387
Property Issued to: COREY EDWARDS ( 11449

I, COREY EDWARDS, certify that on the above date and time, the following property and personal use items were issued to me by PATTERSON

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|---|---|---|---|---|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVERS | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH AIR | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK,RUBBER TYPE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

Property received by: Property issued by:

COREY EDWARDS PATTERSON

# TALLAPOOSA COUNTY JAIL
## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards  Cory_      Date Out: _8-22-98_ Shift: _B-1_
Register Number: _98-011 715_  Time Out: _09:48_

_✓_  1. Manner in which inmate is being released has been confirmed.

_✓_  2. Inmate returned all issued property.

_✓_  3. Inmate received all of his property.

_✓_  4. Completed Daily Release form.

_✓_  5. Completed Register, Date out, Time out, How released.

_✓_  6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

_✓_  7. NCIC (10-29) check  done. Be sure to note in register date, time, and who ran it.
      _neg  Ambercombie_

_✓_  8. If inmate is beginning released by bond, the bond is completed, Court date and time is set and the bond has been initialed in the left hand bottom corner by the officer that fill the bond out.

_nA_  9. If inmate is paying out you have placed a copy of receipt in folder.

_✓_  10. A copy of the bond placed  in inmates folder.

_✓_  11. Original Bonds placed in the appropriate box.

_✓_  12. Inmate was released without incident.

_C. Moss_
(Booking Officers Signature)                    Date/Time: _8-22-98/09:48_

_M. Whitehurst_
(Supervisor Reviewed)                           Date/Time: _8-22-98/09:48_

Supervisors must review before filing folder.

 

```
08/22/98                                                                        236
09:42                                                                   Page:    1
              Receipt for Property and Personal Use Items Returned

        Receipt Number:      1485                    Date: 08/22/98
        Booking Number: 98-011715
Property returned by: COREY EDWARDS (      11449

I, MOSS, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EDWARDS
```

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| PANTS | WHITE COTTON TROUSERS UNISEX | XL | 1 | FAIR |
| SHIRTS | WHITE COTTON UNISEX | XL | 1 | FAIR |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | REG | 1 | FAIR |
| SANDLES | PVC BROWN OR TAN | 11 | 2 | FAIR |
| BLANKET | COTTON WHITE | REG | 1 | FAIR |
| PILLOW | FOAM | REG | 1 | FAIR |

Property received by:

_C. Moss_____

MOSS

Property returned  by:

_Corey Edwards_____

COREY EDWARDS

 

```
08/22/98                                                                    236
09:43                                                               Page:   1
               Receipt for Personal Property Returned

       Receipt Number:      1669              Date: 08/22/98
       Booking Number: 98-011715
Property returned for: COREY EDWARDS (    11449)

I, COREY EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
MOSS:

    ITEM            DESCRIPTION              CASH?   QUANTITY   LOCATN
----------   --------------------------------  -----  --------  ------
BELT         BLACK AND SILVER IN COLOR          N          1    POF10
BEEPER       GREEN IN COLOR                     N          1    POF10
$219.26      219 DOLLORS AND 26 CENTS           N          1    POF10
HAT          WHITE IN COLOR                     N          1    POF10
LIGHTER      BLACK MIN COLOR                    N          1    POF10
GUM          GREEN IN COLOR                     N          1    POF10
CHAPSTICK    YELLOW IN COLOR                    N          1    POF10
SHIRT        BLUE IN COLOR                      N          1    POF10
PANTS        BLUE JEANS                         N          1    POF10
UNDERWARE    MULTY COLOR                        N          1    POF10
SHOES        WHITE IN COLOR                     N          2    POF10

Property retrned by:                Property received by:
  C. Moss                             Corey Edwards
MOSS                                COREY EDWARDS
```



              Receipt for Property and Personal Use Items Issued

      Receipt Number:      1712                        Date: 08/22/98
      Booking Number: 98-011715
 roperty issued to: COREY EDWARDS (      11449

 , COREY EDWARDS, certify that on the above date and time, the
 ollowing property and personal use items were issued to me by
 ATTERSON

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| ANTS | WHITE COTTON TROUSERS UNISEX | XL | 1 | FAIR |
| HIRTS | WHITE COTTON UNISEX | XL | 1 | FAIR |
| ATTRESS | GREEN,BLUE PLASTIC/FOAM | REG | 1 | FAIR |
| ANDLES | PVC BROWN OR TAN | 11 | 2 | FAIR |
| LANKET | COTTON WHITE | REG | 1 | FAIR |
| ILLOW | FOAM | REG | 1 | FAIR |

Property received by:                    Property issued by:

COREY EDWARDS                            PATTERSON