# Exhibit C
# Inmate File of Cory Effentis Edwards
# Part 6

)8/22/98                                                                    327
)0:25                                                          Page:      1
                    Receipt for Personal Property Stored

        Receipt Number:        7519          Date: 08/22/98
        Booking Number: 98-011715
'roperty Stored for: COREY EDWARDS (     11449)

:, COREY EDWARDS, certify that on the above date and time, the
'ollowing personal property was accepted into storage:


| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| ELT | BLACK AND SILVER IN COLOR | N | 1 | POF10 |
| EEPER | GREEN IN COLOR | N | 1 | POF10 |
| 219.26 | 219 DOLLORS AND 26 CENTS | N | 1 | POF10 |
| AT | WHITE IN COLOR | N | 1 | POF10 |
| IGHTER | BLACK MIN COLOR | N | 1 | POF10 |
| UM | GREEN IN COLOR | N | 1 | POF10 |
| HAPSTICK | YELLOW IN COLOR | N | 1 | POF10 |
| HIRT | BLUE IN COLOR | N | 1 | POF10 |
| ANTS | BLUE JEANS | N | 1 | POF10 |
| NDERWARE | MULTY COLOR | N | 1 | POF10 |
| HOES | WHITE IN COLOR | N | 2 | POF10 |

Property received by:                    Property stored for:

_____                  _____
PATTERSON                                COREY EDWARDS

## TALLAPOOSA COUNTY JAIL
## OUT PROCESSING CHECK LIST

Inmates Name: _Edwards, Corey_    Date Out: _6-4-98_    Shift: _B-1_
Register Number: _98-01103_    Time Out: _10:00_

_____ 1. Manner in which inmate is being released has been confirmed.

_____ 2. Inmate returned all issued property.

_____ 3. Inmate received all of his property.

_____ 4. Completed Daily Release form.

_____ 5. Completed Register, Date out, Time out, How released.

_____ 6. All of our paperwork is in folder, picture, print cards, arrest report, etc..

_____ 7. NCIC (10-29) check done. Be sure to note in register date, time, and who ran it.

_____ 8. If inmate is beginning released by bond, the bond is completed, Court date and time is set and the bond has been initialed in the left hand bottom corner by the o that fill the bond out.

_NK_ 9. If inmate is paying out you have placed a copy of receipt in folder.

_____ 10. A copy of the bond placed in inmates folder.

_____ 11. Original Bonds placed in the appropriate box.

_____ 12. Inmate was released without incident.

_____
(Booking Officers Signature)

_M. Whitehurst_
(Supervisor Reviewed)

Date/Time: _____

Date/Time: _6-4-98/10:00_

Supervisors must review before filing folder.

 

06/04/98                                                              Page:    236
08:24                                                                         1
            Receipt for Property and Personal Use Items Returned

      Receipt Number:     1177                    Date: 06/04/98
      Booking Number: 98-011232
Property returned by: COREY EDWARDS (      11449

I, MOSS, certify that on the above date and time, the
following property and personal use items were returned to me by
COREY EDWARDS

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| BLANKET | COTTON WHITE | L | 1 | FAIR |
| PILLOW | FOAM | REG | 1 | FAIR |
| MATTRESS | GREEN,BLUE PLASTIC/FOAM | REGULAR | 1 | FAIR |
| PANTS | WHITE COTTON TROUSERS UNISEX | X LARGE | 1 | FAIR |
| SHIRTS | WHITE COTTON UNISEX | XLARGE | 1 | FAIR |
| SANDLES | PVC BROWN OR TAN | 11 | 2 | FAIR |

Property received by:                    Property returned by:

C. Moss                                  Corey Edwards
_____                  _____
MOSS                                     COREY EDWARDS

 

```
06/04/98                                                              236
08:25                                                         Page:    1
              Receipt for Personal Property Returned

      Receipt Number:      1293              Date: 06/04/98
      Booking Number: 98-011232
Property returned for: COREY EDWARDS (      11449)

I, COREY EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
MOSS:

    ITEM            DESCRIPTION              CASH?   QUANTITY   LOCATN
 ----------    -----------------------------------   -----   --------   ------
PANTS          BLUEJEANS                       N          1    POF01
BELT           BROWN IN COLOR                  N          1    POF01
SHOE           WHITE IN COLOR                  N          1    POF01
UNDERWARE      PURPLE IN COLOR                 N          1    POF01
CIGARATTS      2 PARTIAL PACKS                 N          2    POF01
LIGHTER        GREEN IN COLOR                  N          1    POF01
COLD SORE      LIP MED                         N          1    POF01
```

Property retrned by:                   Property received by:

C. Moss                                Corey Edwards

MOSS                                   COREY EDWARDS

```
)6/04/98                                                                    320
)1:48                                                                Page:    1
                 Receipt for Property and Personal Use Items Issued

     Receipt Number:     1389                      Date: 06/04/98
     Booking Number: 98-011232
)roperty issued to: COREY EDWARDS (     11449

:, COREY EDWARDS, certify that on the above date and time, the
ollowing property and personal use items were issued to me by
)ILLIAMS

    ITEM              DESCRIPTION               SIZE    QUANTITY      CONDITION
------------   --------------------------------   -------   --------   ----------------
LANKET         COTTON WHITE                        L          1        FAIR
ILLOW          FOAM                                REG        1        FAIR
ATTRESS        GREEN,BLUE PLASTIC/FOAM             REGULAR    1        FAIR
ANTS           WHITE COTTON TROUSERS UNISEX        X LARGE    1        FAIR
HIRTS          WHITE COTTON UNISEX                 XLARGE     1        FAIR
ANDLES         PVC BROWN OR TAN                    11         2        FAIR
```

Property received by:                    Property issued by:

X _Corey Edwards_ (signature) _____    _G. Williams_ (signature) _____
COREY EDWARDS                            WILLIAMS

 

)6/04/98                                                                          320
)1:27                                                                    Page:    1
                    Receipt for Personal Property Stored

    Receipt Number:     5879                Date: 06/04/98
    Booking Number: 98-011232
'roperty Stored for: COREY EDWARDS (    11449)

:, COREY EDWARDS, certify that on the above date and time, the
'ollowing personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| ANTS | BLUEJEANS | N | 1 | POF01 |
| ELT | BROWN IN COLOR | N | 1 | POF01 |
| HOE | WHITE IN COLOR | N | 1 | POF01 |
| NDERWARE | PURPLE IN COLOR | N | 1 | POF01 |
| IGARATTS | 2 PARTIAL PACKS | N | 2 | POF01 |
| IGHTER | GREEN IN COLOR | N | 1 | POF01 |
| OLD SORE | LIP MED | N | 1 | POF01 |

Property received by:              Property stored for:

*S. Williams*                      *Corey Edwards*
_____               _____
WILLIAMS                           COREY EDWARDS



# TALLAPOOSA COUNTY JAIL
# INMATE VISITORS LIST

Edwards Corey _____        C6 _____        10-6-5 _____
NAME (LAST)            (FIRST)              CELL #            DATE

LIST A MAXIMUM OF FIVE NAMES OF FAMILY OR FRIENDS THAT YOU WOULD LIKE TO COME VISIT YOU.

#1 NAME: Mary Edwards _____   AGE: 46   RELATIONSHIP: Mother _____

ADDRESS: ███████████ _____   PHONE #: ███████████ _____

#2 NAME: Endia Young _____   AGE: 25   RELATIONSHIP: Girl friend _____

ADDRESS: ███████████ _____   PHONE #: ███████████ _____

#3 NAME: Doris Russell _____   AGE: 55   RELATIONSHIP: Aunt _____

ADDRESS: ███████████ _____   PHONE #: ███████████ _____

#4 NAME: _____   AGE: ____   RELATIONSHIP: _____

ADDRESS: _____   PHONE #: _____

#5 NAME: _____   AGE: ____   RELATIONSHIP: _____

ADDRESS: _____   PHONE #: _____

NOTE: THIS VISITORS LIST SHALL NOT BE CHANGED FOR 90 DAYS.

VISTATION DAY/TIME: Saturday   1000 _____

(INMATE SIGNATURE)

*Released from Jail* η-1-05

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six <u>full</u> months** must be provided.

### CERTIFICATION

I hereby certify that prisoner _Gary E. Edwards_____ has been incarcerated in this institution since _____, 19____, and that he has the sum of $_____ in his prison or jail trust account on this the _____ day of _____, 19____. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution

4

07/01/2005              Tallapoosa County Sheriff's Department                     422
07:34                                                              Page:    1

  Check/Id Number:      1256
             Date: 07/01/2005
Cash Account for:      11449                        Acct. Balance: $0.00
                COREY EFFENTIS EDWARDS            Loc: TCJ -TCJ -C    -C-2 -0015


    I, COREY EFFENTIS EDWARDS, hereby authorize the withdrawl of $15.27
    from my cash account, to be paid to COREY EDWARDS
    by MADAMS

                                    X _____
                                        COREY EFFENTIS EDWARDS


    I, MADAMS, certify that I have withdrawn $15.27 from the
    cash account of COREY EFFENTIS EDWARDS and paid this amount to
    COREY EDWARDS as authorized.



                            By: _____
                                 MADAMS



    I, COREY EDWARDS, hereby certify that I have received
    $15.27 withdrawn from the cash account of COREY EFFENTIS EDWARDS
                                 _____
                                  COREY EDWARDS

08/23/04                                                                           422
13:37                       Commissary Item Order Form              Page:      1

(    11449)  EDWARDS, COREY E.                    TCJ -TCJ -C    -C-4 -0017

Present Cash Account Balance = $1.26                  Purchase Limit: $150.00

| ITEM | ITEM DESCRIPTION | | COST | ITEM | ITEM DESCRIPTION | | COST |
|---|---|---|---|---|---|---|---|
| 74 | Toothbrush Holder | ___ | 0.55 | 1-K | Chicken Instant Lun | ___ | 0.70 |
| 117 | Rolaids | ___ | 0.75 | 130 | TUMS ANTACID TABLET | ___ | 0.85 |
| 133 | SOFT DRINKS | ___ | 0.65 | 142 | Extra Strength Tyle | ___ | 0.50 |
| 143 | Sinus Decongestant | ___ | 0.80 | 144 | Sore Throat Relief | ___ | 0.80 |
| 145 | Cold Relief | ___ | 0.80 | 256 | Peanut Butter-Singl | ___ | 0.45 |
| 284 | Little Dude (Red Ho | ___ | 0.75 | 310 | Keefe Brand Coffee | ___ | 0.25 |
| 510 | Mayonnaise 10pk | ___ | 0.75 | 513 | Mustard 10 pk | ___ | 0.60 |
| 514 | Ketchup 10pk | ___ | 0.60 | 681 | T-Shirts M-XL | ___ | 3.24 |
| 683 | T-Shirts 2XL-3XL | ___ | 3.76 | 695 | Dunkin Donuts Stick | ___ | 0.25 |
| 717 | Snack Crackers-16oz | ___ | 2.50 | 743 | Hot Fries | ___ | 0.35 |
| 785 | Vanillia cream 5oz | ___ | 0.70 | 874 | Nut Rageous Bar | ___ | 0.65 |
| 901 | Hot Spicy Corn Chip | ___ | 2.00 | 903 | BBQ CORN CHIP 12 OZ | ___ | 2.00 |
| 911 | Nacho T'lla Chips 1 | ___ | 2.00 | 952 | Snickers Bar | ___ | 0.65 |
| 955 | M & M Peanuts | ___ | 0.65 | 983 | Stamped Envelope-Lr | ___ | 0.42 |
| 984 | Skittles | ___ | 0.65 | 0040 | Tang  6oz Drink Mix | ___ | 1.00 |
| 0041 | Tropical Fruit Punc | ___ | 1.00 | 1130 | Milky Way Bar | ___ | 0.65 |
| 114A | Hot Cocoa (Single) | ___ | 0.20 | 115K | Lemonade single ser | ___ | 0.20 |
| 1332 | Chedder Cheese Inst | ___ | 0.70 | 1545 | NesTea w/lemon & su | ___ | 1.00 |
| 16-K | Texas Beef Instant | ___ | 0.70 | 1786 | Peanut Butter Cream | ___ | 0.70 |
| 1854 | Kit Kat | ___ | 0.65 | 1949 | Reese's Cup | ___ | 0.65 |
| 2031 | 3 Musketeer Bar | ___ | 0.65 | 2512 | Chocolate Donuts | ___ | 0.70 |
| 3219 | CREME FILLED CUPCAK | ___ | 0.80 | 3800 | Chocolate Chip Cook | ___ | 0.50 |
| 5102 | BARBECUE POTATO CHI | ___ | 0.60 | 5103 | SOUR CREAM & ONION | ___ | 0.60 |
| 5114 | SHABANG POTATO CHIP | ___ | 1.25 | 8271 | Beef & Cheese Stick | ___ | 0.65 |
| 8844 | Baby Ruth Candy Bar | ___ | 0.70 | 8913 | Cheese Crunchy 11oz | ___ | 2.00 |
| 20029 | SALE-Shaving Cream | ___ | 1.05 | 20071 | Dandruff Shampoo 15 | ___ | 2.75 |
| 20072 | Colgate Toothpaste | ___ | 0.80 | 20204 | Sulfur 8 Shampoo | ___ | 3.50 |
| 20205 | Pepsodent Toothpast | ___ | 2.30 | 20270 | Q-tips(Cotton Swabs | ___ | 1.00 |
| 20272 | Hinged Soap Dish Ho | ___ | 0.60 | 20343 | Blue Magic  4oz | ___ | 1.80 |
| 20491 | Insulated mug w/Lid | ___ | 1.75 | 20513 | Chapstick-reg | ___ | 1.15 |
| 20622 | Suave Hair Conditio | ___ | 2.25 | 20654 | Petroleum Jelly 1oz | ___ | 0.80 |
| 20692 | Wireless Notebook | ___ | 1.65 | 20751 | Suave Deodorant 1.7 | ___ | 2.50 |
| 20855 | Anitseptic Oral Gel | ___ | 2.40 | 20920 | Dial | ___ | 1.00 |
| 20923 | Tone Cocoa Butter S | ___ | 1.50 | 21169 | Suave Aloe Lotion 1 | ___ | 2.50 |
| 21177 | Magic Smooth Hair ( | ___ | 2.55 | 21296 | SUAVE STRAWBERRY SH | ___ | 2.00 |
| 21336 | One-A-Day Vitamin w | ___ | 2.74 | 21924 | SUAVE COCO BUTTER L | ___ | 2.16 |
| 22976 | Balsam Protein Sham | ___ | 2.00 | 28234 | Halls Mentho-Lyyptu | ___ | 0.85 |
| 28325 | Noxzema 2.5oz | ___ | 2.30 | 28683 | Small Envelopes | ___ | 0.03 |
| 40601 | Jolly Ranchers (3.7 | ___ | 0.80 | 40605 | STARLITE MINTS | ___ | 0.70 |

08/23/2004                                                              412
14:55                                                          Page:    1

    Check/Id Number:      4295
            Date: 08/23/2004
Cash Account for:      11449                Acct. Balance: $0.00
              COREY EFFENTIS EDWARDS        Loc: TCJ -TCJ -C   -C-4 -0017


    I, COREY EFFENTIS EDWARDS, hereby authorize the withdrawl of $1.26
    from my cash account, to be paid to Corey E. Edwards
    by MCMICHAEL, D

                                    _____
                                    COREY EFFENTIS EDWARDS


    I, MCMICHAEL, D, certify that I have withdrawn $1.26 from the
    cash account of COREY EFFENTIS EDWARDS and paid this amount to
    Corey E. Edwards as authorized.



                        By: _____
                            MCMICHAEL, D


    I, Corey E. Edwards, hereby certify that I have received
    $1.26 withdrawn from the cash account of COREY EFFENTIS EDWARDS

                                    _____
                                    Corey E. Edwards



# TALLAPOOSA COUNTY JAIL
## INMATE VISITORS LIST

*Edwards*            *Corey*            *B-3*            *11/27/03*
NAME (LAST)        (FIRST)            CELL #            DATE

*3:00 pm Sat*
LIST A MAXIMUM OF FIVE NAMES OF FAMILY OR FRIENDS THAT YOU WOULD LIKE TO COME VISIT YOU.

#1 NAME: *Endia Young*      AGE: *23*  RELATIONSHIP: *Wife*

ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓         PHONE #: ▓▓▓▓▓▓▓▓

#2 NAME: *Alando Simmons*   AGE: *20*  RELATIONSHIP: *Brother*

ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓         PHONE #: ▓▓▓▓▓▓▓▓

#3 NAME: *Mary Edwards*     AGE: *40*  RELATIONSHIP: *Mother*

ADDRESS: ▓▓▓▓▓                PHONE #: ▓▓▓▓▓▓▓▓

#4 NAME: *Jaquana Edwards*  AGE: *2*   RELATIONSHIP: *Son*

ADDRESS: ▓▓▓▓▓▓▓▓▓           PHONE #: ▓▓▓▓▓▓▓▓

#5 NAME: *Terry Lennen*     AGE: *35*  RELATIONSHIP: *Cousin*

ADDRESS: ▓▓▓▓▓▓▓▓           PHONE #: ▓▓▓▓▓▓▓▓

NOTE: THIS VISITORS LIST SHALL NOT BE CHANGED FOR 90 DAYS.

VISTATION DAY/TIME: *3:00pm Sat*          *Corey Edwards*
                                        (INMATE SIGNATURE)

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

NAME: Cory Edward    ID# 11449    CELL# 133    DATE: 11/25/03

BRIEFLY OUTLINE YOUR REQUEST:

Go to Library

(INMATE SIGNATURE)

DO NOT WRITE BELOW THIS LINE---FOR REPLY ONLY!

Granted & Put in library

DATE: 11-28-03    OFFICER: P. Arthur

SEARCH   RRANT INVENTORY LIST

OFFICER IN CHARGE McAlister, Josh          DEPT: TCNTF
OFFICER RECORDING Easterwood, James        DEPT: TCNTF
WARRANT SERVED @ ████████████

OFFICERS PRESENT Turner, Jerry Wayne        Mckelvey, John
                 Armour, Darrell            Captain Robert Miller
                 Morgan, Steve

CASI'I- NO. 031100228
DATESEARCHED 11-20-2003        TIME SEARCHED 1715     TIME EXITED 1932
DATE EXITED 11-20-2003         TIME AND DATE FILED TO CLERK _____

| ITEM NUMBER | ITEM SEIZED | LOCATIONOF SEIZED ITEM | TIME | OFFICER |
|---|---|---|---|---|
| 1 | Eight ball crack cocaine/Powder cocaine | kitchen floor | 1728 | McAlister, Josh |
| 2 | 2g powder/ 3g crack cocaine | kitchen floor | 1728 | McAlister, Josh |
| 3 | Marijuana | Richard Cleveland | 1732 | Mckelvey, John |
| 4 | 2 bags crack/1 bag powder | Richard Cleveland | 1733 | Mckelvey, John |
| 5 | 4 bags powder/1 bag crack | Richard Cleveland | 1737 | Mckelvey, John |
| 6 | 1 crack rock | Richard Cleveland | 1737 | Mckelvey, John |
| 7 | $40 cash | Richard Cleveland | 1737 | Mckelvey, John |
| 8 | $34 cash | kitchen table | 1740 | McAlister, Josh |
| 9 | $10 cash | kitchen table | 1740 | McAlister, Josh |
| 10 | Nokia cellphone | kitchen table/Buchanan | 1745 | Easterwood, James |
| 11 | digital scales box | under kitchen sink | 1745 | Morgan, Steve |
| 12 | box blazer .22 shells | kitchen drawer | 1745 | Morgan, Steve |
| 13 | 1 syringe | kitchen drawer | 1745 | Morgan, Steve |
| 14 | misc papers,shell,baggies | Top of refrigerator | 1750 | Turner, Jerry Wayne |
| 15 | measuring cup | Top of refrigerator | 1750 | Turner, Jerry Wayne |
| 16 | Kenmore microwave | kitchen next to refrigerator | 1757 | Turner, Jerry Wayne |
| 17 | Bag of Powder & crack cocaine | Back bedroom beside hot water heater | 1800 | Mckelvey, John |
| 18 | digital scales | Back bedroom in black jacket | 1800 | Mckelvey, John |
| 19 | cell phone/bag with steel wool cocaine | Back bedroom in black jacket | 1800 | Mckelvey, John |
| 20 | pills matchbox seeds/marijuana | Back bedroom in black jacket | 1807 | Mckelvey, John |
| 21 | Skill Cordless Drill | Back bedroom | 1809 | Morgan, Steve |
| 22 | Ryobi 18v skillsaw | Back bedroom | 1809 | Morgan, Steve |
| 23 | Snapper Weed Eater | Back bedroom | 1809 | Morgan, Steve |
| 24 | 1 blue notebook | Back bedroom | 1812 | McAlister, Josh |

SEARCH  ..RRANT INVENTORY LIST

OFFICER IN CHARGE McAlister, Josh                DEPT: TCNTF
OFFICER RECORDING Easterwood, James            DEPT: TCNTF
WARRANT SERVED @ ████████████████

OFFICERS PRESENT Turner, Jerry Wayne          Mckelvey, John
                 Armour, Darrell              Captain Robert Miller
                 Morgan, Steve

CASI'I- NO. 031100228
DATESEARCHED 11-20-2003       TIME SEARCHED 1715    TIME EXITED 1932ᴹ
DATE EXITED 11-20-2003        TIME AND DATE FILED TO CLERK _____

| ITEM NUMBER | ITEM SEIZED | LOCATION OF SEIZED ITEM | TIME | OFFICER |
|---|---|---|---|---|
| 25 | 1 bag marijuana | Front bedroom top right dresser drawer | 1815 | Turner, Jerry Wayne |
| 26 | 3 phones/ misc paperwork | Front bedroom shoe box under bed | 1815 | Turner, Jerry Wayne |
| 27 | 1 pair night vision goggles | Front bedroom cabinet | 1819 | McAlister, Josh |
| 28 | Sony computer | Front bedroom by door | 1826 | Turner, Jerry Wayne |
| 29 | 1 crack pipe | purse in living room | 1830 | Easterwood, James |
| 30 | misc paperwork | Edwards Honda Accord 62A635D | 1844 | Turner, Jerry Wayne |
| 31 | Marijuana | under driver's seat of Honda Accord 62A635D | 1844 | Turner, Jerry Wayne |
| 32 | $120 cash | Adolphus Varner | 1850 | Easterwood, James |
| 33 | letters/ $180.00 cash | Cory Effentis Edwards | 1853 | Easterwood, James |
| 34 | $26.00 cash | Anthony Raymond Buchanon | 1856 | Easterwood, James |
| 35 | $50.00 cash | Johnrecius Thomas | 1900 | Easterwood, James |
| 36 | Motion sensor camera | Living room behind television | 1904 | Morgan, Steve |
| 37 | 2 boxes of baggies | kitchen cabinet | 1906 | Mckelvey, John |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TALLAPOOSA COUNTY SHERIFF
**RECEIPT FOR PROPERTY AND TRANSMITTAL FORM**

CASE NUMBER

*(handwritten)* 3110022?

| NAME OF VICTIM, SUSPECT, BUSINESS | ADDRESS |
|---|---|
| *Cory Edwards* | |

LOCATION WHERE PROPERTY FOUND/RECEIVED
*(redacted)*

| PURPOSE FOR WHICH OBTAINED | PROPERTY RECEIPT NO. |
|---|---|
| *Evidence* | |

TYPE OF EXAMINATION REQUIRED (For Lab Use Only)

( ) Laten Prints   ( ) Firearms   ( ) Chemical   ( ) - (specify)

| Item No | Quantity | DESCRIPTION OF ARTICLES .(Include model, serial number, identifying marks) |
|---|---|---|
| 1 | 1 | *See Attached Inventory List* |

## CHAiN OF CUSTODY

| Item No. | Time/ Date | Relinquished By | Received By | Purpose Of Change Of Custody |
|---|---|---|---|---|
| 1 | *(hw)* | Print Name *Jeff McArthur*  Signature *(signature)* | Print Name  Signature | *Evidence Inventory* |
| | | Print Name  Signature | Print Name  Signature | |
| | | Print Name  Signature | Print Name  Signature | |

```
11/21/2003                                                              20
02:56                          Jail Log:                    Page:
  Event Number:     303120
       Name ID:       9206                           _____
+-------------------------------------------------------------------------------
| Last: TALLAPOOSA COUNTY JAIL          First:              Mid:
| Addr: 316 INDUSTRIAL PARK DRIVE           _ Phone: (   )    -
| City: DADEVILLE          ST: AL  Zip: 36853    DOB:   /  /    SSN:   --  --
|
+-------------------------------------------------------------------------------
  Time/Date of Event: 02:50:36 11/21/2003    Treatment Date:  __:__:__  __/__/__
       Type of event: 011  Admission Strip Search
           Quantity:     1.00
            Officer: GUTHRIE
     Booking Number:
        Description:
ON 11-20-03 RICHARD CLEVELAND, ANTHONY BUCHANAN, SHADOWSKI EDWARDS,
COREY EDWARDS, JOHNRECIUS THOMAS, JOANN JACKSON AND ADOLPHUS VARNER WERE
BROUGHT IN BY THE DRUG TASK FORCE. THE INMATES WERE STRIPPED SEARCHED
DUE TO THE NATURE THAT ALL WERE ARRESTED IN A DRUG BUST IN ALEX CITY, AL.
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

1-30-99
0800
C89

# INMATE REQUEST FORM

NAME: _Cory Edwards_     CELL # _C-1_     DATE: _1-30-99_

BRIEFLY OUTLINE YOUR REQUEST

_Need to visit the Law library_

(INMATE SIGNATURE

REQUEST DIRECTED TO: (CHECK ONE)

( ) CORRECTIONAL OFFICER        ( ) JAIL ADMINISTRATOR

(✓) SHIFT SUPERVISOR            ( ) CHIEF DEPUTY

( ) NURSE

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Placed in law library 2-4-99_

# INMATE REQUEST FORM

C90
1-26-90
0945

NAME: _Cory Edwards_     CELL # _C-1_     DATE: _1-25-99_

BRIEFLY OUTLINE YOUR REQUEST

I need to talk to the Mike Hanson about two move changes.

_Cory Edwards_
(INMATES SIGNATURE

REQUEST DIRECTED TO: (CHECK ONE)

( ) CORRECTIONAL OFFICER

( ) SHIFT SUPERVISOR

( ) NURSE

(✓) JAIL ADMINISTRATOR

( ) CHIEF DEPUTY

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

when he goes to court

Event # 43444

(OFFICERS SIGNATURE

TCI FORM

# INMATE REQUEST FORM

NAME: _Cory Edwards_     CELL # _C-1_     DATE: _1-7-98_

_____

BRIEFLY OUTLINE YOUR REQUEST

_Issa Mike Moran  Jail Administra-_

_tor  about  my job_

_____

_____

_____

_____

_Cory Edwards_
(INMATE SIGNATU

REQUEST DIRECTED TO:  (CHECK ONE)

( ) CORRECTIONAL OFFICER          (✓) JAIL ADMINISTRATOR

( ) SHIFT SUPERVISOR              ( ) CHIEF DEPUTY

( ) NURSE

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

WANTED TO KNOW if HE HAD A purge
AMOUNT On His FTA'S

# 4/67

(OFFICERS SIGNATU

TCJ FO:

01/15/99                                                                                    282
11:08                                                                          Page:      1
              Receipt for Personal Property Returned

        Receipt Number:       2259                    Date: 01/15/99
        Booking Number: 98-012387
Property returned for: COREY EDWARDS (      11449)

I, COREY EDWARDS, certify that on the above date and time, the
following personal property items were returned to me by
MOE:

    ITEM              DESCRIPTION              CASH?   QUANTITY   LOCATN
    ----              -----------              -----   --------   ------
SHIRT           WHITE IN COLOR                   N          1     POF10
PANTS           BLUE JEAN IN COLOR              N          1     POF10
SHOES           BLACK IN COLOR                   N          2     POF10
BELT            BLACK IN COLOR                   N          1     POF10
JACKET          BLUE IN COLOR                   N          1     POF10
TABOGGIN        WHITE IN COLOR                   N          1     POF10
WATCH           WHITE IN COLOR                   N          1     POF10
CIGAR           1                                N          1     POF10
LIGHTER         RED IN COLOR                     N          1     POF10


Property retrned by:                      Property received by:


_____                   _____

MOE                                       COREY EDWARDS

# INMATE REQUEST FORM

NAME: _Cory Edwards_     CELL # _C-1_     DATE: _1-18-99_

_____

BRIEFLY OUTLINE YOUR REQUEST

To talk to Blake Lowe or get
his iPhone Number.

_____

_____

_____

_____

_____

_Cory Edwards_
(INMATES SIGNATUR

REQUEST DIRECTED TO: (CHECK ONE)

( ) CORRECTIONAL OFFICER          ( ) JAIL ADMINISTRATOR

(✓) SHIFT SUPERVISOR               ( ) CHIEF DEPUTY

( ) NURSE

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Blake Lowe's phone number is 237-0724_

_____

_____

_____

_____

_Mich Sports_
(OFFICERS SIGNATU

TCI FOR

# INMATE REQUEST FORM

NAME: _Cory Edwards_     CELL # _C-1_     DATE: _1-6-99_

BRIEFLY OUTLINE YOUR REQUEST

To see _Shannon Whitehurst in regards of using the out side phone to call my supervisor an let him know that I havnt been to work the last 3 days_

_Please!_

_Cory Edwards_
(INMATES SIGNATURE)

REQUEST DIRECTED TO: (CHECK ONE)

( ) CORRECTIONAL OFFICER          ( ) JAIL ADMINISTRATOR

(✓) SHIFT SUPERVISOR               ( ) CHIEF DEPUTY

( ) NURSE

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Request Denied_

(OFFICERS SIGNATURE)

TCI FO: