IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1225-WHA |
| | ) |
| JENNIFER STRONG, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to conduct discovery filed by the plaintiff on May 15, 2006 (Court Doc. No. 40), and as the plaintiff has failed to identify any documents relevant to disposition of the issues pending before this court, it is

ORDERED that this motion be and is hereby DENIED.

Done this 19th day of May, 2006.

          /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE