IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Cory Effentis Edwards,<br>Pro/Se Plaintiff | |
| -Vs- | Case No. 3:05-CV-1225-WHA-CSC |
| Jennifer Strong, et.al.,<br>Defendant(s) | |

## DECLARATION OF CORY EFFENTIS EDWARDS
### (Pursuant to 28 U.S.C. §1746)

1.) My name is Cory Effentis Edwards, And I am the Plaintiff in the above styled cause, I am over the age of nineteen, And competent to make this declaration.

2.) I was Sprayed by the Defendant, Jennifer Strong, With a Chemical Agent, I did not provoke, or, Deserve to be sprayed by the defendant.

3.) The defendant, Jennifer Strong, Sprayed the cell I was housed in Due to another Inmate making derogatory statements towards her.

4.) The defendant got upset, And emotional, And Sprayed the whole jail cell, This was done sadistically and without cause.

5.) During the Time I was in custody at the Tallapoosa County Jail, The Cell Block was unsanitary, And their was Mold and Mildew growing all over the floors and walls.

6.) I requested grievance forms, Several times, Only to be ignored.

7.) Their was no access to the Jail Administration, Except thru the Jailers on Duty, And they denied me grievance forms each and every time I requested one.

I hereby swear under penalty of perjury, That the aforementioned is true and correct to the best of my Knowledge, Information, and Beliefs.

*Cory Edwards*
Cory E. Edwards #241279
Elmore Correctional Facility
Post Office Box 8
Elmore, Al. 36025