**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **CORY EFFENTIS EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  3:05-CV-1225-WHA-CSC** |
| | ) |
| **JENNIFER STRONG, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO STRIKE THE DECLARATION OF THE PLAINTIFF

COME NOW Tallapoosa County, Alabama, Sheriff Jimmy Abbett and Corrections Officer Jennifer Strong, Defendants in the above-styled cause, and move to strike the Declaration of Cory Effentis Edwards from consideration on the Defendants' Motion for Summary Judgment.  As grounds for their Motion, the Defendants state as follows:

The Declaration of Cory Effentis Edwards is due to be stricken because, on page 2 of the Declaration Edwards states:   "I hereby swear under penalty of perjury, That [sic] the aforementioned is true and correct to the best of my Knowledge, Information, and ***Beliefs***. [sic]" (emphasis added).  "The Rules are clear: 'Supporting and opposing affidavits *shall* be made on personal knowledge.' Fed. R. Civ. P. 56(e) (emphasis added). Rule 56(e)'s personal knowledge requirement prevents statements in affidavits that are based, in part, 'upon information and belief'-instead of only knowledge-from raising genuine issues of fact sufficient to defeat summary judgment." Pace v. Capobianco, 283 F.3d 1275, 1278 (11th Cir. 2002).  Because the rules and case law are clear that the Plaintiff's Declaration, which relies on knowledge, information and ***belief***, is insufficient to defeat summary judgment, the Plaintiff's Declaration is due to be stricken from consideration on the Defendants' Special Report, including its Motion

for Summary Judgment contained therein.

WHEREFORE premises considered, the Defendants request that this Court strike the Plaintiff's Declaration from consideration on the Defendants' Special Report, including its Motion for Summary Judgment contained therein.

Respectfully submitted this 28th day of June, 2006.

**s/Amanda Kay Morgan**
GARY L. WILLFORD, JR. Bar Number:  WIL198
AMANDA KAY MORGAN Bar No.  ALL079
Attorneys for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of June, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Cory Effentis Edwards
AIS#241279
Draper Correctional Facility
P.O. Box 1107
Elmore, AL 36025

**s/Amanda Kay Morgan**
OF COUNSEL