IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1225-WHA |
| ) | |
| JENNIFER STRONG, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike declaration of plaintiff filed by the defendants on June 28, 2006 (Court Doc. No. 46), and as this court's review of the declaration establishes that the assertions set forth therein are based on plaintiff's personal knowledge to which he "swears under penalty of perjury . . . to the best of my knowledge . . .," it is

ORDERED that this motion be and is hereby DENIED.

Done this 28th day of June, 2006.

                                       /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE