IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORY EFFENTIS EDWARDS, #241279, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:05cv1225-WHA |
| | ) |
| TALLAPOOSA COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge

(Doc. #48), entered on August 4, 2006, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED as moot.

DONE this 22nd day of August, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE